

FILED by RB   D.C.
ELECTRONIC
Apr 21, 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**11-60088-CR-COHN/SELTZER**

CASE NO. _____
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA

v.

BENJAMIN RAND,

   **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about February 2010 until on or about March 20, 2011, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**BENJAMIN RAND,**

did use, persuade, induce, and entice a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT 2

From in or about February 2010 until on or about March 20, 2011, in Broward County, in the Southern District of Florida, the defendant,

**BENJAMIN RAND,**

did knowingly receive any visual depiction that has been shipped and transported in interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3

From in or about February 2010 until on or about March 20, 2011, in Broward County, in the Southern District of Florida, the defendant,

**BENJAMIN RAND,**

using a facility and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, to engage in sexual activity under such circumstances as would constitute a criminal offense, and attempted to do so, in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA      CASE NO. _____

vs.

BENJAMIN RAND,                **CERTIFICATE OF TRIAL ATTORNEY***

        **Defendant.**
_____/   **Case Information:**

**Court Division**: (Select One)

| | | New Defendant(s) | Yes ____ No ____ |
| | | Number of New Defendants | ____ |
| ____ Miami ____ Key West | | Total number of counts | ____ |
| _X_ FTL ____ WPB ____ FTP | | | |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   _No_
   List language and/or dialect _____

4. This case will take   _3_   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                        (Check only one)

   I    0 to 5 days      _x_         Petty       ____
   II   6 to 10 days     ____        Minor       ____
   III  11 to 20 days    ____        Misdem.     ____
   IV   21 to 60 days    ____        Felony      _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court? (Yes or No)   _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes  _No_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007? ____ Yes  _No_ No

                                               _/s/ Corey Steinberg_
                                               COREY STEINBERG
                                               ASSISTANT UNITED STATES ATTORNEY
                                               Bar # 0563234

*Penalty Sheet(s) attached                                                                                                            REV 4/8/08

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>BENJAMIN RAND</u>          **Case No:** _____

### Count #: 1

<u>Production of child pornography</u>

<u>18 U.S.C. §§ 2251(a)</u>

\* **Max.Penalty**: mandatory minimum 15 to 30 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

### Count #: 2

<u>Receipt of child pornography</u>

<u>18 U.S.C. §§ 2252(a)(2) and (b)(1)</u>

\* **Max.Penalty**: mandatory minimum 5 to 20 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

### Count #: 3

<u>Use of computer to entice a child to engage in sexual activity</u>

<u>18 U.S.C. §§ 2242(b)</u>

\* **Max.Penalty**: mandatory minimum 10 to 40 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

### Count #:

_____

_____

\* **Max.Penalty**: _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.