


# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
Plaintiff

CASE NUMBER: CR-11-60088-cr-Cohn

-vs-

REPORT COMMENCING CRIMINAL ACTION

Benjamin Rand
Defendant

96647-004

USMS NUMBER

FILED by _____ D.C.
APR 25 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - FT. LAUD.

TO: CLERK'S OFFICE ☐ MIAMI ☒ FT. LAUDERDALE ☐ W. PALM BEACH

CHECK THE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE'S COURT ABOVE

---

COMPLETE ALL ITEMS. IF INFORMATION IS NOT APPLICABLE, ENTER N/A.

1. DATE AND TIME OF ARREST: 4/23/11  9:30 PM
2. LANGUAGE(S) SPOKEN: English
3. OFFENSE(S) CHARGED: Production of CP, Receipt of CP & Enticement

---

4. DATE OF BIRTH: 1/3/91

TYPE OF CHARGING DOCUMENT (CHECK ONE):
☒ INDICTMENT          ☐ COMPLAINT TO BE FILED/ ALREADY FILED
☐ INFORMATION         ☐ BENCH WARRANT FOR FAILURE TO APPEAR
☐ PROBATION VIOLATION WARRANT  ☐ PAROLE VIOLATION WARRANT

5. ORIGINATING DISTRICT: SOUTHERN DISTRICT OF FLORIDA

6. REMARKS: —

7. DATE: 4/23/11

8. ARRESTING OFFICER: Alexis Carpinteri

9. AGENCY: FEDERAL BUREAU OF INVESTIGATION

10. TELEPHONE NUMBER: OFFICE 305-944-9101