UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60088-CR-COHN/Seltzer(s)(s)
18 U.S.C. § 2251(a)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2422(b)

UNITED STATES OF AMERICA

v.

BENJAMIN RAND,

Defendant.
_____/

FILED by __RB__ D.C.

OCT 27 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – FT. LAUD.

## SECOND SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1

From in or about February 2010 until on or about March 20, 2011, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**BENJAMIN RAND,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, C.R., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

### COUNT 2

From in or about February 2010 until on or about March 20, 2011, in Broward County, in the Southern District of Florida, the defendant,

**BENJAMIN RAND,**

did knowingly receive any visual depiction that has been shipped and transported in interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor, that is, C.R., engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3

From in or about February 2010 until on or about March 20, 2011, in Broward County, in the Southern District of Florida, the defendant,

**BENJAMIN RAND,**

using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, that is, C.R., to engage in sexual activity under such circumstances as would constitute a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

## COUNT 4

From in or about January 2011 until in or about March, 2011, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**BENJAMIN RAND,**

did employ, use, persuade, induce, entice, and coerce a minor, that is, A.G., to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced using materials that had been mailed, shipped, and transported in interstate

and foreign commerce, by any means; in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT 5

From in or about January 2011 until on or about March 20, 2011, in Broward County, in the Southern District of Florida, the defendant,

**BENJAMIN RAND,**

did knowingly receive any visual depiction that has been shipped and transported in interstate and foreign commerce, by any means, including by computer, and the production of such visual depiction involved the use of a minor, that is, A.G., engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 6

From in or about January 2011 until on or about March 20, 2011, in Broward County, in the Southern District of Florida, the defendant,

**BENJAMIN RAND,**

using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce an individual who had not attained the age of eighteen years, that is, A.G., to engage in sexual activity under such circumstances as would constitute a criminal offense; in violation of Title 18, United States Code, Section 2422(b).

## COUNT 7

Between in or about January 2010 and on or about March 20, 2011, in Broward County, in the Southern District of Florida, the defendant,

**BENJAMIN RAND,**

did knowingly possess matter that contained any visual depiction that had been mailed, shipped and transported in interstate commerce by any means, including by computer, and the production of which involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct; in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
COREY STEINBERG
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

BENJAMIN RAND,

               Defendant.
_____/

CASE NO. ___11-60088-CR-COHN/Seltzer(s)(s)___

## CERTIFICATE OF TRIAL ATTORNEY*

**Case Information:**

| | | |
|---|---|---|
| New Defendant(s) | Yes ____ | No _X_ |
| Number of New Defendants | | |
| Total number of counts | _7_ | |

**Court Division:** (Select One)

- ___ Miami
- ___ Key West
- _X_ FTL
- ___ WPB
- ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _No_
   List language and/or dialect _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I  0 to 5 days      _x_
   - II  6 to 10 days    ___
   - III 11 to 20 days   ___
   - IV 21 to 60 days    ___
   - V  61 days and over ___

   (Check only one)
   - Petty   ___
   - Minor   ___
   - Misdem. ___
   - Felony  _X_

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of  04/21/2011
   Defendant(s) in state custody as of  _____
   Rule 20 from the District of  _____

   Is this a potential death penalty case? (Yes or No)  _No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _No_ No

8. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007? ___ Yes _No_ No

_____
COREY STEINBERG
ASSISTANT UNITED STATES ATTORNEY
Bar # 0563234

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: <u>BENJAMIN RAND</u>   Case No: <u>11-60088-CR-COHN/Seltzer(s)(s)</u>

Counts #: 1 & 4

Production of child pornography

18 U.S.C. §§ 2251(a)

* **Max.Penalty**: mandatory minimum 15 to 30 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

Count #: 2 & 5

Receipt of child pornography

18 U.S.C. §§ 2252(a)(2) and (b)(1)

* **Max.Penalty**: mandatory minimum 5 to 20 years' imprisonment; $250,000 fine; 5 years' to life supervised release.

Count #: 3 & 6

Use of computer to entice a child to engage in sexual activity

18 U.S.C. §§ 2242(b)

* **Max.Penalty**: mandatory minimum 10 years' to life imprisonment; $250,000 fine; 5 years' to life supervised release.

Count #: 7

Possession of computer child pornography

18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)

* **Max.Penalty**: any term of years' up to 10 years' imprisonment; $250,000 fine; 3 years' to life supervised release.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.