Nov 6, 2011

Daniel P. Sweet
901100300
Broward County Jail
PO Box 9356
Ft Lauderdale, FL 33310-9356


Hon. James I Cohn
US District Court
299 East Broward Blvd
Ft Lauderdale, FL 33301

Honorable Judge Cohn,

I had the pleasure of residing in the same pod with one Benjamin Rand. I understand that I would never know the full picture of his charges or offences only the person I saw and the facts portrayed by him.

Benjamin has since left the unit and have not conveyed to him that I am writing this letter. Will try to follow his progress by sending a letter to his parents.

From my understanding his charge for conviction was statutory, and Benjamin accounting was he belived she was well over 18 years old. Does not change the generosity of the court for the plea which he humbly accepted.

I told Benjamin to continue to pray and work for a more suitable resolution. Equated the acceptance of the plea the first day of Rosh Hashana and sentensing to Yom Kippur. Yes, "May you be signed and sealed in the Book of Life" revisions can be made till sealed on Yom Kippur.

Realize that he did accept the plea, or even given it because of errors in the trial. I consider that a blessing from the divine count. Still personally in my heart and soul feel it is still excessive. (See him (Benjamin) as a Guta Neshma. (Kind Soul) Always kind, kind and extreamly generous

My request for your consideration is:

1 - Life (CHAI = 18) simbolically grant him. Life.
  Life - 18 in USA is start of adult responciblity
       - 18 a fresh start (placement of the soul to body)

2 - Address the issue left open of missreprentation on the part of the young lady "statuatoraly violated" understand to gov't possishion for the charges and conviction, but would like to see closure for all parties. Lingering issues manifest resentment and anger later in life. I propose, the young lady in question be requested to appear at the age of consent to recall the facts in her mind to place to rest these lingering issues for all parties to move on with there life's

3 - Leave open the ability for a parole board, the ability to review Benjamin's sentence for possable modification and midigation

I thank-you for your time and consideration on his behalf

Respectfully

Daniel P. Sweet

[signature]