בס"ד

בית הכנסת אהבת ישראל
SYNAGOGUE OF INVERRARY • CHABAD

19 Kislev, 5772
December 15, 2011

Honorable James I. Cohn
U.S. District Court Judge
U.S. Federal Courthouse
299 E. Broward Boulevard
Fort Lauderdale, FL 33301

RE: U.S. v. Benjamin Rand, #11CR60088

Dear Judge Cohn:

I am the rabbi of Synagogue of Inverrary Chabad. The Rand Family were members of my congregation, and as such I have met and counseled David Rand, Merrill Rand and Benjamin Rand.

Both the mother and father are dedicated parents to their children Seth, Robert and Benjamin. Since Benjamin is remorseful for his wrongdoings and is making progress, his family stands behind him and want him to continue with counseling and therapy without being in a prison environment. Other religious leaders, counselors, therapists as well as friends feel the same way.

It is my feeling that Benjamin is on the road to becoming a better person and will continue to improve without being in prison.

As a Rabbi who is very familiar with the Rand Family, I feel confident that Benjamin will be an asset to our community in the near future.

Very truly yours,

Rabbi Aron Lieberman

RAL/pc