```
1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                      FT. LAUDERDALE DIVISION
3                       Case 11-60088-CR-COHN
4
     UNITED STATES OF AMERICA,
5
                 Plaintiff,
6                                        FT. LAUDERDALE, FLORIDA
        vs.
7                                        January 27, 2012
     BENJAMIN RAND,
8                                           (Pages 1 - 42)
                 Defendant.
9    ---------------------------------------------------------------
10              TRANSCRIPT OF SENTENCE HEARING
              BEFORE THE HONORABLE JAMES I. COHN,
11                UNITED STATES DISTRICT JUDGE
12   APPEARANCES:
13   FOR THE GOVERNMENT:     COREY STEINBERG, A.U.S.A.
                             500 E Broward Boulevard
14                           Ste, 700
                             Ft. Lauderdale, Fl 33301
15                                   954-356-7255
16   FOR THE DEFENDANT:      CHRISTOPHER GRILLO, ESQ.
                             1 E Broward Boulevard
17                           Suit 700
                             Ft. Lauderdale, Fl 33301
18                                   954-524-1125
19                           OMAR JOHANSSON, ESQ.
                             1 E Broward Boulevard
20                           Suite 700
                             Ft. Lauderdale, Fl 33301
21                                   954-745-7517
22   REPORTED BY:           PAULINE A. STIPES, RPR-CM
                            Official United States Court Reporter
23                          Federal Courthouse
                            299 E. Broward Boulevard
24                          Ft. Lauderdale, FL  33301
                                         954-769-5496
25
```

1          MR. GRILLO:  Your Honor, may we come sidebar off the

2     record?

3          MS. STEINBERG:  Yes, your Honor.

4          (Sidebar discussion off the record.)

5          THE COURT:  Folks, good afternoon.

6          The matter before the Court is United States of

7     America versus Benjamin Rand.

8          This is case number 11 dash 60088.  Mr. Rand is

9     present, he is represented by Chris Grillo and Omar Johansson.

10          The Government is represented by Assistant United

11     States Attorney Corey Steinberg.

12          On November the 2nd of 2011, Mr. Rand entered a plea

13     of guilty to Counts 3 and 7 of a seven count Superseding

14     Indictment.

15          Count 3 charged use of a computer to entice a child to

16     engage in sexual activity in violation of 18 United States

17     Code, Section 2422(b).

18          Count 7 charged possession of child pornography in

19     violation of 18 United States Code, Section 2252(a)(4)(B).

20          Upon acceptance of Mr. Rand's plea, the Court adjudged

21     him guilty of Counts 3 and 7, ordered a pre-sentence

22     investigation report and deferred sentence until today's date.

23          Have counsel for the respective parties received a

24     copy of the pre-sentence report?

25          Ms. Steinberg?

```
 1              MS. STEINBERG:  Yes, Your Honor.
 2              THE COURT:  Mr. Grillo?
 3              MR. GRILLO:  Yes, sir.
 4              THE COURT:  Mr. Rand, have you received a copy and
 5    read the pre-sentence report?
 6              THE DEFENDANT:  Yes, Your Honor.
 7              THE COURT:  Are there any objections to the
 8    guideline's computations?
 9              MS. STEINBERG:  Not from the Government.
10              MR. GRILLO:  Your Honor, in my objections to the PSR,
11    I determined not to make any objections.  Since we had an
12    agreement, I thought it was unnecessary and would be of no
13    value.
14              THE COURT:  Let me say this, the Court having read the
15    pre-sentence investigation report and having reviewed all
16    documents submitted by both the Government and Mr. Rand, the
17    Court finds that the agreement of the parties is a fair and
18    reasonable resolution of this matter and the Court intends to
19    honor that agreement.
20              Now, there is one matter that we addressed sidebar
21    that was not agreed to which the Court will hear additional
22    argument and if either party wishes to offer evidence in that
23    regard and that relates to the term of supervised release.
24              In light of the representation by Mr. Grillo, the
25    Court makes the following findings:
```

```
 1          Total offense level is 40.  Criminal history category
 2  is two.  The advisory imprisonment range 324 to 505 months.
 3  Probation not authorized.  Supervised release five years to
 4  life.  Fine $250,000.  Restitution, none is being sought by the
 5  victims, and there is a mandatory special assessment of $100 as
 6  to each count in which the defendant was adjudicated, that is,
 7  Counts 3 and 7, for a total of $200.
 8          Now, Ms. Steinberg, does the Government wish to offer
 9  victim impact?
10          MS. STEINBERG:  Yes, Your Honor, there are several
11  people who would want to speak.  I introduce CR and her mother
12  Denise.
13          THE COURT:  Ma'am, you are CR?
14          MS. STEINBERG:  Your Honor, she asked me if I could
15  read her statement.
16          THE COURT:  Sure.
17          MS. STEINBERG:  "I was always scared of clowns because
18  I never knew who was behind the costume and makeup.  My lesson
19  learned is, with everyone, I no longer trust anyone.  Ben Rand
20  broke me.  He made me feel horrible, that I am a bad person.
21  He made me feel ugly, made self-esteem go down.  He made me
22  sick to my stomach.  I was tired of all the lies, tired of all
23  the tears.  I wanted out and he should have let me go but he,
24  of all people, had to have his way like always and be in
25  control.
```

1    "I finally had enough and was brave enough to tell the

2  truth.  I am now free from him and everything he has put me

3  through. "

4        Now, if Your Honor would allow, Denise would like to

5  make a statement, as well.

6        THE COURT:  Yes, ma'am.

7        THE WITNESS:  The damage that the defendant has

8  imprinted on our daughter has been life changing and still

9  ongoing.  If he had been charged more effectively the first

10  time, maybe he would not have been able to pursue our daughter

11  so easily after he was released but he did pursue her within

12  hours of his release.

13        Our daughter who was ill-equipped at her age to deal

14  with this predator was dealing with months and months of mind

15  games, stripping who she was as a person.  She was a competent

16  happy friendly girl, loved to dance and learn, and she is an

17  angry and confused girl who has no confidence, no self-esteem,

18  a girl who feels she is the bad person, no longer dances, stops

19  talking to her friends and finds no joy in school.

20        After having failing grades and being sick to her

21  stomach, we had no choice but to withdraw her from public

22  school and home school her which she continues to do to this

23  day.

24        It wasn't until after we learned what the defendant

25  was putting her through, she did no longer good in school she

1    felt trapped, scared, alone and unsure what to do.

2            She has to sleep with a light on if she even sleeps at

3    all.  She developed severe acid reflux, she is on medication

4    for.  She starts crying for no reason.

5            Ben Rand is the reason.

6            Having his family hire a private detective and take

7    pictures of us has made all of us a little scared but angry we

8    are being subjected to this.  It is not right.

9            The victim shows no -- The defendant has shown no

10   remorse for what he has done.  He continues to act like he is

11   the victim.  If he had taken responsibility for what he did or

12   said he was sorry it might have made things easier to bear, but

13   his actions speak volumes to the kind of persons he is, and we

14   feel he deserves more than 20 years.

15           We did agree to the deal and we accept the 20 years.

16           Thank you.

17           MS. STEINBERG:  Your Honor, I would ask MS and her

18   mother Jenny to come to the stand.

19           THE WITNESS:  When I hear the name Benjamin Rand all

20   that comes to mind is pain, embarrassment I felt for months.

21           Being an 11 year old, a child, my family put a trust

22   in a man, not an innocent little boy, trusted by all whom I

23   love.  Unfortunately, when I did trust Ben, he took advantage

24   of me.

25           Every day for several months he told me I was

1  worthless, no one would want me because of the bad things he

2  made me do.  It came to the point I believed him.  He made me

3  ashamed and regretful of things that weren't my fault.  No

4  other time had I felt so much hatred for someone.  I wanted to

5  shout to the world and tell everyone he wasn't just some high

6  school kid with a promising future.

7          I can honestly say because of Ben I had no childhood.

8  I was no longer the sixth grader but ashamed.  I didn't want to

9  live any more.  I rather die than have to deal with the shame

10  any longer.

11          Even after he was in prison, it was not enough.  A

12  mere 178 months for a crime that will affect me for the rest of

13  my life.  By obtaining all those photos of me last April, I

14  felt like the hopeless 11 year old all over again.

15          Now my future is brighter than ever.  I -- I -- No

16  longer can he hurt me and never again would I be a sobbing

17  child, never again.

18          MS. STEINBERG:  Your Honor, if I could, MS' sister, BS

19  is also a victim in the case.  She is in the hospital right

20  now.  I will be reading her statement.

21          "Ben Rand.  I haven't said that name in four years.  I

22  have hesitated to even type it.  Now I say it because it is

23  just a name.  It just happens that this name belongs to a

24  terrible person, a terrible person that does know right from

25  wrong, and still defies all authority and law, a person that

1    stole my baby sister's innocence.

2         "Ben Rand, I say this name now because I did not do

3    anything wrong.  It has taken me all these years up until now

4    to figure that out and come to terms with that.

5         "I did not foresee as a teen-ager the cruelties that

6    could arise out of one human.  Ben is that evil that exists in

7    this world.  He is every criminal that does not learn when to

8    stop.  He is that monster that is not worthy of being called a

9    human because of the damage he has done to this girl and to my

10   younger sister.

11        "Ben Rand took advantage of me and my younger sister.

12   I brought him into my world so he would be accepted and loved.

13   He betrayed me and my family.  He destroyed me, my little

14   sister and my family.  I have not forgiven him, but I have

15   forgiven myself.

16        "I show no remorse for him any more, because I did

17   show remorse for him the first time around.  The first time he

18   taped us having sex without my knowledge, the first time I

19   found nude photos of my baby sister and didn't know what to do,

20   the first time he destroyed me inside, I forgave him because he

21   is young and stupid.  Ben isn't young and stupid any more.  He

22   is older with no more excuses for his stupidity.

23        "Orlando Batista a famous chemist said, "an error

24   doesn't become a mistake until you refuse to correct it."

25        "Ben made an error the first time he hurt Melissa and

1   I.  His actions became a deliberate chain of mistakes.  He

2   never corrected anything he has done, no remorse, no apology,

3   nothing.  He doesn't care, but I do."

4              THE COURT:  Jenny.

5              THE WITNESS:  Thank you, Your Honor for letting me

6   speak.

7              He affected my family, my children, two of my girls.

8   The one who trusted him, his girlfriend, he was her first love.

9   She is having problems to this day with self-esteem, has no

10  confidence in herself, and doesn't want to go on sometimes.

11             This one is a lot stronger.  She is going to become

12  something of this.  She is going to take it somewhere, but she

13  wanted justice the first time.  She wanted to speak when she

14  was 11.  She wanted to go in front of the judge at 11 years

15  old.  I as a parent chose not to allow it.  Now she wanted to

16  speak when it happened again.  She wanted her day in court.

17             He got a chance the first time.  We did not fight it.

18  We allowed him to go to juvenile.  You get a chance in life,

19  take it as far as you can.  He didn't.  He did not want to

20  comply with the Court's orders and finally did.

21             And now here he is again.  How many more girls is he

22  going to affect?  He does not deserve another chance, Your

23  Honor.  We can't let him out any time soon for him to do this

24  again.

25             He destroyed two of my girls, not one.  Not just one,

1  but two.

2          As a mother, I feel like I failed because I didn't see

3  it coming.

4          I hope Your Honor will stand by the agreement that he

5  pled to.  Thank you.

6          THE COURT:  Thank you, Jenny.

7          MS. STEINBERG:  Lastly, Your Honor, if we could invite

8  AG and her mother Joan to the stand.

9          AG is not able to come up.

10         THE WITNESS:  Good afternoon, thank you for having me.

11         THE COURT:  Good afternoon, ma'am.

12         MS. STEINBERG:  Your Honor, Amanda had a lot of

13  trouble putting anything down, and -- AG, I am sorry, she wants

14  me to read a couple words.

15         "For the pain he has caused I believe he should be

16  doing at least 30 years, if not longer.  It caused me to fail

17  school, trust people less and become more anti-social than I

18  ever was."

19         Thank you.

20         THE WITNESS:  I am the mother of a young, sweet girl

21  who was a victim of Benjamin Rand.

22         I don't even like to say his name, forgive me.  I am

23  here to speak on my daughter's behalf and tell Your Honor about

24  the devastating impact the man's criminal actions had on all of

25  our lives, especially my daughter.

1       I first learned the defendant was victimizing my
2  daughter when a detective contacted me at work and asked me to
3  bring my daughter down to the police station.  My wildest
4  imagination could not prepare me for what lied ahead.
5       I learned Benjamin Rand had pictures of my naked
6  daughter on his cell phone.  I felt shocked and devastation
7  when I learned what the defendant had been doing to my
8  daughter.  To this day, she has not disclosed much of what she
9  has suffered at his hands, but I know he victimized her on a
10 daily basis.
11      When my daughter met the defendant, she changed.  He
12 would come to the house and picked her up, and she would be
13 crying.  When I told her not to go, she became agitated and
14 extremely emotional.  She would say I don't understand the
15 pressure she was under, and she would run out the door and run
16 into the defendant's green Toyota.
17      He would show up whenever he felt like and leave with
18 a look of fear in her eyes.
19      As a paren the who loves her daughter, this ripped my
20 heart out.  I didn't know what to do.  I knew something was
21 wrong with this person.  I tried to research him.  There was
22 nothing to warn me as a mother what this man was capable of
23 because all the records from the earlier case were sealed.
24      Her school work began to suffer, and she was unable to
25 focus.  I later learned this is because the defendant would

1   call her and text her repeatedly when she was at school and

2   pressure her to leave school.  He would pick her up and take

3   her back to his house or wherever it was he did these things to

4   her.

5          I since learned he often took her back to his house;

6   and when his mother was home, he would bring her into his

7   bedroom.  She looked very young.  Ben lied and told his parents

8   she was 19.

9          And a parent whose child had been in trouble with the

10  law victimizing young girls, I think you should have done more

11  to protect my daughter.

12         This is about Benjamin Rand and not manipulation and

13  control he had over a 16 year old girl.  Little by little my

14  daughter's beginning to open up to me.  She was scared and

15  confused and felt so threatened and controlled by him she felt

16  she could not tell anyone.  She was so ashamed she felt no one

17  or anything could stop him.

18         His control over her was relentless and felt powerless

19  to break it off with him.

20         My daughter is still living this nightmare.  She will

21  not be graduating from high school and getting her diploma with

22  her friends because her education suffered so greatly by what

23  the defendant put her through.  This made her worthless and she

24  trusts no one.

25         She has had days of depression where she just cries.

1  She does not like to be alone.  She has beaten herself up with

2  her fist after what the defendant did to her.  She changed her

3  outward appearance in an effort to escape how she looked when

4  she met him.  Back then she had long beautiful blond hair past

5  her waist.  She dressed very nice.  She cut it off and died it

6  black and other colors trying to change what she saw because of

7  him.

8          I see her face and I know there are times when she is

9  suffering and hurting and having self doubt.  She blames

10 herself for trusting him and doesn't know whether she could

11 ever trust anyone again.  She does not feel safe from him.

12 Even though she knows he is going to be in prison, she still

13 feels he will do something to her or someone else again.

14         My daughter is a kind, gentle, giving person.  Since

15 this happened to her, she changed in so many ways.

16         I need you, Your Honor, to know what this man has done

17 to my precious gift.  We could never give her back what she had

18 before and what she lost because of this manipulative,

19 dangerous man.  She must be medically checked on a regular

20 basis because the defendant had no concern for her safety or

21 life, and only his gratification and refused to use protection

22 when he sexually abused her.

23         To the Defendant's father who had, I believe, called

24 me on several occasions to try to talk to me and tell me about

25 his son and ask for help for his son, did you really think that

1  was appropriate?  He was scarey and he was wrong.

2          But to you, Benjamin Rand, I refuse to allow you or

3  your actions to take away my child's preciousness.  She will

4  succeed as these other young ladies that you victimized.

5          Your Honor, thank you for allowing me to speak on

6  behalf of my daughter and give insight in what we live with,

7  and what my daughter has to live with on a daily basis.

8          Please note this is a conservative explanation of the

9  pain and suffering this man's actions caused us.  I hope all

10  these young girls who fell victim will overcome this, and pray

11  this defendant gets what he deserves.

12          And people do care.

13          THE COURT:  Joan, were you consulted in this

14  disposition?

15          THE WITNESS:  By who?

16          THE COURT:  By the Assistant U.S. Attorney.

17          THE WITNESS:  Yes, I was.

18          THE COURT:  Do you concur in this disposition?

19          THE WITNESS:  Yes, I do.

20          THE COURT:  Thank you very much for your kindness.

21          THE WITNESS:  Thank you.

22          THE COURT:  All right.

23          Mr. Grillo, do you wish to be heard?

24          MR. GRILLO:  Well, Your Honor, the statute allows

25  victims' statements.  It doesn't provide any opportunity to

1    address that.

2            THE COURT:  When I say be heard, we have another issue

3    that needs to be addressed.  You wanted to address that issue.

4            MR. GRILLO:  Yes, sir, most certainly.

5            I would tell the Court my client and his family

6    empathize with these young women, girls.  We don't agree with

7    everything that is said but they have a right to say what

8    happened.

9            The two things I dispute is, the private investigator,

10   as far as I know, never did anything improper or illegal.  Any

11   inference he did so, I would object to.

12           As to whether or not there are threats by so-called

13   friends of the defendant, I never heard that before today.  I

14   would never have allowed that, nor the family.  I don't know

15   what happened.  That was certainly not from the defense side of

16   things.

17           As to blaming my client's mom and dad, I disagree with

18   that.

19           As to the next issue, and I have a number of family

20   members here and other people, some of which have written

21   letters to the Court which I am sure you read.  One or two may

22   address the Court if we get to that point.

23           Here is where we are legally in terms of the sentence.

24           As I indicated to you sidebar and my pleadings, I

25   believe there is an an ambiguity in the agreement we entered.

1          I believe when we had a discussion about resolving the

2   matter, we did discuss 20 year sentence, and got more specific

3   and made it a 20 year prison sentence.  As of now the sentence

4   includes incarceration, supervised release, fines, restitution,

5   a number of different components.

6          We didn't address any of them except for the

7   incarceration portion of it.

8          We never really discussed or agreed on term of

9   supervised release.

10          I believe the agreement that we entered into allows

11   for interpretation and in going along with that, that is why I

12   requested the Court consider instead of a 20 year sentence --

13   20 year prison sentence, the Court allow for there to be a 20

14   year sentence and some portion of that to be on supervised

15   release.

16          THE COURT:  The Court interpreted the agreement

17   clearly being a 20 year prison sentence.

18          MR. GRILLO:  Sure, I understand that.  We are not

19   suggesting that is thorough.  We did not address supervised

20   release.

21          THE COURT:  We did not.

22          MR. GRILLO:  The only sentence we agreed to was a 20

23   year sentence, and if that is in the Court's judgment the best

24   thing that should happen here, then, that would be appropriate.

25          The reason I submitted the report from Dr. Rapa, and I

1  thought it very thorough, and we have reviewed her curricula

2  vitae, she couldn't be here.  I think it is clear without going

3  into any detail what is in the report that clearly the

4  statistics and testing that Dr. Rapa did suggests a couple

5  things.

6          One is Benjamin Rand is not a pedophile; two, he is

7  not a sexual predator.  People are more amenable to treatment

8  when they are young, such as he is.  He is 21 years old.

9  People amenable to treatment are more likely to benefit from

10 the treatment when it is provided early on rather than at the

11 end of the sentence.  I don't know how we could figure it that

12 way.

13         We agree and urge the Court to allow the defendant to

14 have rehabilitation.  Whether you believe that is best to do

15 that in a custodial arrangement or non-custodial arrangement,

16 that is a tricky question.  There are not many places where

17 this sex offender type treatment available in private sector is

18 available in custodial arrangement.

19         He has a devoted and committed family.  As you know

20 from our submissions, when he was in the juvenile facility,

21 they saw him every weekend, participated in therapy.  They

22 would have seen him every day, and would have moved to

23 Okeechobee if it made sense, and we request the Court recommend

24 a facility, if he is incarcerated, in the Southern District of

25 Florida, FCI Miami so they have a close and warm relationship

1  with him and, you know, the statistics are defendants who have

2  family ties will get through prison in a successful way and be

3  able to succeed when they are released.

4         In light of what Dr. Rapa said, and I point out,

5  incidentally, early on in our discussions with the Government,

6  we had offered to allow the Government to speak to our doctors.

7  In fact, we asked them to get a doctor, and we tried to

8  approach this from a theraputic modality.  The Government

9  didn't agree with that.  They wanted to do it their way.  We

10  have always been of the mind that is appropriate.  This is not

11  a 50 or 60 year old man who is hardcore and can't be saved

12  according to Dr. Rapa, the only expert who has addressed this

13  issue made known to the Court.

14         We think that is imperative you make that part of the

15  sentence.

16         You want me to give you a recommendation what is the

17  appropriate term?

18         THE COURT:  You can say whatever you like at this

19  point.

20         MR. GRILLO:  You are right, we agreed to a 20 year

21  prison sentence.  I am not suggesting that is the case, since

22  we didn't address the other, what to do, if you give him 20

23  years prison and follow it by supervised release?  It is

24  potentially not in what we agreed to.

25         We don't want to revisit that.  All of us feel there

1   is a need to move on.  Mr. Rand and I am certain these young

2   girls want to move on, as well.

3           I propose that, as an alternative to you, I think 20

4   year prison sentence with nothing more doesn't make any sense.

5           You got to get him some help and give him a chance to

6   benefit from that.  If that doesn't happen, there are remedies

7   if he is under supervision of the Court.

8           Thank you, Your Honor.

9           Is it time to present the family?

10          THE COURT:  Yes.

11          MR. GRILLO:  May I have a few minute break?  I want to

12   talk to the family outside.  It may expedite matters.

13          THE COURT:  Go ahead.

14          (Pause in the proceedings.).

15          THE COURT:  The record will reflect Mr. Rand is

16   present represented by counsel.

17          MR. GRILLO:  With the Court's permission, we will call

18   a few brief witnesses.

19          THE COURT:  Sure.

20          MR. GRILLO:  Rabbi Lieberman.

21          THE COURT:  These are?

22          MR. GRILLO:  This is the family Rabbi.

23          THE COURT:  I am not going to swear him in.

24          Sir, state your name.

25          THE WITNESS:  Aaron Lieberman, L-i-e-b-e-r-m-a-n.

```
 1                THE COURT:  Okay.

 2                THE WITNESS:  I have been the family Rabbi for

 3   probably well over 20 years.  Primarily meet the family on

 4   holidays, et cetera.

 5                First, I would like to state my heart goes out to all

 6   of the families, the victim's families, as well as, the

 7   defendant's families.

 8                Based on my experience, I know what something like

 9   this can do to, not only the individual victims, which we all

10   know what that does to them, but to the families, as well.

11                There is a statement in the Tal Mad that says the

12   mouse is not the thief, the hole is, the opportunity for the

13   mouse to be able to get to what they need, because human nature

14   is such, when you give them enough opportunity and enough

15   enticement, various things can happen.

16                I am not qualified to suggest and to recommend how,

17   what, when, where, this should be adjudicated only to say that

18   someone who knows the family and knows how dedicated they are

19   to their son and how devastated they are of what he has done,

20   and they would be doing everything that they possibly can and

21   more than that to see to it that he gets the appropriate help,

22   and I understand that that is what probably would be the best

23   reason anything we are looking for, to see to that he gets the

24   help, and the victims get the help, as well.

25                Whatever that company possibly be done in that
```

```
 1   direction, I know the family will do that, and I could be of

 2   assistance to help the family get through this and to see to it

 3   that, indeed, he does get the help and therapy that is

 4   necessary.

 5           THE COURT:  Thank you for your comments.

 6           MR. GRILLO:  Your Honor, he has a number of friends

 7   and family members here.  I will not call all of them but his

 8   brother, mother and father would like to speak.

 9           THE COURT:  Sure.

10           MR. GRILLO:  He has two brothers.  They are both here.

11   I will call one, his older brother.

12           Seth Rand.

13           THE WITNESS:  I am Benjamin's oldest brother, held him

14   three hours after he was born.  He is not a bad boy.  He made a

15   lot of mistakes, we understand that, but he wants treatment.

16   He wants help, he wants to get better.  He does have remorse

17   for what he has done.  He does feel bad for what he has done.

18           He wants to be better.  He wants the help that he

19   needs.

20           Our family is fully committed to doing what we can to

21   help him through this difficult time.  We understand that there

22   is a level of punishment needed here, but there is no question

23   without treatment that punishment is not the right direction.

24   Some type of treatment needs to be part of the 20 year deal

25   that is needed.
```

1           And, Your Honor, we greatly appreciate you giving us

2  the opportunity.

3           Thank you, Your Honor.

4           THE COURT:  Thank you, Mr. Rand.

5           MR. GRILLO:  His other brother would like to speak,

6  Robert.

7           THE WITNESS:  Hi, Your Honor, Robert Rand.

8  R-o-b-e-r-t R-a-n-d.

9           I -- What I can tell the Court is that I have made it

10  part of my persona to work with teens and young adults for the

11  years that have allowed me to do so, and as I wrote to the

12  Court, I know that young people have a lot of potential for

13  good and bad, and that my brother, we've seen, has amazing

14  potential to do good things, to become the man that he should

15  be, that he can be, that he has the support to do so.

16           My heart goes out to the victims in court that have

17  seen the other side and, unfortunately, had to endure things

18  that I am terribly sorry for, and that I understand don't go

19  away quickly, easily, but that Benjamin does have the ability

20  to lead a productive life, that he does have the ability to be

21  a good member of society and that there are ways we can get him

22  to that point, that the doctors believe that, professionals

23  believe it and we believe it, and we are here to help him.

24           Thank you, Your Honor.

25           THE COURT:  Thank you, Mr. Rand.

 1          THE WITNESS:  Good afternoon, Your Honor.  David Rand,

 2   R-a-n-d.

 3          I would like to say hello.  This is the first time I

 4   am seeing Benjamin since November 1st.

 5          It is very hard, hard for us to sit here today and

 6   watch Benjamin get punished but punishment is due, and I am

 7   sorry if I scared anybody.  I didn't mean to do that.

 8          If I offended you in any way, I am sorry.  It wasn't

 9   my intention.

10          We didn't have the trial.  The truth did not come out

11   as it should have.  The girls very serious things to say.  I

12   don't take this lightly.  I offered through authorities to see

13   if they needed therapy, through Corey.  Corey said no, we don't

14   want your help.

15          I know it is very traumatic.  I spoke to some of the

16   girls over the years, and I know one of the girls in

17   particular, and I asked her on five different occasions how old

18   are you?  She could have confronted me, could have said I am

19   16.  She could have come and said Benjamin is bothering me.

20   She said I am 18.  I left my home, without any duress from

21   Benjamin.

22          I am sorry she wasn't truthful to me at the time.

23          Some of the girls I never met.  They are too young.

24   It was a long time ago.

25          It is hard to see Benjamin had a dark side.  We want

1    to see him get help.  From my side of the family, we don't wish

2    these girls any bad.  We want them to get better and move on

3    with society and move on with their lives.

4            Benjamin is going to get punished.  He is going to get

5    what is coming to him because society has to have a punishment,

6    a long time.  I will be 75 when he comes out.  I would like to

7    be a productive part of his life.  I will be part of his life

8    the next 20 years.  I hope they keep him local so I could visit

9    him on a meaningful basis.

10           It is hard for us to stand in front of you, Your

11    Honor, and beg for mercy because we do want our son back and

12    give him some more meaning to his life.  Seth said, don't

13    worry, Daddy, when Ben comes out, we will be responsible for

14    Ben, to see that he is on the right path.  If I am not here to

15    take care of him, his brothers will take care of him to fulfill

16    his commitment to society.

17           For the girls' sake, I wish it never happened.

18           Thank you.

19           THE COURT:  Yes.

20           THE WITNESS:  Your Honor, Merrill, M-e-r-r-i-l-l,

21    Rand.

22           I am here today on behalf of my son Benjamin.  He

23    appeared here for trial, seven counts.  When you read the

24    indictment, he sounds like a horrible person, and when you

25    listen to the parents today and the girls today he sounds like

1    a horrible person.  He is not.  He is a troubled young man.

2    Definitely, I am prejudiced, I am his mother, I love him.

3            I have had 20 years to watch him grow into a really

4    fine young man.  He is very helpful in the community.  He is

5    helpful at work.  He was helpful in school.

6            He has a problem, a treatable problem.

7            He made mistakes, and, yes, there are consequences.

8    There is no question in anybody's mind of that.

9            I am very sorry to all the parents, to all the girls.

10           I know he never meant to hurt anyone.

11           It is not in his nature to hurt anyone.

12           It is very difficult for me to listen to what the

13   girls have to say.  I believe that they believe a lot of it,

14   but I am also very well aware that after these girls had

15   relationships with my son, they all contacted him.  They all

16   befriended him, not MS.  CR did go looking for him again.  She

17   contacted a friend of my sons asking about him.

18           He spent 17 months away from me in a juvenile

19   facility.  We got up six o'clock every morning in order to

20   drive to be there for opening to spend all day with him and

21   come home seven o'clock at night.  While he was away, both my

22   husband's parents passed away.  My father passed away.  My

23   husband's two uncles passed away.  His aunt passed away.  Two

24   of his friends passed away.  And he lost a pet, not important,

25   but there were a lot of deaths while he was away.

1          He never got to morn.

2          We asked to have him released to come home to the

3   funerals.  It was approved and then it was taken away.

4          My mother is sitting here today.  She is not a

5   youngster.  I would like my son to be home before my mother

6   passes.

7          I know I am asking a lot and I know that the families

8   here don't see it my way, but I listen to the news on TV, and I

9   have seen my son in the newspaper and all the horrible things

10  said and never had a chance to say anything on his behalf.

11         They all say that he never said he was sorry.

12         He was never given the opportunity.  He was told he

13  couldn't contact anybody.  How do you apologize when you are

14  not allowed to contact them?

15         He is sorry.  He knows he made mistakes.  When he came

16  home from Okeechobee from the juvenile facility, he couldn't

17  sleep, he couldn't eat, he went to the refrigerator unable to

18  open the door.

19         It was no readjustment period.

20         It is a very important thing.

21         He came home, his friends were all gone.  They had

22  gone off to college, and the few that remained, he didn't want

23  to be in touch with.  They were smoking, drinking.  That is not

24  who he is.

25         They sent him home.  He was missing half a credit from

1   high school, but we didn't know it for months.  They

2   miscalculated his grades there.

3           We asked for help.  They didn't give any.  God bless

4   my middle son.  He tracked down the proper person in

5   Tallahassee and made contact so he could finish his education

6   and get a diploma.  He was sent through the Eckerd re-entry

7   system.  They did nothing.  Didn't help him get a job, get

8   adjusted.  He needed to check in every week.  He had to drive

9   there, sign in, and they sent him home.

10          Nobody followed up.  Nobody did what they were

11  supposed to do.  Somebody dropped the ball and that is why we

12  are here today.

13          When they sent him home from Okeechobee, nobody told

14  us get him further therapy.

15          THE COURT:  Ma'am, didn't you recognize your son had a

16  problem?

17          THE WITNESS:  My son was depressed.  I recognized

18  depression.  I asked him to go for therapy.

19          THE COURT:  Why didn't you make sure he went for

20  therapy?

21          THE WITNESS:  Because you can't force somebody to go.

22  I asked the therapist --

23          THE COURT:  You are the parent.

24          THE WITNESS:  You can't force somebody.

25          THE COURT:  You are blaming all these other people.

1          THE WITNESS:  I am not blaming them.

2          I am telling you he did wrong, but I am telling you

3    that the checks and balances weren't there.

4          THE COURT:  What makes this offense so egregious is

5    that he did time in the juvenile facility for committing the

6    same acts, the same type acts.

7          THE WITNESS:  Okay.  I understand that.  I also

8    understand he is very immature.  He came home and he is still

9    that same teen-ager.  He never passed that threshold.  Missed

10   graduation, prom, homecoming, all the things that bring you to

11   the next level.

12         I am not trying --

13         THE COURT:  Look -- I'm not.

14         THE WITNESS:  I understand --

15         THE COURT:  I am not blaming you but you were saying

16   why didn't this person do something, why didn't this other

17   person do something?  You are the parent.

18         THE WITNESS:  I am very well aware of that, okay, and

19   I wanted my son to get help; but without him being agreeable to

20   it and seeing his own depression, my hands were tied.

21         He was over age and I couldn't force him.  I spoke to

22   the therapist.

23         I appreciate your time, Your Honor.

24         THE COURT:  Thank you, Mrs. Rand.

25         Mr. Grillo, anything further?

```
 1              MR. GRILLO:  No.
 2              THE COURT:  Did you want the Court to consider the
 3    report of Dr. Rapa?
 4              MR. GRILLO:  Yes, I do.
 5              THE COURT:  The Court did receive and the Court has
 6    read the entire report.
 7              MR. GRILLO:  Yes, sir, I am sure you did.
 8              THE COURT:  Let me give the Government an opportunity
 9    to respond, and then I will hear from Benjamin Rand last.
10              MS. STEINBERG:  Thank you, Your Honor.  I wanted to
11    introduce BS who came from the hospital here.  She is here.
12    This is BS.
13              She made it here.
14              THE COURT:  Okay.
15              MS. STEINBERG:  I didn't know if she wanted to say
16    something else.
17              THE COURT:  If she wants to be heard, I will hear what
18    she has to say.
19              That is strictly up to her.
20              THE WITNESS:  This is kind of difficult for me.
21              The day before I knew I had to come down on the train
22    I attempted to hurt myself because I don't want to have to face
23    this.  I don't want to have to speak and say what he did,
24    especially when, you know, I was the first person, I was the
25    first victim -- she is a lot stronger than me.
```

1      It hurt me when I had to sit there and I had to see my

2  boyfriend that I fell in love with after three months what he

3  had done to my little sister.  I was 16 at the time.  I found

4  these photos, I had to deal with that.  The trouble with a 16

5  year old, you can't deal with that much.

6      My first thoughts were suicide, suicide, and,

7  obviously, still to this day, he puts me through that.

8      Now having come so close to actually having died, I

9  don't want to any more.

10      I do want him to be punished.

11      I wanted to give him a chance.  I loved him.  I still

12  wanted him to have a chance.  He was so young.  He was 17 years

13  old.  We all make mistakes, look at the thoughts I was having

14  at 16.

15      He went to juvenile, he came out and immediately went

16  back to his same things, the same things he was doing, the same

17  things that he did, he went into juvie for.

18      I don't think he should have that chance any more, and

19  I understand that his family cares and they love him.  Every

20  family is going to care and love.  Even if somebody is a

21  murderer, they are going to care and love that person, but he

22  doesn't deserve another chance.  He is going to do it again.

23  He is going to keep doing it.  If he can't mature, if he needs

24  events, if he needs a prom to mature him, he is never going to

25  be mature.

1          That is it.

2          MS. STEINBERG:  Thank you, Your Honor.

3          As a prosecutor, this has been one of the most

4   difficult and possibly the worst case I have ever had to

5   handle, and I say that because despite what his mother may have

6   said, this defendant has shown less remorse and less

7   understanding of the criminality of his actions and the

8   devastating life-long impact that his behavior will have on

9   these girls than any other defendant I ever prosecuted.

10          There is a lot of discussion today in the legal

11   community, mental health community what is a pedophile.

12          Frankly, it doesn't matter in this case, the

13   Government is not arguing that Benjamin Rand is dangerous

14   because he is a pedophile or he is sexually attracted to

15   prepubescent children.  That is not what this case is about.

16   This case is about control, a predator.

17          Maybe the defendant doesn't fit the technical

18   definition of a pedophile, but rest assured he is a sexual

19   predator.

20          The term sexual predator is used generally to describe

21   a person who obtains or tries to obtain sexual contact with

22   another person in a predatory manner.  It is analogous how a

23   predator hunts down his prey.  The sexual predator is thought

24   to hunt for his victims.  A sexual predator is referred to as a

25   person who habitually seeks out sexual situations that are

1    deemed exploitive.

2         Benjamin Rand is this person.  He hunts for his

3    victims looking for the most vulnerable and easiest to exploit.

4    He befriends them, grooms them, gains their trust; and once he

5    has them where he wants them, he attacks.

6         It is evident that the defendant is a sexual predator

7    who has been grooming young girls and adolescents for sexual

8    activity for years.

9         What he stands convicted of today is no exception.

10   Benjamin Rand was sexually exploiting children when he was 17,

11   and everyone said, he is just a kid, give him another chance.

12   The system did.  He was given a chance most people never get,

13   and he squandered it.

14        As BS just said, he is not entitled to a third chance.

15        I read the stacks of letters written to Your Honor by

16   the defendant's supporters, despite what has been said today,

17   not one of the letters mentioned the girls or expressed any

18   understanding what the defendant had done to them.

19        What I did see in virtually every letter was a

20   shifting of responsibility away from the defendant.  One letter

21   said his parents shouldn't have given him a smart phone,

22   another said there are too many T.V. shows and billboards that

23   promote sex.  Another said girls dress too provocative and he

24   had no control over the girls sending the pictures.  The system

25   didn't give him enough treatment the first time.  I heard the

1  mouse isn't the criminal, the hole is.

2      Blame the system, technology, blame the victims, blame

3  the mouse hole, the person who needs to be blamed is the

4  defendant.

5      As for the Defendant's criminal actions, one of the

6  letters refer to what he did to these girls is a lapse in

7  judgment.  Another called it a mistake with no bad intent.  All

8  the letters spoke about what a respectable person the defendant

9  is.  One even described him as a person of good moral

10  character.

11      As the Court in the Iri (phonetic) case said if the

12  defendant is a person of good character the term has no meaning

13  worth mentioning.

14      What Benjamin Rand did is despicable.  He committed

15  horrible crimes against children and despite what he and his

16  supporters want to believe, he committed these crimes as an

17  adult, an adult who knew better because he had done it before

18  and had been punished.

19      This is a man within hours of being released from a

20  sex offender release facility where he was instructed to have

21  no unsupervised contact with minors under the age 16 began

22  texting a 14 year old child who became one of his victims.

23      The defendants need to stay in prison for a long time,

24  yes, he needs to get treatment, FCI Miami doesn't do that,

25  Butner does, Massachusetts, FCI Miami does not; but, along with

1    getting treatment, Your Honor, he needs to be imprisoned

2    because there is something to be said about just desserts and

3    punishment, and this defendant needs to be imprisoned to

4    protect the public and all the girls out there who don't

5    understand that sometimes the charmming little puppy dog is

6    really the big bad wolf.

7            There is a very real risk of this defendant

8    re-offending.

9            He stands before the Court as a repeat sex offender,

10   and the most compelling argument that risk of recidivism is

11   more a guaranty than a risk.  He has proven himself as a

12   recidivist.  Prior incarceration had no deterrent affect on him

13   whatever.  He began victimizing CR less than one day after his

14   release while on supervision.  Because of this, the defendant

15   needs to be in prison to send a message to him and others

16   damage to children will not be tolerated.

17           After that term of imprisonment, the Government is

18   asking for him to be placed on supervised release for the rest

19   of his life.  Lifetime supervision is the only means available

20   to make sure this defendant does not re-offend.

21           The only means viable to make sure any children the

22   defendant comes into contact with, personally or cyber space,

23   and protection of lifetime to the community, this will produce

24   lifetime help for the defendant.

25           Congress insisted lifetime supervision be available to

1  courts in sentencing sexual offenders.  Congress provided this

2  option in the response of longstanding concerns of federal

3  judges and prosecutors regarding inadequacy of the supervision

4  of sex offenders, particularly, child sex abuse crimes whose

5  criminal conduct may appear aberrant but may not disappear

6  within a few years release from prison.

7        Lifetime supervised release is not only permitted but

8  recommended for sex offenders.

9        This defendant has been unwilling or unable to conform

10  his conduct even after being in a sex offender facility,

11  repeating disregard for laws to protect our children way in

12  favor being supervised for the rest of his life.

13        I know there is something about the defendant not

14  having an opportunity to express remorse.  There are ways to

15  express remorse and none has been given and even, at this

16  moment, to this day, all we have heard is it is everyone else's

17  fault but the defendants.

18        That comes from the defendant.

19        This defendant has no idea what his vial actions have

20  done and how they will forever affect these girls who are

21  before you today.

22        He has no idea what the particular need for control

23  has stolen from them but they are strong.

24        In fact, they are a lot stronger than they know.  I

25  know that because I have had the pleasure of getting to know

1   them.   I have the confidence they will survive Benjamin Rand

2   and they will go on to be great people and do great things with

3   their lives.

4          The defendant does not have a clue.  He may not admit

5   it in court, he believes he is the victim here.  He has shown

6   no empathy or understanding and, even today, he tries to shift

7   the blame.  That leaves the Government with no comfort when he

8   gets out he won't continue to prey on the weak and vulnerable.

9   Without remorse and understanding, there is a possibility the

10  Court system has not heard the last of Benjamin Rand.  He is

11  without compassion to his victims and I ask that he not be

12  given your compassion today.

13         Thank you.

14         THE COURT:  Thank you.

15         Mr. Rand, do you wish to be heard?

16         THE DEFENDANT:  Yes, Your Honor.

17         THE COURT:  If you feel more comfortable come up to

18  the podium.

19         THE DEFENDANT:  Good afternoon, Your Honor.

20         First of all, let me say thank you for hearing me

21  today.  Up to this point, despite whatever options

22  Ms. Steinberg is talking about, if I had an opportunity to show

23  remorse to the families or the victims, I would have.

24         After I was arrested on March 19th, I was released on

25  bond and immediately after was contacted by CR via Facebook,

1  and I got so scared I ran to my parents.  I would not open the

2  message.  I contacted the lawyers.  I didn't know what to do.

3          Okay.  If I knew what to do, it would have been, you

4  know, a miracle.

5          If I got to apologize for everything that I have done,

6  I wish it would be enough.  Okay.  I do show remorse.  I cry

7  every night in my cell.

8          I started crying here in court today.

9          As soon as the victims started coming up, their words

10  brought tears to my eyes.

11          I never meant to hurt anybody.  I do need treatment.

12  I recognize that.  I recognized it for a long time but, through

13  depression that I didn't know that I had, I was blind to it.  I

14  wish that the facility I was in provided the proper treatment.

15          I spent 17 months in juvenile lockup where there was

16  no real treatment.

17          The therapist there told me what I had to believe in

18  order to go home.  They tried throwing things into my head.

19          I want real treatment not somebody telling me who I am

20  and what I am.

21          I want to be able to trust a therapist, to get to know

22  him.

23          If I have to do my incarceration time and get out and

24  go into a 12 step program on my own free time, that is what I

25  will do, if the prison system won't provide a program for me

1    but I want the help.

2         I again apologize to all the victims and their

3    families for all the hardship that it has cost them now and for

4    the rest of their lives.  I know it is never going to go away.

5    I never meant to hurt anybody.  I am not a bad person.  I have

6    been helpful all my life to the best of my ability and I wish

7    there were more I could do.

8         Thank you, Your Honor.

9         THE COURT:  Thank you, sir.

10        The Court has considered the statements of all

11   parties, including the victims in this case, parents, friends

12   of the defendant.  The Court has considered the pre-sentence

13   report which contains the advisory guidelines, as well as, each

14   of the factors set forth in 18 United States Code, Section

15   3553(a).

16        The Court finds that the agreement entered into by the

17   parties with the concurrence of all victims and their parents

18   represents a reasonable resolution of this case.

19        Accordingly, the Court will honor that agreement.

20        The only remaining issue is that of an appropriate

21   term of supervised release.

22        Under our advisory Sentencing Guidelines, the range,

23   of course, the Court is not bound to impose a term within that

24   range but the range is five years to life.

25        This issue is easily resolved by consideration of one

1  fact and that is when Mr. Rand was released from that juvenile

2  facility, not long thereafter, he committed a similar crime to

3  that which he was incarcerated.

4         There is no better evidence to establish that a

5  lifetime term of supervision is necessary and once Mr. Rand is

6  released from incarceration, if he follows the rules and

7  commits no other offenses, he will have no problems but that

8  supervision is necessary.

9         The Court finds that Mr. Rand is financially unable to

10 pay a fine; accordingly, no fine will be imposed.

11        It is the judgment of the Court that the defendant

12 Benjamin Rand is hereby committed to the custody of the Bureau

13 of Prisons to be imprisoned for 240 months.  This term consists

14 of 240 months as to Count 3 and 120 months as to Count 7.

15 Those terms shall be served concurrently.

16        It is further ordered that upon release from

17 incarceration that Mr. Rand shall be placed on supervised

18 release for a term of life as to each of Counts 3 and 7 to be

19 run concurrently.

20        Within 72 hours of release from the custody of the

21 Bureau of Prisons, Mr. Rand, you shall report in person to the

22 Probation Office in the district to which you are released.

23        While on supervised release, you shall not commit any

24 crimes, shall be prohibited from possessing a firearm or other

25 dangerous devices, shall not possess a controlled substance,

1    shall cooperate in the collection of DNA and comply with the

2    standard conditions of supervised release including the

3    following special conditions which are all noted in Part G of

4    the pre-sentence report and those conditions are:  Computer

5    possession restriction, employer computer restriction

6    disclosure, anger control slash domestic violence treatment,

7    financial disclosure requirement, employment requirement,

8    self-employment restriction, disclosure of telephone records,

9    permissible search, no contact with minors, no involvement in

10   youth organizations, sex offender treatment, restricted from

11   possession of sexual materials, Adam Walsh Act search condition

12   and sex offender registration.

13          In addition, Mr. Rand you are ordered to pay

14   immediately to the United States a special assessment of $100

15   as to each count for a total of $200.

16          This offense has devastated many lives and, hopefully,

17   with adequate treatment and counseling each of the victims will

18   lead a productive and healthy life.

19          Mr. Rand, hopefully, with treatment provided to you

20   through the Bureau of Prisons and later when you are on

21   supervised release that you will lead a productive and healthy

22   life.

23          The total sentence is 240 months imprisonment, life

24   supervised release, $200 special assessment.

25          Now that sentence has been imposed, does the defendant

1   or his counsel object to the Court's finding of fact or to the

2   manner in which sentence was pronounced?

3              MR. GRILLO:  Yes, Your Honor, as I have already

4   stated.

5              THE COURT:  Mr. Rand, you do have a right to appeal

6   the sentence imposed.  Any Notice of Appeal must be filed

7   within 14 days after the entry of judgment.

8              If you are unable to pay for the cost of appeal, you

9   may apply for leave to appeal informa pauperis.

10             Any other request regarding locale?

11             MR. GRILLO:  I did submit to you in my objections

12  request for FCI Miami.

13             THE COURT:  What I do is, I will recommend a locale.

14             MR. GRILLO:  In the Southern District.

15             THE COURT:  If that is where you want it, in the

16  Southern District.

17             MR. GRILLO:  Yes.

18             THE COURT:  The Court will recommend to the Bureau of

19  Prisons that you be housed in a facility located in the

20  Southern District of Florida.

21             This is merely a recommendation.  The Bureau of

22  Prisons, they conduct their own evaluation and they will make a

23  determination ultimately as to the appropriate designated

24  facility.

25             Folks, anything further?

 1          MS. STEINBERG:  The Government would move to dismiss

 2    the remaining counts of the Superseding Indictment at this

 3    time.

 4          THE COURT:  The motion is granted.

 5          If there is nothing further, that will conclude this

 6    sentencing hearing.

 7          (Thereupon, the hearing was concluded.)

 8                    C E R T I F I C A T E

 9          I hereby certify that the foregoing is an accurate

10    transcription of proceedings in the above-entitled matter.

11
      March 11, 2012          \s\ Pauline A. Stipes
12    _____          _____
         DATE                   PAULINE A. STIPES
13                              Official United States Court Reporter
                                299 E. Broward Boulevard
14                              Ft. Lauderdale, Fl 33301
      954.769.5496
15

16

17

18

19

20

21

22

23

24

25

**A**

Aaron 19:25
aberrant 35:5
ability 22:19,20 38:6
able 5:10 10:9 18:3 20:13 37:21
abuse 35:4
abused 13:22
accept 6:15
acceptance 2:20
accepted 8:12
accurate 42:9
acid 6:3
act 6:10 40:11
actions 6:13 9:1 10:24 14:3,9 31:7
   33:5 35:19
activity 2:16 32:8
acts 28:6,6
Adam 40:11
addition 40:13
additional 3:21
address 15:1,3,22 16:6,19 18:22
addressed 3:20 15:3 18:12
adequate 40:17
adjudged 2:20
adjudicated 4:6 20:17
adjusted 27:8
admit 36:4
adolescents 32:7
adult 33:17,17
adults 22:10
advantage 6:23 8:11
advisory 4:2 38:13,22
affect 7:12 9:22 34:12 35:20
afternoon 2:5 10:10,11 23:1 36:19
AG 10:8,9,13
age 5:13 28:21 33:21
agitated 11:13
ago 23:24
agree 6:15 15:6 17:13 18:9
agreeable 28:19
agreed 3:21 16:8,22 18:20,24
agreement 3:12,17,19 10:4 15:25
   16:10,16 38:16,19
ahead 11:4 19:13
allow 5:4 9:15 14:2 16:13 17:13
   18:6
allowed 9:18 15:14 22:11 26:14
allowing 14:5
allows 14:24 16:10
alternative 19:3
Amanda 10:12
amazing 22:13
ambiguity 15:25
amenable 17:7,9
America 1:4 2:7
analogous 31:22
anger 40:6
angry 5:17 6:7
anti-social 10:17
anybody 23:7 26:13 37:11 38:5
anybody's 25:8
apologize 26:13 37:5 38:2
apology 9:2
appeal 41:5,6,8,9
appear 35:5
appearance 13:3
APPEARANCES 1:12
appeared 24:23
apply 41:9
appreciate 22:1 28:23
approach 18:8
appropriate 14:1 16:24 18:10,17
   20:21 38:20 41:23
approved 26:3
April 7:13
arguing 31:13
argument 3:22 34:10
arrangement 17:15,15,18
arrested 36:24
ashamed 7:3,8 12:16
asked 4:14 11:2 18:7 23:17 26:2
   27:3,18,22
asking 25:17 26:7 34:18
assessment 4:5 40:14,24
assistance 21:2
Assistant 2:10 14:16
assured 31:18
attacks 32:5

attempted 29:22
Attorney 2:11 14:16
attracted 31:14
aunt 25:23
authorities 23:12
authority 7:25
authorized 4:3
available 17:17,18 34:19,25
aware 25:14 28:18
A.U.S.A 1:13

**B**

baby 8:1,19
back 12:3,5 13:4,17 24:11 30:16
bad 4:20 5:18 7:1 21:14,17 22:13
   24:2 33:7 34:6 38:5
balances 28:3
ball 27:11
Based 20:8
basis 11:10 13:20 14:7 24:9
Batista 8:23
bear 6:12
beaten 13:1
beautiful 13:4
bedroom 12:7
befriended 25:16
befriends 32:4
beg 24:11
began 11:24 33:21 34:13
beginning 12:14
behalf 10:23 14:6 24:22 26:10
behavior 31:8
believe 10:15 13:23 15:25 16:1,10
   17:14 22:22,23,23 25:13,13
   33:16 37:17
believed 7:2
believes 36:5
belongs 7:23
Ben 4:19 6:5,23 7:7,21 8:2,6,11,21
   8:25 12:7 24:13,14
beneffit 17:9 19:6
Benjamin 1:7 2:7 6:19 10:21 11:5
   12:12 14:2 17:6 22:19 23:4,6,19
   23:21,25 24:4,22 29:9 31:13 32:2
   32:10 33:14 36:1,10 39:12
Benjamin's 21:13
best 16:23 17:14 20:22 38:6
betrayed 8:13
better 21:16,18 24:2 33:17 39:4
big 34:6
billboards 32:22
black 13:6
blame 33:2,2,2 36:7
blamed 33:3
blames 13:9
blaming 15:17 27:25 28:1,15
bless 27:3
blind 37:13
blond 13:4
bond 36:25
born 21:14
bothering 23:19
Boulevard 1:13,16,19,23 42:13
bound 38:23
boy 6:22 21:14
boyfriend 30:2
brave 5:1
break 12:19 19:11
brief 19:18
brighter 7:15
bring 11:3 12:6 28:10
broke 4:20
brother 21:8,11,13 22:5,13
brothers 21:10 24:15
brought 8:12 37:10
Broward 1:13,16,19,23 42:13
BS 7:18 29:11,12 32:14
Bureau 39:12,21 40:20 41:18,21
Butner 33:25

**C**

C 42:8,8
call 12:1 19:17 21:7,11
called 8:8 13:23 33:7
can't 9:23 18:11 27:21,24 30:5,23
capable 11:22
care 9:3 14:12 24:15,15 30:20,21
cares 30:19
case 1:3 2:8 7:19 11:23 18:21 31:4

31:12,15,16 33:11 38:11,18
category 4:1
caused 10:15,16 14:9
cell 11:6 37:7
certain 19:1
certainty 15:4,15
certify 42:9
cetera 20:8
chain 9:1
chance 9:17,18,22 19:5 26:10
   30:11,12,18,22 32:11,12,14
change 13:6
changed 11:11 13:2,15
changing 5:8
character 33:10,12
charged 2:15,18 5:9
charmming 34:5
check 27:8
checked 13:19
checks 28:3
chemist 8:23
child 2:15,18 6:21 7:17 12:9 33:22
   35:4
childhood 7:7
children 9:7 31:15 32:10 33:15
   34:16,21 35:11
child's 14:3
choice 5:21
chose 9:15
Chris 2:9
CHRISTOPHER 1:16
clear 17:2
clearly 16:17 17:3
client 15:5
client's 15:17
close 17:25 30:8
clowns 4:17
clue 36:4
Code 2:17,19 38:14
COHN 1:10
collection 40:1
college 26:22
colors 13:6
come 2:1 6:18 8:4 10:9 11:12 23:10
   23:19 25:21 26:2 29:21 30:8
   36:17
comes 6:20 24:6,13 34:22 35:18
comfort 36:7
comfortable 36:17
coming 10:3 24:5 37:9
comments 21:5
commit 39:23
commitment 24:16
commits 39:7
committed 17:19 21:20 33:14,16
   39:2,12
committing 28:5
community 25:4 31:11,11 34:23
company 20:25
compassion 36:11,12
compelling 34:10
competent 5:15
composed 9:21 40:1
components 16:5
computations 3:8
computer 2:15 40:4,5
concern 13:20
concerns 35:2
conclude 42:5
concluded 42:7
concur 14:18
concurrence 38:17
concurrently 39:15,19
condition 40:11
conditions 40:2,3,4
conduct 35:5,10 41:22
confidence 5:17 9:10 36:1
conform 35:9
confronted 23:18
confused 5:17 12:15
Congress 34:25 35:1
consequences 25:7
conservative 14:8
consider 16:12 29:2
consideration 38:25
considered 38:10,12
consists 39:13
consulted 14:13
contact 26:13,14 27:5 31:21 33:21
   34:22 40:9

contacted 11:2 25:15,17 36:25
   37:2
contains 38:13
continue 36:8
continues 5:22 6:10
control 4:25 12:13,18 31:16 32:24
   35:22 40:6
controlled 12:15 39:25
convicted 32:9
cooperate 40:1
copy 2:24 3:4
Corey 1:13 2:11 23:13,13
correct 8:24
corrected 9:2
cost 38:3 41:8
costume 4:18
couldn't 17:2 26:13,16,17 28:21
counsel 2:23 19:16 41:1
counseling 40:17
count 2:13,15,18 4:6 39:14,14
   40:15
counts 2:13,21 4:7 24:23 39:18
   42:2
couple 10:14 17:4
course 38:23
court 1:1,22 2:5,6,20 3:2,4,7,14,14
   3:17,18,21,25 4:13,16 5:6 9:4,16
   10:6,11 14:13,16,18,20,22 15:2,5
   15:21,22 16:12,13,16,21 17:3,13,23 18:13,18 19:7,10,13,15
   19:19,21,23 20:1 21:5,9 22:4,9
   22:12,16,25 24:19 27:15,19,23
   27:25 28:4,13,15,24 29:2,5,5,5
   29:8,14,17 33:11 34:9 36:5,10,14
   36:17 37:8 38:9,10,12,16,19,23
   39:9,11 41:5,13,15,18,18 42:4,13
Courthouse 1:23
courts 35:1
Court's 9:20 16:23 19:17 41:1
CR 4:11,13 25:16 34:13 36:25
credit 26:25
cries 12:25
crime 7:12 39:2
crimes 33:15,16 35:4 39:24
criminal 4:1 8:7 10:24 33:1,5 35:5
criminality 31:7
cruelties 8:5
cry 37:6
crying 6:4 11:13 37:8
curricula 17:1
custodial 17:15,18
custody 39:12,20
cut 13:5
cyber 34:22

**D**

dad 15:17
Daddy 24:13
daily 11:10 14:7
damage 5:7 8:9 34:16
dance 5:16
dances 5:18
dangerous 13:19 31:13 39:25
dark 23:25
dash 2:22 42:12
daughter 5:8,10,13 10:25 11:2,3,6
   11:8,11,19 12:11,20 13:14 14:6,7
daughter's 10:23 12:14
David 23:1
day 5:23 6:25 9:9,16 11:8 17:22
   25:20 29:21 30:7 34:13 35:16
days 12:25 41:7
deal 5:15 6:15 7:9 21:24 30:4,5
dealing 5:14
deaths 25:25
dedicated 20:18
deemed 32:1
defendant 1:8,16 3:6 4:6 5:7,24 6:9
   11:1,7,11,25 12:23 13:24 14:11
   15:13 17:13 31:6,9,17 32:6,18,20
   33:4,8,12 34:3,7,14,20,22,24
   35:9,13,18,19 36:4,16,19 38:12
   39:11 40:25
defendants 18:1 33:23 35:17
defendant's 11:16 13:23 20:7
   32:16 33:5
defense 15:15
deferred 2:22

Pauline A. Stipes, Official Federal  Reporter

defies 7:25
Definitely 25:2
definition 31:18
deliberate 9:1
Denise 4:12 5:4
depressed 27:17
depression 12:25 27:18 28:20 37:13
describe 31:20
described 33:9
deserve 9:22 30:22
deserves 6:14 14:11
designated 41:23
despicable 33:14
despite 31:5 32:16 33:15 36:21
desserts 34:2
destroyed 8:13,20 9:25
detail 17:3
detective 6:6 11:2
determination 41:23
determined 3:11
deterrent 34:12
devastated 20:19 40:16
devastating 10:24 31:8
devastation 11:6
developed 6:3
devices 39:25
devoted 17:19
didn't 7:8 8:19 9:19 10:2 11:20 16:6 18:9,22 23:7,10 26:22 27:1,3,7 27:15,19 28:16,16 29:15 32:25 37:2,13
die 7:9
died 13:5 30:8
different 16:5 23:17
difficult 21:21 25:12 29:20 31:4
diploma 12:21 27:6
direction 21:1,23
disagree 15:17
disappear 35:5
disclosed 11:8
disclosure 40:6,7,8
discuss 16:2
discussed 16:8
discussion 2:4 16:1 31:10
discussions 18:5
dismiss 42:1
disposition 14:14,18
dispute 15:9
disregard 35:11
district 1:1,1,11 17:24 39:22 41:14 41:16,20
DIVISION 1:2
DNA 40:1
doctor 18:7
doctors 18:6 22:22
documents 3:16
doesn't 8:24 9:3,10 13:10 14:25 19:4,6 30:22 31:12,17 33:24
dog 34:5
doing 10:16 11:7 20:20 21:20 30:16,23
domestic 40:6
don't 10:22 11:14 15:6,14 17:11 18:25 22:18 23:12,13 24:1,12 26:8 29:22,23 30:9,18 34:4
door 11:15 26:18
doubt 13:9
Dr 16:25 17:4 18:4,12 29:3
dress 32:23
dressed 13:5
drinking 26:23
drive 25:20 27:8
dropped 27:11
due 23:6
duress 23:20

E

E 1:13,16,19,23 42:8,8,13
earlier 11:23
early 17:10 18:5
easier 6:12
easiest 32:3
easily 5:11 22:19 38:25
eat 26:17
Eckerd 27:6
education 12:22 27:5
effectively 5:9
effort 13:3

egregious 28:4
either 3:22
else's 35:16
embarrassment 6:20
emotional 11:14
empathize 15:6
empathy 36:6
employer 40:5
employment 40:7
endure 22:17
engage 2:16
entered 2:12 15:25 16:10 38:16
entice 2:15
enticement 20:15
entire 29:6
entitled 32:14
entry 41:7
error 8:23,25
escape 13:3
especially 10:25 29:24
ESQ 1:16,19
establish 39:4
et 20:4
evaluation 41:22
events 30:24
evidence 3:22 39:4
evident 32:6
evil 8:6
exception 32:9
excuses 8:22
exists 8:6
expedite 19:12
experience 20:8
expert 18:12
explanation 14:8
exploit 32:3
exploiting 32:10
exploitive 32:1
express 35:14,15
expressed 32:17
extremely 11:14
eyes 11:18 37:10

F

F 42:8
face 13:8 29:22
Facebook 36:25
facility 17:20,24 25:19 26:16 28:5 32:20 35:10 37:14 39:2 41:19,24
fact 18:7 35:24 39:1 41:1
factors 38:14
fail 10:16
failed 10:2
failing 5:20
fair 3:17
families 20:6,6,7,10 26:7 36:23 38:3
family 6:6,21 8:13,14 9:7 15:5,14 15:19 17:19 18:2 19:9,12,22 20:2 20:3,18 21:1,2,7,20 24:1 30:19 30:20
famous 8:23
far 9:19 15:10
father 13:23 21:8 25:22
fault 7:3 35:17
favor 35:12
FCI 17:25 33:24,25 41:12
fear 11:18
federal 1:23 35:2
feel 4:20,21 6:14 10:2 13:11 18:25 21:17 36:17
feels 5:18 13:13
fell 14:10 30:2
felt 6:1,20 7:4,14 11:6,17 12:15,15 12:16,18
fight 9:17
figure 8:4 17:11
filed 41:6
finally 5:1 9:20
financial 40:7
financially 39:9
finding 4:11
findings 3:25
finds 3:17 5:19 38:16 39:9
fine 4:4 25:4 39:10,10
fines 16:4
finish 27:5
firearm 39:24
first 5:9 8:17,17,18,20,25 9:8,13,17

11:1 20:5 23:3 29:24,25 30:6 32:25 36:20
fist 13:2
five 4:3 23:17 38:24
FI 1:14,17,20,24 42:14
Florida 1:1,6 17:25 41:20
focus 11:25
Folks 2:5 41:25
follow 18:23
followed 27:10
following 3:25 40:3
follows 39:6
force 27:21,24 28:21
foregoing 42:9
foresee 8:5
forever 35:20
forgave 8:20
forgive 10:22
forgiven 8:14,15
forth 38:14
found 8:19 30:3
four 7:21
Frankly 31:12
free 5:2 37:24
friend 25:17
friendly 5:16
friends 5:19 12:22 15:13 21:6 25:24 26:21 38:11
front 9:14 24:10
Ft 1:2,6,14,17,20,24 42:14
fulfill 24:15
fully 21:20
funerals 26:3
further 27:14 28:25 39:16 41:25 42:5
future 7:6,15

G

G 40:3
gains 32:4
games 5:15
generally 31:20
gentle 13:14
getting 12:21 34:1 35:25
gift 13:17
girl 5:16,17,18 8:9 10:20 12:13
girlfriend 9:8
girls 9:7,21,25 12:10 14:10 15:6 19:2 23:11,16,16,23 24:2,17,25 25:9,13,14 31:9 32:7,17,23,24 33:6 34:4 35:20
give 13:17 14:6 18:16,22 19:5 20:14 24:12 27:3 29:8 30:11 32:11,25
given 26:12 32:12,21 35:15 36:12
giving 13:14 21:2
go 4:21,23 9:10,14,18 11:13 19:13 22:18 25:16 27:18,21 36:2 37:18 37:24 38:7
God 27:3
goes 20:5 22:16
going 9:11,12,22 13:12 16:11 17:2 19:23 24:4,4 30:20,21,22,23 38:4
good 2:5 5:25 10:10,11 22:13,14 22:21 23:1 33:9,12 36:19
Government 1:13 2:10 3:9,16 4:8 18:5,6,8 29:8 31:13 34:17 36:7 42:1
grader 7:8
grades 5:20 27:2
graduating 12:21
graduation 28:10
granted 42:4
gratification 13:21
great 36:2,2
greatly 12:22 22:1
green 11:16
Grillo 1:16 2:1,9 3:2,3,10,24 14:23 14:24 15:4 16:18,22 18:20 19:11 19:17,20,22 21:6,10 22:5 28:25 29:1,4,7 41:3,11,14,17
grooming 32:7
grooms 32:4
grow 25:3
guaranty 34:11
guidelines 38:13,22
guideline's 3:8

guilty 2:13,21

H

habitually 31:25
hair 13:4
half 26:25
handle 31:5
hands 31:5
happen 16:24 19:6 20:15
happened 9:16 13:15 15:8,15 24:17
happens 7:23
happy 5:16
hard 23:5,5,25 24:10
hardcore 18:11
hardship 38:3
hatred 7:4
haven't 7:21
head 37:18
health 31:11
healthy 40:18,21
hear 3:21 6:19 29:9,17
heard 14:23 15:2,13 29:17 32:25 33:6 36:10,15
hearing 1:10 36:20 42:6,7
heart 11:20 20:5 22:16
held 21:13
hello 23:3
help 13:25 19:5 20:21,24,24 21:2,3 21:16,18,21 22:23 23:14 24:1 27:3,7 28:19 34:24 38:1
helpful 25:4,5,5 38:6
hesitated 7:22
Hi 22:7
high 7:5 12:21 27:1
hire 6:6
history 4:1
hole 20:12 33:1,3
holidays 20:4
home 5:22 12:6 23:20 25:21 26:2,5 26:16,21,25 27:9,13 28:8 37:18
homecoming 28:10
honestly 7:7
honor 2:1,3 3:1,6,10,19 4:10,14 5:4 6:17 7:18 9:5,23 10:4,7,12,23 13:16 14:5,24 19:8 21:6 22:1,3,7 22:24 23:1 24:11,20 28:23 29:10 31:2 32:15 34:1 36:16,19 38:8,19 41:3
HONORABLE 1:10
hope 10:4 14:9 24:8
hopefully 40:16,19
hopeless 7:14
horrible 4:20 24:24 25:1 26:9 33:15
hospital 7:19 29:11
hours 5:12 21:14 33:19 39:20
house 11:12 12:3,5
housed 41:9
human 8:6,9 20:13
hunt 31:24
hunts 31:23 32:2
hurt 7:16 8:25 25:10,11 29:22 30:1 37:11 38:5
hurting 12:9
husband's 25:22,23

I

idea 35:19,22
illegal 15:10
ill-equipped 5:13
imagination 11:4
immature 28:8
immediately 30:15 36:25 40:14
impact 4:9 10:24 31:8
imperative 18:14
important 25:24 26:20
impose 38:23
imposed 39:10 40:25 41:6
imprinted 5:8
imprisoned 34:1,3 39:13
imprisonment 4:2 34:17 40:23
improper 15:10
inadequacy 35:3
incarcerated 17:24 39:3
incarceration 16:4,7 34:12 37:23 39:6,17
incidentally 18:5
includes 16:4
including 38:11 40:2

indicated 15:24
indictment 2:14 24:24 42:2
individual 20:9
inference 15:11
informa 41:9
innocence 8:1
innocent 6:22
inside 8:20
insight 14:6
insisted 34:25
instructed 33:20
intends 3:18
intent 33:7
intention 23:9
interpretation 16:11
interpreted 16:16
introduce 4:11 29:11
investigation 2:22 3:15
investigator 15:9
invite 10:7
involvement 40:9
Iri 33:1
isn't 8:21 33:1
issue 15:2,3,19 18:13 38:20,25
I'm 28:13

**J**

JAMES 1:10
January 1:7
Jenny 6:18 9:4 10:6
Joan 10:8 14:13
job 27:7
Johansson 1:19 2:9
joy 5:19
judge 1:11 9:14
judges 35:3
judgment 16:23 33:7 39:11 41:7
justice 9:13
juvenile 9:18 17:20 25:18 26:16
   28:5 30:15 37:15 39:1
juvie 30:17

**K**

keep 24:8 30:23
kid 7:6 32:11
kind 6:13 13:14 29:20
kindness 14:20
knew 4:18 11:20 29:21 33:17 37:3
know 7:24 8:19 11:9,20 13:8,10,16
   15:10,14 17:11,19 18:1 20:8,10
   21:1 22:12 23:15,16 25:10 26:7,7
   27:1 29:15,24 35:13,24,25,25
   37:2,4,13,21 38:4
knowledge 8:18
known 18:13
knows 13:12 20:18,18 26:15

**L**

ladies 14:4
lapse 33:6
Lastly 10:7
Lauderdale 1:2,6,14,17,20,24
   42:14
law 7:25 12:10
laws 35:11
lawyers 37:2
lead 22:20 40:18,21
learn 5:16 8:7
learned 4:19 5:24 11:1,5,7,25 12:5
leave 11:17 12:2 41:9
leaves 36:7
left 23:20
legal 31:10
legally 15:23
lesson 4:18
letter 32:19,20
letters 15:21 32:15,17 33:6,8
letting 9:5
level 4:1 21:22 28:11
Lieberman 19:20,25
lied 11:4 12:7
lies 4:22
life 4:4 5:8 7:13 9:18 13:21 22:20
   24:7,7,12 34:19 35:12 38:6,24
   39:18 40:18,22,23
lifetime 34:19,23,24,25 35:7 39:5
life-long 31:8
light 3:24 6:2 18:4

lightly 23:12
listen 24:25 25:12 26:8
little 6:7,22 8:13 12:13,13 30:3 34:5
live 7:9 14:6,7
lives 10:25 24:3 36:3 38:4 40:16
living 12:20
local 24:8
locale 41:10,13
located 41:19
lockup 37:15
long 13:4 23:24 24:6 33:23 37:12
   39:2
longer 4:19 5:18,25 7:8,10,16
   10:16
longstanding 35:2
look 11:18 28:13 30:13
looked 12:7 13:3
looking 20:23 25:16 32:3
lost 13:18 25:24
lot 9:11 10:12 21:15 22:12 25:13,25
   26:7 29:25 31:10 35:24
love 6:23 9:8 25:2 30:2,19,20,21
loved 5:16 8:12 30:11
loves 11:19
L-i-e-b-e-r-m-a-n 19:25

**M**

Mad 20:11
makeup 4:18
man 6:22 11:22 13:16,19 18:11
   22:14 25:1,4 33:19
mandatory 4:5
manipulation 12:12
manipulative 13:18
manner 31:22 41:2
man's 10:24 14:9
March 36:24 42:11
Massachusetts 33:25
materials 40:11
matter 2:6 3:18,20 16:2 31:12
   42:10
matters 19:12
mature 30:23,24,25
ma'am 4:13 5:6 10:11 27:15
mean 23:7
meaning 24:12 33:12
meaningful 24:9
means 34:19,21
meant 25:10 37:11 38:5
medically 13:19
medication 6:3
meet 20:3
Melissa 8:25
member 22:21
members 15:20 21:7
mental 31:11
mentioned 32:17
mentioning 33:13
mercy 24:11
mere 7:12
merely 41:21
Merrill 24:20
message 34:15 37:2
met 11:11 13:4 23:23
Miami 17:25 33:24,25 41:12
middle 27:4
mind 5:14 6:20 18:10 25:8
minors 33:21 40:9
minute 19:11
miracle 37:4
miscalculated 27:2
Missed 28:9
missing 26:25
mistake 8:24 33:7
mistakes 9:1 21:15 25:7 26:15
   30:13
modality 18:8
mom 15:17
moment 35:16
monster 8:8
months 4:2 5:14,14 6:20,25 7:12
   17:10 30:2 37:15 39:13,14
   39:14 40:23
moral 33:9
morn 26:1
morning 25:19
mother 4:11 6:18 10:2,8,20 11:22
   12:6 21:8 25:2 26:4,5 31:5
motion 42:4

mouse 20:12,13 33:1,3
move 19:1,2 24:2,3 42:1
moved 17:22
murderer 30:21
M-e-r-r-i-l-l 24:20

**N**

naked 11:5
name 6:19 7:21,23,23 8:2 10:22
   19:24
nature 20:13 25:11
necessary 21:4 39:5,8
need 13:16 19:1 20:13 33:23 35:22
   37:11
needed 21:22,25 23:13 27:8
needs 15:3 21:19,24 30:23,24 33:3
   33:24 34:1,3,15
never 4:18 7:16,17 9:2 13:17 15:10
   15:13,14 16:8 23:23 24:7 25:10
   26:1,10,11,12 28:9 30:24 32:12
   37:11 38:4,5
news 26:8
newspaper 26:9
nice 13:5
night 25:21 37:7
nightmare 12:20
non-custodial 17:15
note 14:8
noted 40:3
Notice 41:6
November 2:12 23:4
nude 8:19
number 2:8 15:19 16:5 21:6

**O**

object 15:11 41:1
objections 3:7,10,11 41:11
obtain 31:21
obtaining 7:13
obtains 31:21
obviously 30:7
occasions 13:24 23:17
offended 23:8
offender 17:17 33:20 34:9 35:10
   40:10,12
offenders 35:1,4,8
offense 4:1 28:4 40:16
offenses 39:7
offer 3:22 4:8
offered 18:6 23:12
Office 39:22
Official 1:22 42:13
okay 20:1 28:7,18 29:14 37:3,6
Okeechobee 17:23 26:16 27:13
old 6:21 7:14 9:15 12:13 17:8 18:11
   23:17 30:5,13 33:22
older 8:22 21:11
oldest 21:13
Omar 1:19 2:9
once 32:4 39:5
ongoing 5:9
open 12:14 26:18 37:1
opening 25:20
opportunity 15:20 22:12,14 22:2
   26:12 29:8 35:14 36:22
option 35:2
options 36:21
order 25:19 37:18
ordered 2:21 39:16 40:13
orders 9:20
organizations 40:10
Orlando 8:23
outside 19:12
outward 13:10
overcome 14:10
o'clock 25:19,21

**P**

Pages 1:8
pain 6:20 10:15 14:9
paren 11:19
parent 9:15 27:23 28:17
parents 12:7 24:25 25:9,22 32:21
   37:1 38:11,17
part 18:14 21:24 22:10 24:7,7 40:3
participated 17:21
particular 23:17 35:22
particularly 35:4

parties 2:23 3:17 38:11,17
party 3:22
passed 25:22,22,23,23,24 28:9
passes 26:6
path 24:14
Pauline 1:22 42:11,12
pauperis 41:9
Pause 19:14
pay 39:10 40:13 41:8
pedophile 17:6 31:11,14,18
people 4:11,24 10:17 14:12 15:20
   17:7,9 22:12 27:25 32:12 36:2
period 26:19
permissible 40:9
permission 19:17
permitted 35:7
person 4:20 5:15,18 7:24,24,25
   11:21 13:14 24:24 25:1 27:4
   28:16,17 29:24 30:21 31:22
   31:25 32:2 33:3,8,9,12 38:5
   39:21
persona 22:10
personally 34:22
persons 6:13
pet 25:24
phone 11:6 32:21
phonetic 33:11
photos 7:13 8:19 30:4
pick 12:2
picked 11:12
pictures 6:7 11:5 32:24
placed 34:18 39:17
places 17:16
Plaintiff 1:5
plea 2:12,20
pleadings 15:24
Please 14:8
pleasure 35:25
pled 10:5
podium 36:18
point 7:2 15:22 18:4,19 22:22
   36:21
police 11:3
pornography 2:18
portion 16:7,14
possess 39:25
possessing 39:24
possession 2:18 40:5,11
possibility 36:9
possibly 20:20,25 31:4
potential 22:12,14
potentially 18:24
powerless 12:18
pray 14:10
precious 13:17
preciousness 14:3
predator 5:14 17:7 31:16,19,20,23
   31:23,24 32:6
predatory 31:22
prejudiced 25:2
prepare 11:4
prepubescent 31:15
present 2:9 19:9,16
pressure 11:15 12:2
prey 31:23 36:8
pre-sentence 2:21,24 3:5,15 38:12
   40:4
Primarily 20:3
Prior 34:12
prison 7:11 13:12 16:3,13,17 18:2
   18:21,23 19:4 33:23 34:15 35:6
   37:25
Prisons 39:13,21 40:20 41:19,22
private 6:6 15:9 17:17
probably 20:3,22
Probation 4:3 39:22
problem 25:6,6,27:16
problems 9:9 39:7
proceedings 19:14 42:10
produce 34:23
productive 22:20 24:7 40:18,21
professionals 22:22
program 37:24,25
prohibited 39:24
prom 28:10 30:24
promising 7:6
promote 32:23
pronounced 41:2
proper 27:4 37:14
propose 19:3

prosecuted 31:9
prosecutor 31:3
prosecutors 35:3
protect 12:11 34:4 35:11
protection 13:21 34:23
proven 34:11
provide 14:25 37:25
provided 17:10 35:1 37:14 40:19
provocative 32:23
PSR 3:10
public 5:21 34:4
punished 23:6 24:4 30:10 33:18
punishment 21:22,23 23:6 24:5
34:3
puppy 34:5
pursue 5:10,11
put 5:2 6:21 12:23
puts 30:7
putting 5:25 10:13

**Q**

qualified 20:16
question 17:16 21:22 25:8
quickly 22:19

**R**

R 42:8
Rabbi 19:20,22 20:2
ran 37:1
Rand 1:7 2:7,8,12 3:4,16 4:19 6:5
6:19 7:21 8:2,11 10:21 11:5
12:12 14:2 17:6 19:1,15 21:12
22:4,7,25 23:1 24:21 28:24 29:9
31:13 32:2,10 33:14 36:1,10,15
39:1,5,9,12,17,21 40:13,19 41:5
Rand's 2:20
range 4:2 38:22,24,24
Rapa 16:25 17:4 18:4,12 29:3
read 3:5,14 4:15 10:14 15:21 24:23
29:6 32:15
reading 7:20
readjustment 26:19
real 34:7 37:16,19
really 13:25 16:8 25:3 34:6
reason 6:4,5 16:25 20:23
reasonable 3:18 38:18
receive 29:5
received 2:23 3:4
recidivism 34:10
recidivist 34:12
recognize 27:15 37:12
recognized 27:17 37:12
recommend 17:23 20:16 41:13,18
recommendation 18:16 41:21
recommended 35:8
record 2:2,4 19:15
records 11:23 40:8
refer 33:6
referred 31:24
reflect 19:15
reflux 6:3
refrigerator 26:17
refuse 8:24 14:2
refused 13:21
regard 3:23
regarding 35:3 41:10
registration 40:12
regretful 7:3
regular 13:19
rehabilitation 17:14
relates 3:23
relationship 17:25
relationships 25:15
release 3:23 4:3 5:12 16:4,9,15,20
18:23 33:20 34:14,18 35:6,7
38:21 39:16,18,20,23 40:2,21,24
released 5:11 18:3 26:2 33:19
36:24 39:1,6,22
relentless 12:18
remained 26:22
remaining 38:20 42:2
remedies 19:6
remorse 6:10 8:16,17 9:2 21:16
31:6 35:14,15 36:9,23 37:6
repeat 34:9
repeatedly 12:1
repeating 35:11
report 2:22,24 3:5,15 16:25 17:3
29:3,6 38:13 39:21 40:4

REPORTED 1:22
Reporter 1:22 42:13
representation 3:24
represented 2:9,10 19:16
represents 38:18
request 17:23 41:10,12
requested 16:12
requirement 40:7,7
research 11:21
resolution 3:18 38:18
resolved 38:25
resolving 16:1
respectable 33:8
respective 2:23
respond 29:9
response 35:2
responsibility 6:11 32:20
responsible 24:13
rest 7:12 31:18 34:18 35:12 38:4
restitution 4:4 16:4
restricted 40:5
restriction 40:5,5,8
reviewed 3:15 17:1
revisit 18:25
re-entry 27:6
re-offend 34:20
re-offending 34:8
right 6:8 7:19,24 14:22 15:7 18:20
21:23 24:14 41:5
ripped 11:19
risk 34:7,10,11
Robert 22:6,7
RPR-CM 1:22
rules 39:6
run 11:15,15 39:19
R-a-n-d 22:8 23:2
R-o-b-e-r-t 22:8

**S**

s 42:11
safe 13:11
safety 13:20
sake 24:17
saved 18:11
saw 13:6 17:21
saying 28:15
says 20:11
scared 4:17 6:1,7 12:14 23:7 37:1
scarey 14:1
school 5:19,22,22,25 7:6 10:17
17:24 12:1,2,21 25:5 27:1
sealed 11:23
search 40:9,11
Section 2:17,19 38:14
sector 17:17
see 10:2 13:8 20:21,23 21:2 23:12
23:25 24:1,14 26:8 30:1 32:19
seeing 23:4 28:20
seeks 31:25
seen 17:22 22:13,17 26:9
self 13:9
self-employment 40:8
self-esteem 4:21 5:17 9:9
send 34:15
sending 32:24
sense 17:23 19:4
sent 26:25 27:6,9,13
sentence 1:10 2:22 15:23 16:2,3,3
16:12,13,14,17,22,23 17:11
18:15,21 19:4 40:23,25 41:2,6
sentencing 35:1 38:22 42:6
serious 23:11
served 39:15
set 38:14
Seth 21:12 24:12
seven 2:13 24:23 25:21
severe 6:3
sex 8:18 17:17 32:23 33:20 34:9
35:4,4,8,10 40:10,12
sexual 2:16 17:7 31:18,20,21,23,24
31:25 32:6,7 35:1 40:11
sexually 13:22 31:14 32:10
shame 7:9
shift 36:6
shifting 32:20
shocked 11:6
shouldn't 32:21
shout 7:5
show 8:16,17 11:17 36:22 37:6

shown 6:9 31:6 36:5
shows 6:9 32:22
sick 4:22 5:20
side 15:15 22:17 23:25 24:1
sidebar 2:1,4 3:20 15:24
sign 27:9
similar 39:2
sir 3:3 15:4 19:24 29:7 38:9
sister 7:18 8:10,11,14,19 30:3
sister's 8:1
sit 23:5 30:1
sitting 26:4
situations 31:25
six 25:19
sixth 7:8
slash 40:6
sleep 6:2 26:17
sleeps 6:2
smart 32:21
smoking 26:23
sobbing 7:16
society 22:21 24:3,5,16
somebody 27:11,21,24 30:20
37:19
son 13:25,25 20:19 24:11,22 25:15
26:5,9 27:4,15,17 28:19
sons 25:17
soon 9:23 37:9
sorry 6:12 10:13 22:18 23:7,8,22
25:3 26:11,15
sought 4:4
sounds 24:24,25
Southern 1:1 17:24 41:14,16,20
so-called 15:12
space 34:22
speak 4:11 6:13 9:6,13,16 10:23
14:5 18:6 21:8 22:5 29:23
special 4:5 40:3,14,24
specific 16:2
spend 25:20
spent 25:18 37:15
spoke 23:15 28:21 33:8
squandered 32:13
stacks 32:5
stand 6:18 10:4,8 24:10
standard 40:2
stands 32:9 34:9
started 37:8,9
starts 6:4
state 19:24 20:5
stated 41:4
statement 4:15 5:5 7:20 20:11
statements 14:25 38:10
States 1:1,4,11,22 2:6,11,16,19
38:14 40:14 42:13
station 11:3
statistics 17:4 18:1
statute 14:24
stay 33:23
Ste 1:14
Steinberg 1:13 2:3,11,25 3:1,9 4:8
4:10,14,17 6:17 7:18 10:7,12
29:10,15 31:2 36:22 42:1
step 37:24
Stipes 1:22 42:11,12
stole 8:1
stolen 35:23
stomach 4:22 5:21
stop 8:8 12:17
stops 5:18
strictly 29:19
stripping 5:15
strong 35:23
stronger 9:11 29:25 35:24
stupid 8:21,21
stupidity 8:22
subjected 6:8
submissions 17:20
submit 41:11
submitted 3:16 16:25
substance 39:25
succeed 14:4 18:3
successful 18:2
suffer 11:24
suffered 11:9 12:22
suffering 13:9 14:9
suggest 20:16
suggesting 16:19 18:21
suggests 17:4
suicide 30:6,6

Suit 1:17
Suite 1:20
Superseding 2:13 42:2
supervised 3:23 4:3 16:4,9,14,19
18:23 34:18 35:7,12 38:21 39:17
39:23 40:2,21,24
supervision 19:7 34:14,19,25 35:3
39:5,8
support 22:15
supporters 32:16 33:16
supposed 27:11
sure 4:16 15:21 16:18 19:19 21:9
27:19 29:7 34:20,21
survive 36:1
swear 19:23
sweet 10:20
system 27:7 32:12,24 33:2 36:10
37:25

**T**

T 42:8,8
take 6:6 9:12,19 12:2 14:3 23:12
24:15,15
taken 6:11 8:3 26:3
Tal 20:11
talk 13:24 19:12
talking 5:19 36:22
Tallahassee 27:5
taped 8:18
tears 4:23 37:10
technical 31:17
technology 33:2
teens 22:10
teen-ager 8:5 28:9
telephone 40:8
tell 5:1 7:5 10:23 12:16 13:24 15:5
22:9
telling 28:2,2 37:19
term 3:23 16:8 18:17 31:20 33:12
34:17 38:21,23 39:5,13,18
terms 8:4 15:23 39:15
terrible 7:24,24
terribly 22:18
testing 17:4
text 12:1
texting 33:22
thank 6:16 9:5 10:5,6,10,19 14:5,20
14:21 19:8 21:5 22:3,4,24,25
24:18 28:24 29:10 31:2 36:13,14
36:20 38:8,9
therapist 27:22 28:22 37:17,21
theraputic 18:8
therapy 17:21 21:3 23:13 27:14,18
27:20
thief 20:12
thing 16:24 26:20
things 6:12 7:1,3 12:3 15:9,16 17:5
20:15 22:14,17,23 31:11 26:9 28:10
30:16,16,17 36:2 37:18
think 12:10 13:25 17:2 18:14 19:3
30:18
third 32:14
thorough 16:19 17:1
thought 3:12 17:1 31:23
thoughts 30:6,13
threatened 12:15
threats 15:12
three 21:14 30:2
threshold 28:9
throwing 37:18
tied 28:20
ties 18:2
time 5:10 7:4 8:17,17,18,20,25 9:13
9:17,23 19:9 21:21 23:3,22,24
24:6 28:5,23 30:3 32:25 33:23
37:12,23,24 42:3
times 13:8
tired 4:22,22
today 15:13 23:5 24:22,25,25 26:4
27:12 31:10 32:9,16 35:21 36:6
36:12,21 37:8
today's 2:22
told 6:25 11:13 12:7 26:12 27:13
37:17
tolerated 34:16
total 4:1,7 40:15,23
touch 26:23
Toyota 11:16
tracked 27:4

train 29:21
**TRANSCRIPT** 1:10
transcription 42:10
trapped 6:1
traumatic 23:15
treatable 25:6
treatment 17:7,9,10,17 21:15,23,24
  32:25 33:24 34:1 37:11,14,16,19
  40:6,10,17,19
trial 23:10 24:23
tricky 17:16
tried 11:21 18:7 37:18
tries 31:21 36:6
trouble 10:13 12:9 30:4
troubled 25:1
trust 4:19 6:21,23 10:17 13:11 32:4
  37:21
trusted 6:22 9:8
trusting 13:10
trusts 12:24
truth 5:2 23:10
truthful 23:22
try 13:24
trying 13:6 28:12
**TV** 26:8
two 4:2 9:7,25 10:1 15:9,21 17:6
  21:10 25:23,23
type 7:22 17:17 21:24 28:6
**T.V** 32:22

**U**

ugly 4:21
ultimately 41:23
unable 11:24 26:17 35:9 39:9 41:8
uncles 25:23
understand 11:14 16:18 20:22
  21:15,21 22:18 28:7,8,14 30:19
  34:5
understanding 31:7 32:18 36:6,9
unfortunately 6:23 22:17
**United** 1:1,4,11,22 2:6,10,16,19
  38:14 40:14 42:13
unnecessary 3:12
unsupervised 33:21
unsure 6:1
unwilling 35:9
urge 17:13
use 2:15 13:21
**U.S** 14:16

**V**

value 3:13
various 20:15
versus 2:7
viable 34:21
vial 35:19
victim 4:9 6:9,11 7:19 10:21 14:10
  29:25 36:5
victimized 11:9 14:4
victimizing 11:1 12:10 34:13
victims 4:5 14:25 20:9,24 22:16
  31:24 32:3 33:22 36:11,23 37:9
  38:2,11,17 40:17
victim's 20:6
violation 2:16,19
violence 40:6
virtually 32:19
visit 24:8
vitae 17:2
volumes 6:13
vs 1:6
vulnerable 32:3 36:8

**W**

waist 13:5
**Walsh** 40:11
want 4:11 7:1,8 9:10,19 18:16,25
  19:2,11 23:14,25 24:2,11 26:22
  29:2,22,23 30:9,10 33:16 37:19
  37:21 38:1 41:15
wanted 4:23 7:4 9:13,13,14,15,16
  15:3 18:9 28:19 29:10,15 30:11
  30:12
wants 10:13 21:15,16,16,18,18
  29:17 32:5
warm 17:25
warn 11:22
wasn't 5:24 7:5 23:8,22

watch 23:6 25:3
way 4:24 17:12 18:2,9 23:8 26:8
  35:11
ways 13:15 22:21 35:14
weak 36:8
week 27:8
weekend 17:21
went 26:17 27:19 30:15,15,17
weren't 7:3 28:3
we've 22:13
wish 4:8 14:23 24:1,17 36:15 37:6
  37:14 38:6
wishes 3:22
withdraw 5:21
**WITNESS** 5:7 6:19 9:5 10:10,20
  14:15,17,19,21 19:25 20:2 21:13
  22:7 23:1 24:20 27:17,21,24 28:1
  28:7,14,18 29:20
witnesses 19:18
wolf 34:6
women 15:6
won't 36:8 37:25
words 10:14 37:9
work 11:2,24 22:10 25:5
world 7:5 8:7,12
worry 24:13
worst 31:4
worth 33:13
worthless 7:1 12:23
worthy 8:8
written 15:20 32:15
wrong 7:25 8:3 11:21 14:1 28:2
wrote 22:11

**Y**

year 6:21 7:14 12:13 16:2,3,12,13
  16:14,17,23 18:11,20 19:4 21:24
  30:5 33:22
years 4:3 6:14,15 7:21 8:3 9:14
  10:16 17:8 18:23 20:3 22:11
  23:16 24:8 25:3 30:12 32:8 35:6
  38:24
young 8:21,21 10:20 12:7,10 14:4
  14:10 15:6 17:8 19:1 22:10,12
  23:23 25:1,4 30:12 32:7
younger 8:10,11
youngster 26:5
youth 40:10

**$**

**$100** 4:5 40:14
**$200** 4:7 40:15,24
**$250,000** 4:4

**1**

**1** 1:8,16,19
**1st** 23:4
**11** 2:8 6:21 7:14 9:14,14 42:11
**11-60088-CR-COHN** 1:3
**12** 37:24
**120** 39:14
**14** 33:22 41:7
**16** 12:13 23:19 30:3,4,14 33:21
**17** 25:18 30:12 32:10 37:15
**178** 7:12
**18** 2:16,19 23:20 38:14
**19** 12:8
**19th** 36:24

**2**

**2nd** 2:12
**20** 6:14,15 16:2,3,12,13,13,17,22
  18:20,22 19:3 20:3 21:24 24:8
  25:3
**2011** 2:12
**2012** 1:7 42:11
**21** 17:8
**2252(a)(4)(B)** 2:19
**240** 39:13,14 40:23
**2422(b)** 2:17
**27** 1:7
**299** 1:23 42:13

**3**

**3** 2:13,15,21 4:7 39:14,18
**30** 10:16

**324** 4:2
**33301** 1:14,17,20,24 42:14
**3553(a)** 38:15

**4**

**40** 4:1
**42** 1:8

**5**

**50** 18:11
**500** 1:13
**505** 4:2

**6**

**60** 18:11
**60088** 2:8

**7**

**7** 2:13,18,21 4:7 39:14,18
**700** 1:14,17,20
**72** 39:20
**75** 24:6

**9**

**954-356-7255** 1:15
**954-524-1125** 1:18
**954-745-7517** 1:21
**954-769-5496** 1:24
**954.769.5496** 42:14