```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                       FORT LAUDERDALE DIVISION
 3                        CASE 11-60088-CR-JIC
 4
     UNITED STATES OF AMERICA,
 5
                              Plaintiff,
 6
         vs.                              FORT LAUDERDALE, FLORIDA
 7                                        OCTOBER 28, 2011
     BENJAMIN RAND,
 8
                              Defendant.
 9
10                  TRANSCRIPT OF MOTION HEARING
                 BEFORE THE HONORABLE JAMES I. COHN
11                  UNITED STATES DISTRICT JUDGE
12   APPEARANCES:
13   FOR THE GOVERNMENT:
                              COREY STEINBERG, A.U.S.A.
14                            United States Attorney's Office
                              500 E. Broward Boulevard, 7th Floor
15                            Fort Lauderdale, FL  33394 - 954/356-7255
                              Email:  corey.steinberg@usdoj.gov
16
     FOR THE DEFENDANT:
17                            CHRISTOPHER A. GRILLO, ESQ.
                              OMAR F. GUERRA JOHANSSON, ESQ.
18                            1 E. Broward Boulevard, Ste. 700
                              Fort Lauderdale, FL  33301 - 954/524-1125
19                                                    954/745-7517
                              Email:  chrisgrilloatty@aol.com
20                            lawfirm@lauderdalecriminallawyer.com
21   REPORTED BY:
                              LARRY HERR, RPR-CM-FCRR-AE
22                            Official Federal Court Reporter
                              United States District Court
23                            Wilkie D. Ferguson Federal Courthouse
                              400 No. Miami Avenue, Ste. 8N09
24                            Miami, FL  33132 - 305/523-5290
                              Email:  larry_herr@flsd.uscourts.gov
25
```

2

```
 1            THE COURT:  This is United States of America vs.

 2   Benjamin Rand, Case No. 11-60088-CR.  Mr. Rand is present,

 3   represented by Christopher Grillo and Omar Johansson.  The

 4   government is represented by Assistant United States Attorney

 5   Corey Steinberg.

 6            Let me, first of all, give you a copy of the revised

 7   questionnaire consistent with the Court's ruling of yesterday.

 8            The next order of business deals with the prior

 9   juvenile adjudications of delinquency, the admissibility.  In

10   that regard, the Court did review the cases cited by the

11   government.

12            In addition, the Court notes that, this morning, the

13   government filed a supplement to notice of intent to introduce

14   at trial evidence of defendant's prior bad acts and resulting

15   juvenile adjudications.

16            Mr. Grillo, have you received a copy of that?

17            MR. GRILLO:  I believe Mr. Johansson has it.  I'm

18   aware of it.

19            THE COURT:  Is there any other argument regarding the

20   admissibility of the adjudications of delinquency?

21            MS. STEINBERG:  I have no further argument, your

22   Honor.  The only thing I did want to make mention of is when we

23   were discussing yesterday the inextricably intertwined, we

24   mentioned that we intend to play the videotape of the

25   defendant's interviews with law enforcement.
```

1          We went through the first interview to flag any times

2    that the defendant, not the police, but the defendant mentions

3    his prior adjudication, or the way he said it, sometimes he

4    talked about it as a crime.  Sometimes he talked about it as

5    being locked up.  The flags are the number of times he mentions

6    it, himself, in the interview.

7          I just wanted to bring that to the Court's attention.

8    I'm not quite sure how we would go about redacting that from

9    the video.  Again, it's not argument, I just wanted to make

10   mention of it because I had referred to that issue yesterday.

11         THE COURT:  The Ninth Circuit seems to say it is

12   discretionary with the Court as to whether or not to admit the

13   prior adjudications of delinquency.  The Court has already,

14   under Rules 413 and 414, ruled that the underlying acts are

15   admissible.  The only question left, insofar as the Court is

16   concerned, is the issue of the admissibility of the

17   adjudications of delinquency.

18         Having reviewed Caplettu, C-a-p-l-e-t-t-u, and the

19   other decision was Lemay, L-e-m-a-y.  In light of the two

20   statements that Mr. Rand gave to law enforcement, in

21   considering Rule 403, the Court finds that the prejudicial

22   affect does not substantially outweigh the probative value.

23   Therefore, I am going to allow in the adjudications of

24   delinquency over the defendant's objection.

25         The government also filed the motion to preclude

1    impeachment of government's witness with prior juvenile

2    criminal history, and I believe that motion relates only to CR.

3            MS. STEINBERG:  Yes, Judge.

4            THE COURT:  She apparently had been adjudicated guilty

5    of -- had she been adjudicated or not?

6            MS. STEINBERG:  No, your Honor.  She was charged with

7    taking a bracelet from an accessory store.  She was not

8    adjudicated.  They allowed her to do some community service.

9            THE COURT:  Right, she went through the Pretrial

10   Diversion Program.

11           MS. STEINBERG:  Yes.

12           THE COURT:  Any argument on that?

13           MR. GRILLO:  Well, we don't know that.  I understand

14   that's been proffered.  All we were provided was what appeared

15   to be a portion of a rap sheet showing an arrest.  So we don't

16   know that this -- if they will show me the documents, and

17   that's what they say, obviously, if it is not an adjudication,

18   you may well be right.  But we didn't know that from what we

19   were provided.

20           THE COURT:  If there is no further documentation that

21   the government has in their possession regarding the

22   disposition of that charge, then what I will do, outside the

23   presence of the jury, the Court will make inquiry of CR to

24   determine the disposition of that offense.

25           MS. STEINBERG:  Your Honor, we'll do our best.  We

1    tried to get some paperwork this morning.  I guess the Clerk's

2    Office was closed.  We are going to do our best to try to get,

3    if there is pretrial diversionary paperwork, I don't know if

4    there is.  I have not seen that in juvenile court.  We will

5    call and see what we can find and provide it to the defense, if

6    we find it, as soon as we find it.

7         MR. GRILLO:  Your Honor, we have no access to juvenile

8    records, as I've maintained all along.  We would certainly like

9    to provided the petition for delinquency, see if there's any

10   other facts that might be -- somehow we could argue would be

11   admissible.  I don't know.  We don't have any access to the

12   files.

13        I believe there is maybe an exception for law

14   enforcement to have access to the file.  Obviously, we are not

15   law enforcement.  So I would like to, at least, be provided

16   whatever documentation there would be in the juvenile case so

17   we can determine if there is anywhere else to go with it.

18   There may not be, but we have no way of examining.

19        THE COURT:  Ms. Steinberg, you certainly should be in

20   a position to easily procure those court records.

21        MS. STEINBERG:  We are going to leave here immediately

22   and start making calls, your Honor.

23        THE COURT:  Very good.

24        THE COURT:  The government filed a second motion

25   regarding the self-authentication of trade inscriptions, this

```
 1    one on the cell phone of CR, and unless there is any additional
 2    argument, the Court's ruling as to Mr. Rand's cell phone would
 3    be the same, and the Court would allow that in without further
 4    authentication.
 5            MR. GRILLO:  I don't know that we have seen that one.
 6    Was it submitted today?
 7            MS. STEINBERG:  It was filed on CM-ECF several hours
 8    ago, but we can certainly give him a copy right now.
 9            MR. GRILLO:  Why don't you reserve ruling?
10            THE COURT:  I will reserve ruling.  To me, it seems
11    like the exact same issue regarding Mr. Rand's cell phone, but
12    I will reserve ruling.
13            MS. STEINBERG:  We did bring the phones today if, for
14    any reason, the defense felt inclined to look at those
15    inscriptions that we have in the pictures.  Just in case they
16    wanted actually to see the actual evidence, we brought it.
17            THE COURT:  Show them to Mr. Grillo today.
18            MS. STEINBERG:  They are in court with us today, your
19    Honor.
20            THE COURT:  Good, good.  The two other matters, the
21    defense had requested the Court to review the images, and also
22    Mr. Grillo had indicated that he was going to be moving for a
23    continuance based upon the filing of a second superseding
24    indictment, which I assume Mr. Rand has been arraigned on.
25            MS. STEINBERG:  Yes, I believe he was just arraigned
```

1    several minutes ago.

2             THE COURT:   No written motion has been filed?

3             MR. GRILLO:   I did file a written motion.

4             THE COURT:   As we speak, here it is.

5             Let me read this, and then I will hear any argument.

6             The motion for continuance that was filed on behalf of

7    Mr. Rand relates, as I understand it, to some late discovery.

8             MR. GRILLO:   Yes, as well as the timing of the

9    superseding indictment, yes.   I didn't argue that very

10   aggressively about the timing of the superseding indictment.   I

11   put it in there.

12            THE COURT:   Yes, you did include that.

13            What is the government's position?

14            MS. STEINBERG:   Your Honor, we provided some

15   information yesterday to assist this trial in moving more

16   smoothly.   The motion to continue filed by the defense is

17   inaccurate.   It states that, on August 16th, a supplemental DNA

18   report was submitted consisting of three pages, also a possible

19   CODIS match, which is not admissible at trial.

20            We, obviously, know a CODIS match is not admissible at

21   trial, but a CODIS match was actually in a much earlier lab

22   report.   Once the CODIS match was received, we then asked your

23   Honor to sign an order allowing us to take the buckle swabs of

24   Mr. Rand, which we did.   We then submitted those to the lab.

25            On August 16th, we got a lab report which shows that

1    the buckle swabs taken from Mr. Rand were a match to the

2    vaginal swab taken from CR on March 19th.  It was provided in

3    government's fourth supplemental response to the standing

4    discovery order filed on August 16th.  It specifically, in the

5    notice, states that, along with providing a copy of the CV for

6    the criminologist, it specifically states that she compared the

7    buckle swab samples taken from the defendant to the vaginal

8    swabs taken from the victim, and the result was that it matched

9    the DNA profile of the defendant.  That's the report we're

10   relying on.

11          In trial prep, we spoke with the criminologist, who

12   had a file in front of her which contained her report, all the

13   charts, and some pictures of the evidence bag, and there are

14   other reports in there.  Perhaps my colleague might say better,

15   because I haven't seen everything that's in there, but the only

16   reason we provided that, your Honor, we provided that to the

17   defense because we thought that if -- we are not seeking to

18   admit anything from there.  She is going on the match.  This

19   was a match.  That's the whole issue.  We only provided it to

20   try to ease things that if the defense wanted to see it they

21   would have it available to them.

22          In terms of whether the defense now is going to say

23   they want a DNA expert, this has been -- we have spoken about

24   this over and over.  We have told the defense that we took

25   extra buckle swabs so that they could conduct their own DNA

1  examination if they chose to.  Your Honor discussed this when

2  we were talking about the notice of mental health experts.

3  There was some talk about hiring a DNA expert.  They,

4  ultimately, didn't follow through with that, and nothing was

5  ever filed.

6          To now say that they are going to challenge the DNA,

7  or they are going to challenge what is in this report, when all

8  we have is a criminologist who is going to get up and say this

9  is an absolute match, and it's all in the report of August

10 16th, that should not be a basis for a continuance, your Honor.

11         THE COURT:  What about the filing of the second

12 superseding indictment?

13         MS. STEINBERG:  Your Honor, as to that point, again,

14 there is no additional discovery relating to the filing of the

15 superseding indictment.  There is nothing that changed

16 regarding any of the elements.

17         Counts 3 and 6, there was an inadvertent mistake in

18 leaving out "or foreign," but the other counts all included

19 interstate or foreign commerce.  So, we were always going to be

20 relying on the interstate or the foreign.  There is nothing

21 that should change in terms of there needing to be any

22 additional prep work by the defense on that.

23         The other change regarding the computer hard drive

24 issue, it has been abundantly clear throughout this case that

25 this is a case involving cell phones and not computers.  The

1    defense was certainly on notice on that.  To now say that they

2    thought it was a computer hard drive and their whole defense

3    strategy has to change as it relates to Count 7, it just

4    doesn't seem like that should be a rationale for them needing

5    additional time on this.

6            THE COURT:  Mr. Grillo, I'll hear from you.

7            MR. GRILLO:  There was a deadline to file a notice of

8    expert.  At that time, we didn't have any information for which

9    we would be able to call an expert.  So, I wasn't about to list

10   it because when I listed the mental health expert they moved to

11   strike it.  I knew that we didn't have enough.  When I made

12   some inquiry, I was told that we don't have enough for which we

13   can do a report.

14           I was told the same thing when I received the two or

15   three-page report.  When I got the 40-page report yesterday, I

16   got it late yesterday afternoon, probably 3:00 or so, I started

17   to call around and I finally spoke to somebody.  They said now

18   that you have these reports, we can do an evaluation of the

19   reports, but if you are going to need additional testing, that

20   is going to take a little bit longer.  We can't even discuss

21   whether or not that is appropriate until we review the reports.

22           We asked for these reports multiple times.  They have

23   not been provided.  The government has, I guess in their trial

24   prep, come across a number of different issues that they now

25   found, and it's reflected in the fact that now they're

1   superseding the indictment a couple of days before trial,

2   giving us 40 pages of documents that I fully can't understand.

3   But when I spoke to a DNA company, they said we could look at

4   them, but testing takes longer.

5          THE COURT:  What was the deadline for the defense

6   giving notice of their DNA expert?

7          MS. STEINBERG:  I believe it was September 16th,

8   possibly the week after.  But it wouldn't have been past the

9   week of September 20th or the 26th.

10         THE COURT:  So at least mid September.

11         MS. STEINBERG:  Yes.

12         THE COURT:  And the government provided a report.  Was

13  the report dated August 16th?

14         MS. STEINBERG:  The report is dated August 9th.

15         THE COURT:  It was provided on August 16th to the

16  defense.

17         MS. STEINBERG:  Yes.

18         THE COURT:  This was the report that established a

19  positive match.

20         MS. STEINBERG:  Yes, Judge.  They can't go on the

21  CODIS, because the CODIS isn't admissible, so from the CODIS we

22  then asked your Honor to allow us to take the swabs of the

23  defendant, and it was at that point that they were able to do

24  the positive match.  This was the result of comparing the

25  vaginal swabs of CR to the buckle swabs of Mr. Rand.

1        THE COURT:  So the 40 pages of DNA reports or testing

2  material that was provided to the defense yesterday, how does

3  that differ from or add to that which was provided on August

4  16th?

5        MS. STEINBERG:  It doesn't.

6        MR. GRILLO:  We don't, obviously, agree with that.  It

7  doesn't add anything, what's the explanation?  These tests,

8  from what I can tell, were all done sometime around these dates

9  that you are mentioning in July and August.  So it's been

10 within their custody or control since that time.  Why they

11 wouldn't have provided it sooner, I have no explanation.

12        I was told, by the people I spoke to, that they can't

13 do anything with that three-page report.  The need to see these

14 charts and see the testing.  I'm not familiar enough with this

15 subject to talk about -- but there is an indication, on one of

16 these documents, that there are -- it looks like, if I read

17 this correctly, possibly 25 or 30 other potential matches.  I

18 don't understand what exactly that means, but that's why I need

19 somebody to help me understand what that means.  I am unable to

20 question anybody about that, much less know if that would go to

21 the integrity of the evidence in terms of there being a valid

22 match.  It names a bunch of people here that seem to have a

23 match.

24        As I said, I am happy to hand up the entire report to

25 you, but it is certainly troublesome for me to not know what

1   this means and not know what to do with it when this report

2   that I am reading looks like it was dated July 19th.

3          THE COURT:  I think that the Court should review what

4   was provided on August 16th and review that, which was provided

5   yesterday, October 27th.  Because the defendant obviously made

6   a decision, a strategic or trial decision, after reviewing the

7   DNA report, which was provided on August 16th, not to hire

8   their own expert.  The question thus becomes whether or not

9   that which was provided yesterday could, in some way, have been

10  -- you know, had it ben provided on August 16th, whether that

11  would have altered the defendant's position.

12         So I would like to look at those and make a

13  determination.  I will give them back to you after I've

14  reviewed them.

15         MR. GRILLO:  One is a three-page report that's

16  attached to the discovery notice, and the other is the 40

17  pages.

18         MS. STEINBERG:  Your Honor, there were two reports,

19  the August 16th one and then an earlier one.

20         THE COURT:  I need to see that one too.

21         For the record, the Court has received copies of three

22  filings.  The first is the second supplemental response to the

23  standing order of discovery, which includes a crime laboratory

24  analysis report dated May 25th, 2011.

25         The second is entitled the government's fourth

 1  supplemental response to standing discovery order, and attached

 2  to that is a crime -- supplement to crime laboratory analysis

 3  report dated 5/25/2011, and that supplement is dated August

 4  9th, 2011.

 5          And then the defense has provided to the Court, I

 6  assume, the government's tenth supplemental response, which was

 7  afforded to the defense yesterday, October 27th.  That

 8  document, I'm not going to count it up, it is represented by

 9  Mr. Grillo that it consists of 40 pages.  If the government

10  contests that, the government can so state.

11          It has a start date and an end date of July 5th, 2011.

12  It's the first page entitled Broward Sheriff's Office Quality

13  Control Worksheet, DNA Unit, preliminary analysis worksheet.

14  And then there are other preliminary analysis worksheets.  One

15  is dated 4/12/11 start and end 4/21/11.  Another dated 4/22/11,

16  end 4/22/11, and so on.

17          It appears to the Court that the government's second

18  supplemental response and fourth supplemental response appear

19  to be reports which summarize the findings and conclusions as a

20  result of the DNA comparison.  Those were provided long before,

21  a month before, the cutoff date for the defense to supply their

22  DNA expert.

23          The tenth supplemental response, which consists

24  primarily of worksheets and -- what is the appropriate term for

25  these?

1    MS. STEINBERG:  Is that the chart with the up and

2   downs?

3    THE COURT:  Yeah.

4    MS. STEINBERG:  I believe it is an allele chart.

5    THE COURT:  Which appears to be the underlying data

6   that forms the basis of the findings and conclusions in the two

7   reports that were provided at least one month before the

8   defendant was required to list any expert that he intended to

9   use at trial.

10   I don't find any prejudice.  I don't find good cause

11   for granting a continuance on that basis.

12   With respect to the filing of the second superseding

13   indictment, was that filed yesterday or this morning?

14    MS. STEINBERG:  It was filed yesterday, but I don't

15   know if they had a full grand jury day yesterday because I

16   didn't get it on CM-ECF until this morning.

17    THE COURT:  In any event, I don't find any material

18   change from the superseding indictment to the current second

19   superseding indictment.  Certainly, there is no addition of an

20   allegation against Mr. Rand which would require further

21   discovery or further trial preparation.

22   So the second superseding indictment, essentially,

23   being the same as the second superseding indictment insofar as

24   the proof requirements are concerned, I find no good cause for

25   continuing the case on that basis.

1          So the motion for continuance will be respectfully

2    denied.

3          Now, I said that I would review the images at the

4    request of the defendant.  If the government has those, I will

5    -- I will take those into chambers and review them.

6          MS. STEINBERG:  If I could just mention, we had

7    started sorting through for evidence purposes.  The way we have

8    them sorted is pictures that were found on both the phone and

9    the Sprint search warrant, pictures that were found on the

10   phone only, and pictures that were found on the Sprint search

11   warrant only.  Your Honor, we are just trying to keep them in

12   that order.

13         THE COURT:  I will not disturb the order of any of the

14   images in the three envelopes you provided the Court.  We will

15   take a brief recess, and then I'll come back.

16         MR. GRILLO:  We will have a chance to address them

17   after you review it?

18         THE COURT:  Yes, I would be glad to give you that

19   opportunity.

20              [Recess taken at 1:59 p.m.]

21              [Returned at 2:04 p.m.]

22         THE COURT:  We are back on the record.  Mr. Rand is

23   present, represented by counsel.  The Court has reviewed the

24   images provided by the government, and the Court has returned

25   the images to the government.

1        MR. GRILLO:  May I have a copy of the images so I may

2  address the Court?

3        THE COURT:  Yes.

4        MR. GRILLO:  In the envelope marked SW, I believe this

5  relates to Counts 1 through 3, CR.  There is a number of

6  pictures that appear to be the same involving genitalia and

7  maybe an orange marker.

8        There is a picture of CR, which appears to be a naked

9  photo shot.  It's number 315421606911.  It's got an F-0951424

10  number.  We submit to the Court this is not pornographic

11  pursuant to the statute.

12        The next picture is F-0965376.  It has another

13  F-0966784.  F-1074560.  F-1074688.  This one is F-1075008.

14  F-1075136.  The next one is F-1074752.  The next number is

15  F-1074880.

16        As to these six photos, which I have indicated to the

17  Court contain pictures of CR lifting up her top, showing her

18  breast and pubic hair, I submit is not pornography.

19        THE COURT:  Does the government wish to respond?

20        MR. GRILLO:  Should I run through the whole envelope?

21        THE COURT:  You can do one envelope at a time.

22        MR. GRILLO:  There is another picture, an unnumbered

23  picture.  It looks like somebody in a bathtub.  You cannot see

24  any breast.  I would submit to the Court you can see maybe that

25  person's crotch.  It looks to be a person with blondish hair.

1   I don't believe this is CR, but I'm not sure.  I would submit

2   that is not pornography.  There is no number on it.

3           MS. STEINBERG:  That is AG, your Honor.

4           MR. GRILLO:  F-1075392, F-1075456, and F-1075648, and

5   F-1075642.  They appear to be identical.  So I object to the

6   multiple pictures of the same thing.  Some of them are very

7   dark, as you know.  They are hard to tell what they are.

8           F-1003712 and F-1003776.  I think it is unclear what

9   this is.  It appears to be a shirt.  It may be pubic hair.  I

10  don't know, and it's a dark photograph.

11          Some of these others appear to be duplicates.  Maybe

12  one is a close-up and one is a little further away, but they

13  appear to be duplicates.  The ones that I am submitting to the

14  Court are duplicates are F-1077056, F-1077120, F-0985024,

15  F-0985088, F-1003584, F-1003648, F-0984384, F-0984448, and

16  F-1077864, F-1076992.

17          So I would submit that the duplicates should not be

18  allowed.  The ones that I object to as being nonpornographic,

19  the Court can consider on its own.  This goes back to a motion

20  I asked you to consider the other day when I asked the Court to

21  allow the government only to introduce photographs that were

22  supposedly in my client's possession.  That is one of the

23  counts.  And these are bigger, at least twice the size.  They

24  are not 8 by 10 glossies.  They are smaller than that, but

25  they're much bigger than those pictures that have been on his

1    phone, had they been found there.

2           THE COURT:  I rule that that goes to the weight, not

3    to the admissibility.

4           MR. GRILLO:  I understand that.  I don't have access

5    to these photographs.  I only get them when I see them.  I

6    would ask that they provide me a set of these photographs for

7    my use in the courtroom so I don't have to go look at their

8    exhibits.

9           I would also ask that they provide me a set of these

10   photographs in the size that they would have been seen on the

11   telephone so I can either present them or in some way argue

12   that point to the jury.  If I had access to these photos, I

13   would have done that already.  I can't.

14          As much as I don't want them to have to do my work for

15   me, since I can't get the photographs, it's the only way I can

16   prepare how to defend this case.  If you want me to look at

17   them here only, and I leave them here at the end of the day,

18   but I would like to be able to present what I believe is the

19   evidence in the case.

20          THE COURT:  All right.  Government?

21          MS. STEINBERG:  Your Honor, I don't know exactly which

22   numbers, and I'm not going to go over every single number to

23   every single picture.  I am only going to say the following:

24   As we litigated in front of Judge Seltzer, and as your Honor

25   adopted, the question of whether something is child pornography

1  is a factual question for the jury to make.

2       It has been deemed that a jury can be given specific

3  instructions of what constitutes child pornography, and they

4  can then make a determination on whether they believe something

5  is, in fact, or not, in fact, child pornography based on the

6  factors that we set out for them in the jury instructions that

7  we will be filing as soon as we get out of here.

8       In terms of the pictures themselves, from my

9  understanding of what Mr. Grillo did, he's basically saying

10 that pictures of a 14 year old girl standing naked in front of

11 the mirror showing her breasts and her vagina, taken at the

12 request of the defendant who requested these pictures, is not

13 child pornography, is not a lascivious exhibition of the

14 genitals.  There are several factors that go towards that; the

15 setting, why it was taken, was it taken to arouse the sexual

16 interest in somebody.

17      In this case, we're obviously arguing that the

18 defendant had a sexual interest in getting these pictures.

19      To say that these pictures are not child pornography

20 enough to make it a question of fact to go back to the jury, it

21 just doesn't seem that there is any credence to that.  As your

22 Honor said, if the defense chooses to make a motion for Rule 29

23 at the end, I guess your Honor can consider it then that we

24 haven't even presented any child pornography.  We certainly

25 have --

 1        THE COURT:  Having viewed the photographs, I am of the

 2   opinion that they meet the threshold requirement for

 3   pornography.  So, the photographs will go to the jury.

 4   Ultimately, it will be up to the jury to apply the Court's

 5   instructions regarding what is child pornography and make a

 6   determination.

 7        As I understood it, the defense wanted this Court to

 8   make a threshold determination, which I think is appropriate.

 9   I do find, though, that each of the photographs meet that

10   threshold.

11        MS. STEINBERG:  If I could respond to one other thing,

12   regarding duplicates and whatnot.

13        THE COURT:  Yes, I want to hear your position.

14        MS. STEINBERG:  Yes, your Honor.  We have spent hours

15   and hours, and days and days, going through these pictures and

16   selecting pictures that, one, we believe are child pornography,

17   and two, to sort of put them in some semblance in order to show

18   our theory of the case.

19        Our theory of the case is that the defendant would

20   request certain pictures.  The testimony that we believe will

21   come out at trial from the victims is that certain pictures

22   were requested.  They were sent to the defendant.  The

23   defendant would often say, "It's too dark.  Take another one.

24   I want a close-up of that.  Move a certain position.  I can't

25   see that."

1          So the fact that there might be several pictures that

2   look similar, we can tell you there are no duplicates.  We will

3   not be entering two pictures that are identical.  We have

4   looked at them very closely to make sure they are not

5   identical.  There were duplicates that were found on the

6   defendant's phone.  We removed those.  We think they are there

7   for a reason.  They are probably there because the defendant

8   moved them around on his phone, and they were found in

9   different locations.

10         However, we are removing all the duplicates.  But the

11  pictures that we have, again, show the conduct in this case of

12  the specific requests that were made, and we have the right to

13  show the jury every picture that was found in the defendant's

14  possession that we believe go to any of the counts in this

15  indictment and allow the jury to consider them.

16         We don't have to choose well, there are three that

17  look alike.  They are different, but they look alike, so we

18  have to pick one.

19         THE COURT:  You're representing to the Court that

20  after careful examination of the photographs, which were

21  downloaded from the defendant's cell phone, that there are no

22  duplicates contained in the three packets of photographs that

23  have been provided to the Court for its review.

24         MS. STEINBERG:  The only thing that we do have --

25  there are no duplicates of CR or AG.  The only pictures we

```
 1    intend to introduce at trial of MS and BS are the ones that

 2    were on the phone only.  They are the ones that look like

 3    pictures in pictures.  Those are the ones we intend to

 4    introduce.

 5          Now, those pictures were also found on the defendant's

 6    Sprint search warrant.  It is that element, the fact that they

 7    were at one point on the Sprint search warrant that we

 8    establish our interstate commerce nexus.  In the Sprint search

 9    warrant package, we have the full picture of what is then

10    contained on the picture in picture.  We need to do that to

11    establish that element.  They are not duplicates, because

12    again, one is the actual picture and one is the picture in

13    picture.

14          We also, again, we are trying to establish that the

15    defendant, especially for AR and CG, he had these on his phone,

16    but they were also on his server, his Sprint server.  We do not

17    intend to show the jury the picture more than once.  We will

18    show each picture only once, and there will be no duplicates.

19          THE COURT:  The defendant's objection, based on the

20    cumulative --

21          MR. GRILLO:  May I look at the rest and tell you what

22    other objections I have before you rule?

23          THE COURT:  Yes, go ahead.  I thought you had gone

24    through that.

25          MR. GRILLO:  It is my understanding that no images
```

1    were found on this phone, that they have been deleted.

2                    [Short pause in the proceedings].

3            THE COURT:  Mr. Grillo, we are ready to proceed.  I

4    allotted an hour for you today.  I figured since we went over

5    it yesterday, that we could certainly do the balance in an

6    hour, but we are almost there.

7            MR. GRILLO:  You have already ruled.  I will make the

8    same objections when they seek to introduce these.  Some of

9    them are duplicates.  Some of them --

10           THE COURT:  When you say that they are duplicates,

11   it's been represented by the government that the only

12   duplication would be in taking the same shot from one of the

13   other phones.

14           MR. GRILLO:  Photo number 31542178660, photo

15   31542145884, appear to be the same.  Her head is tilted

16   differently.

17           THE COURT:  But if they are different photographs, and

18   not the same photograph, I'm going to allow it in.

19           MR. GRILLO:  You know my objection.  Again, I think

20   some of them, I would submit, are not pornography.

21           THE COURT:  That is going to be a jury question.

22           MR. GRILLO:  Like this one, which has no number.  But

23   you've already ruled, so I will not belabor the point.  I

24   object.  I will maintain a standing objection.  I will object

25   when it is timely.

1        Again, this goes back to my issue with the size of the

2   photos and my accessibility to the photos.

3        THE COURT:  Mr. Grillo, I reiterated already that I

4   ruled on that matter.

5        MR. GRILLO:  I understand that.  What about during the

6   trial?  Every time they want to introduce a photograph -- they

7   have provided me with a number of photographs on a CD, pursuant

8   to your order.  Obviously, if they want to introduce a

9   photograph indicating somebody is in a green top, and I have

10  other photographs of that person in a green top, it would help

11  me to prepare my cross if I have access to my own set of the

12  pictures.

13       I know they don't want me to take them out of here,

14  but I shouldn't have to rely on going to them every time I want

15  to look at pictures to see if I want to introduce something.

16  I'm asking that they provide me a set of these photographs so I

17  have access to review them during trial.

18       I also ask that they prepare me a set of photographs

19  in the size that were on the telephone.  I know you've ruled

20  that they could bring in the pictures.  I think I am still

21  entitled to show what my client purportedly saw.

22       THE COURT:  Let me hear what the government's position

23  is.  I know what it is, but let me hear from the government.

24       MS. STEINBERG:  Your Honor, in terms of the second set

25  of pictures, it was not easy for us to make one set.  We can't

1    bring them to a photo mat.  These are the pictures we wanted --

2    I guess I could make Mr. Grillo bigger files.  Like, I could

3    print these out on a regular printer and they would be an 8 and

4    a half by 11.  We don't have the capability in our office to

5    print these kinds of pictures, and we can't go to a photo mat

6    to do it.  This is our only set of pictures in this size.

7         The reason we chose to do it in this size is because

8    we thought we would draw an objection from Mr. Grillo if they

9    were the size of 8 and a half by 11, which would have been very

10   easy for us to print on our printer, and we could have provided

11   everybody with copies.  To try to make them closer to the size

12   of the cell phone, we went and had these copied, but we just

13   have the one set.

14        I can print a copy of images on an 8 and a half by 11

15   that we would take back at the end of every court session, if

16   your Honor orders us to do.

17        Regarding the images the size of the cell phone,

18   again, our argument is it goes to the weight.  The defense can

19   certainly bring in or even use the actual phone that the

20   defendant had and show it to the jury.

21        Again, your Honor, if you believe this is something

22   that the defense is entitled to, we will attempt to create

23   something that shows the pictures in that size.  We are just

24   trying to make this go smoothly and to move this trial along.

25        THE COURT:  Attempt to make copies for Mr. Grillo to

1   use in this courtroom.

2          MS. STEINBERG:  Is it okay that they be on a regular

3   printer?  I don't know how I'm going to get these done again.

4          THE COURT:  I want you to do the best you can in

5   making copies the size that Mr. Grillo is requesting, if it

6   could be done.

7          MS. STEINBERG:  We're going to try to make all of the

8   child pornography images.  I guess we'll put them on a disk and

9   we try to resize them to the size of the Galaxy phone.

10          In terms of providing Mr. Grillo with a working copy

11  of these images for trial, is that -- I just want to make sure

12  I'm clear.

13          THE COURT:  I think what Mr. Grillo wants is something

14  not on a disk, something he can hold in his hand.

15          MR. GRILLO:  Yes.  The disk provides me problems

16  because I'm not allowed to have a disk.

17          THE COURT:  I don't think the request is unreasonable.

18  Now, I don't know how you go about making these copies.  We're

19  getting outside of my realm of knowledge.  But if it can be

20  done --

21          MS. STEINBERG:  Your Honor, we'll try.  I don't know

22  what they are going to look like.  It's Friday late.  One of

23  our forensic people is gone until Tuesday.  We don't know how

24  to do this.  We'll try.  Nobody is going to work this weekend

25  except for us.  We can only do our best to try to get it done.

1    I don't know how to do it, and I don't know how to print them

2    out that size.

3         THE COURT:  Had you made that specific request before

4    today?

5         MR. GRILLO:  Yes.  Let me go back, because there's

6    another issue.  They provided me with a CD of what you directed

7    them to do.  What I did was I made a photo album of those

8    pictures, and I have them in a big size, something like their

9    size.

10         I'm also, and I need your permission to do this, I'm

11   also trying to produce them in the size that I want.  Like, I'm

12   asking them the same thing, but I think I have to download

13   them, which you precluded me from doing.

14         We are wrestling with the same problem they are.  If

15   I'm going to introduce photographs, I want to introduce the

16   same photographs I'm saying they should introduce.  It would

17   only be intellectually consistent for me to do it that way.  I

18   need permission to find a way, and we have somebody we think

19   can help us, find a way to reduce the photographs they provided

20   from whatever size I've already printed them out to be to a

21   size consistent with the size of the phone.

22         I think we need to download them.  That's what I'm

23   told, and then print them off at a certain size.  We can't do

24   it off the CD they provided.  But I don't want to do anything

25   unless you tell me it's all right, because I don't want to

```
 1    violate your order.  I have not disseminated -- the only people
 2    that have looked at them are Mr. Johansson, the investigator,
 3    and myself.
 4              THE COURT:  Who would do this fiscal operation?
 5              MR. GRILLO:  Who would do it for me?
 6              THE COURT:  Yes.
 7              MR. GRILLO:  My technical pal over here,
 8    Mr. Johansson, has some knowledge.  We believe his secretary
 9    has some knowledge.  My secretary has some knowledge, and we
10    have a computer expert in the firm.  He doesn't work directly
11    for me.  He says he has knowledge on how to do that.  He said
12    you have to put it on a thumb drive, which you told me not to
13    do.
14              THE COURT:  Let me hear from the government on this.
15              MS. STEINBERG:  Your Honor, if that's what they need
16    to do to create them in the size, we would just ask that your
17    Honor order that every single picture copied, anything be
18    returned to us at the end.
19              MR. GRILLO:  You've already ordered that.  We're just
20    talking about how we conduct the trial.
21              THE COURT:  You need reproduction of these
22    photographs.  It must be done by either you, Mr. Johansson, or
23    someone employed by your respective law firms.  Any images
24    downloaded should be returned to the government at the
25    conclusion of the case.
```

1        MR. GRILLO:  No problem with the second part.  The

2   person that we think might help us, he doesn't technically work

3   for us.  I'm in a suite of offices.  The landlord runs the

4   suite.  They have support that they provide all of the lawyers.

5   They will type up motions for you.  They'll do research for

6   you.

7        This person, his name is John.  We use him when my

8   secretary is away.  He's the one that told me that he thinks he

9   can do it if it's put on a thumb drive.  He doesn't work

10  directly for me.  He works for my landlord.  So he's not an

11  employee.  He's the one that has technical knowledge.

12       THE COURT:  I'll include John in --

13       MR. GRILLO:  I'll get you his name, too.

14       THE COURT:  Yes, I will want his name for the record

15  in the event that any of these photographs are disseminated.

16       MR. GRILLO:  It is not going to happen.  That is not

17  happening on my watch.

18       THE COURT:  With respect to the government's

19  obligation, all I can say is do the best you can.  If you can't

20  do it, then you get it in whatever size that you can.

21       Anything further?

22       MR. GRILLO:  No.

23       THE COURT:  9:00 Monday morning.  I'll have the

24  questionnaires disseminated to the venire in the jury assembly

25  room.  I'm hopeful that we'll be able to get the venire in here

1   by 9:30.  This questionnaire is a one-page questionnaire,

2   deliberately done in one page so that we can get these

3   responses quickly, red flag some of the jurors that may have a

4   problem sitting on this case, and we move into voir dire.

5               MR. GRILLO:  You told us you would allow us some voir

6   dire.

7               THE COURT:  Ten minutes per side.

8               MR. GRILLO:  Thank you very much.

9               THE COURT:  You're welcome.  I try to accommodate as

10  best I can.

11              MR. GRILLO:  Thank you.

12              MS. STEINBERG:  Your Honor, I found this policy

13  statement from the National Center for Missing and Exploited

14  Children on sexting.  I printed out a copy for the defense and

15  a copy for the Court.

16              MR. GRILLO:  I Wikipedia'd sexting last night too, and

17  it's exactly what you said it was.

18              MS. STEINBERG:  They specifically say that what we're

19  alleging the defendant did is not sexting.

20              MR. GRILLO:  That's not what Wikipedia says, but have

21  a good afternoon, your Honor.

22              THE COURT:  Ya'll do too.  Have a good weekend.

23                      [Court adjourned at 2:40 p.m.]

24

25

```
 1                    C E R T I F I C A T E

 2           I hereby certify that the foregoing is an accurate

 3   transcription of proceedings in the above-entitled matter.

 4

 5

 6

 7

 8

 9

10

11

12

13                              /S/ LARRY HERR

     _____    _____
14        DATE            LARRY HERR, RPR-CM-RMR-FCRSC

                          Official Federal Court Reporter

15                        United States District Court

                          Wilkie D. Ferguson Federal Courthouse

16                        400 No. Miami Avenue, Ste. 8N09

                          Miami, FL  33132 - 305/523-5290

17                        Email:  larry_herr@flsd.uscourts.gov

18

19

20

21

22

23

24

25
```

**A**

**able** 10:9 11:23
  19:18 30:25
**about** 3:4,4,8 7:10
  8:23 9:2,3,11 10:9
  12:15,20 25:5
  27:18 29:20
**above-entitled** 32:3
**absolute** 9:9
**abundantly** 9:24
**access** 5:7,11,14 19:4
  19:12 25:11,17
**accessibility** 25:2
**accessory** 4:7
**accommodate** 31:9
**accurate** 32:2
**across** 10:24
**acts** 2:14 3:14
**actual** 6:16 23:12
  26:19
**actually** 6:16 7:21
**add** 12:3,7
**addition** 2:12 15:19
**additional** 6:1 9:14
  9:22 10:5,19
**address** 16:16 17:2
**adjourned** 31:23
**adjudicated** 4:4,5,8
**adjudication** 3:3
  4:17
**adjudications** 2:9,15
  2:20 3:13,17,23
**admissibility** 2:9,20
  3:16 19:3
**admissible** 3:15 5:11
  7:19,20 11:21
**admit** 3:12 8:18
**adopted** 19:25
**affect** 3:22
**afforded** 14:7
**after** 11:8 13:6,13
  16:17 22:20
**afternoon** 10:16
  31:21
**AG** 18:3 22:25
**again** 3:9 9:13 22:11
  23:12,14 24:19
  25:1 26:18,21 27:3
**against** 15:20
**aggressively** 7:10
**ago** 6:8 7:1
**agree** 12:6
**ahead** 23:23
**album** 28:7
**alike** 22:17,17
**allegation** 15:20
**alleging** 31:19
**allele** 15:4
**allotted** 24:4
**allow** 3:23 6:3 11:22
  18:21 22:15 24:18
  31:5
**allowed** 4:8 18:18
  27:16

**allowing** 7:23
**almost** 24:6
**along** 5:8 8:5 26:24
**already** 3:13 19:13
  24:7,23 25:3 28:20
  29:19
**altered** 13:11
**always** 9:19
**America** 1:4 2:1
**analysis** 13:24 14:2
  14:13,14
**another** 14:15 17:12
  17:22 21:23 28:6
**anybody** 12:20
**anything** 8:18 12:7
  12:13 28:24 29:17
  30:21
**anywhere** 5:17
**apparently** 4:4
**appear** 14:18 17:6
  18:5,11,13 24:15
**APPEARANCES**
  1:12
**appeared** 4:14
**appears** 14:17 15:5
  17:8 18:9
**apply** 21:4
**appropriate** 10:21
  14:24 21:8
**AR** 23:15
**argue** 5:10 7:9 19:11
**arguing** 20:17
**argument** 2:19,21
  3:9 4:12 6:2 7:5
  26:18
**around** 10:17 12:8
  22:8
**arouse** 20:15
**arraigned** 6:24,25
**arrest** 4:15
**asked** 7:22 10:22
  11:22 18:20,20
**asking** 25:16 28:12
**assembly** 30:24
**assist** 7:15
**Assistant** 2:4
**assume** 6:24 14:6
**attached** 13:16 14:1
**attempt** 26:22,25
**attention** 3:7
**Attorney** 2:4
**Attorney's** 1:14
**August** 7:17,25 8:4
  9:9 11:13,14,15
  12:3,9 13:4,7,10
  13:19 14:3
**authentication** 6:4
**available** 8:21
**Avenue** 1:23 32:16
**aware** 2:18
**away** 18:12 30:8
**A.U.S.A** 1:13

_____

**B**

**back** 13:13 16:15,22
  18:19 20:20 25:1
  26:15 28:5
**bad** 2:14
**bag** 8:13
**balance** 24:5
**based** 6:23 20:5
  23:19
**basically** 20:9
**basis** 9:10 15:6,11,25
**bathtub** 17:23
**becomes** 13:8
**before** 1:10 11:1
  14:20,21 15:7
  23:22 28:3
**behalf** 7:6
**being** 3:5 12:21
  15:23 18:18
**belabor** 24:23
**believe** 2:17 4:2 5:13
  6:25 11:7 15:4
  17:4 18:1 19:18
  20:4 21:16,20
  22:14 26:21 29:8
**ben** 13:10
**Benjamin** 1:7 2:2
**best** 4:25 5:2 27:4,25
  30:19 31:10
**better** 8:14
**big** 28:8
**bigger** 18:23,25 26:2
**bit** 10:20
**blondish** 17:25
**both** 16:8
**Boulevard** 1:14,18
**bracelet** 4:7
**breast** 17:18,24
**breasts** 20:11
**brief** 16:15
**bring** 3:7 6:13 25:20
  26:1,19
**brought** 6:16
**Broward** 1:14,18
  14:12
**BS** 23:1
**buckle** 7:23 8:1,7,25
  11:25
**bunch** 12:22
**business** 2:8

_____

**C**

**C** 32:1,1
**call** 5:5 10:9,17
**calls** 5:22
**capability** 26:4
**Capletta** 3:18
**careful** 22:20
**case** 1:3 2:2 5:16
  6:15 9:24,25 15:25
  19:16,19 20:17
  21:18,19 22:11
  29:25 31:4
**cases** 2:10
**cause** 15:10,24

**CD** 25:7 28:6,24
**cell** 6:1,2,11 9:25
  22:21 26:12,17
**Center** 1:17
**certain** 21:20,21,24
  28:23
**certainly** 5:8,19 6:8
  10:1 12:25 15:19
  20:24 24:5 26:19
**certify** 32:2
**CG** 23:15
**challenge** 9:6,7
**chambers** 16:5
**chance** 16:16
**change** 9:21,23 10:3
  15:18
**changed** 15:15
**charge** 4:22
**charged** 4:6
**chart** 15:1,4
**charts** 8:13 12:14
**child** 19:25 20:3,5,13
  20:19,24 21:5,16
  27:8
**Children** 31:14
**choose** 22:16
**chooses** 20:22
**chose** 9:1 26:7
**chrisgrilloatty@ao...**
  1:19
**Christopher** 1:17
  2:3
**Circuit** 3:11
**cited** 2:10
**clear** 9:24 27:12
**Clerk's** 5:1
**client** 25:21
**client's** 18:22
**closed** 5:2
**closely** 22:4
**closer** 26:11
**close-up** 18:12 21:24
**CM-ECF** 6:7 15:16
**CODIS** 7:19,20,21
  7:22 11:21,21,21
**COHN** 1:10
**colleague** 8:14
**come** 10:24 16:15
  21:21
**commerce** 9:19 23:8
**community** 4:8
**company** 11:3
**compared** 8:6
**comparing** 11:24
**comparison** 14:20
**computer** 9:23 10:2
  29:10
**computers** 9:25
**concerned** 3:16
  15:24
**conclusion** 29:25
**conclusions** 14:19
  15:6
**conduct** 8:25 22:11

29:20
**consider** 18:19,20
  20:23 22:15
**considering** 3:21
**consistent** 2:7 28:17
  28:21
**consisting** 7:18
**consists** 14:9,23
**constitutes** 20:3
**contain** 17:17
**contained** 8:12
  22:22 23:10
**contests** 14:10
**continuance** 6:23 7:6
  9:10 15:11 16:1
**continue** 7:16
**continuing** 15:25
**control** 12:10 14:13
**copied** 26:12 29:17
**copies** 13:21 26:11
  26:25 27:5,18
**copy** 2:6,16 6:8 8:5
  17:1 26:14 27:10
  31:14,15
**Corey** 1:13 2:5
**corey.steinberg@u...**
  1:15
**correctly** 12:17
**counsel** 16:23
**count** 10:3 14:8
**counts** 9:17,18 17:5
  18:23 22:14
**couple** 11:1
**court** 1:1,22,22 2:1
  2:10,12,19 3:11,12
  3:13,15,21 4:4,9
  4:12,20,23 5:4,19
  5:20,23,24 6:3,10
  6:17,18,20,21 7:2
  7:4,12 9:11 10:6
  11:5,10,12,15,18
  12:1 13:3,3,20,21
  14:5,17 15:3,5,17
  16:13,14,18,22,23
  16:24 17:2,3,10,17
  17:19,21,24 18:14
  18:19,20 19:2,20
  21:1,7,13 22:19,19
  22:23 23:19,23
  24:3,10,17,21 25:3
  25:22 26:15,25
  27:4,13,17 28:3
  29:4,6,14,21 30:12
  30:14,18,23 31:7,9
  31:15,22,23 32:14
  32:15
**Courthouse** 1:23
  32:15
**courtroom** 19:7 27:1
**Court's** 2:7 3:7 6:2
  21:4
**CR** 4:2,23 6:1 8:2
  11:25 17:5,8,17
  18:1 22:25

**create** 26:22 29:16
**credence** 20:21
**crime** 3:4 13:23 14:2
14:2
**criminal** 4:2
**criminologist** 8:6,11
9:8
**cross** 25:11
**crotch** 17:25
**cumulative** 23:20
**current** 15:18
**custody** 12:10
**cutoff** 14:21
**CV** 8:5
**C-a-p-l-e-t-t-u** 3:18

**D**

**D** 1:23 32:15
**dark** 18:7,10 21:23
**data** 15:5
**date** 14:11,11,21
32:14
**dated** 11:13,14 13:2
13:24 14:3,3,15,15
12:8
**dates** 12:8
**day** 15:15 18:20
19:17
**days** 11:1 21:15,15
**deadline** 10:7 11:5
**deals** 2:8
**decision** 3:19 13:6,6
**deemed** 20:2
**defend** 19:16
**defendant** 1:8,16 3:2
3:2 8:7,9 11:23
13:5 15:8 16:4
20:12,18 21:19,22
21:23 22:7 23:15
26:20 31:19
**defendant's** 2:14,25
3:24 13:11 22:6,13
22:21 23:5,19
**defense** 5:5 6:14,21
7:16 8:17,20,22,24
9:22 10:1,2 11:5
11:16 12:2 14:5,7
14:21 20:22 21:7
26:18,22 31:14
**deleted** 24:1
**deliberately** 31:2
**delinquency** 2:9,20
3:13,17,24 5:9
**denied** 16:2
**determination** 13:13
20:4 21:6,8
**determine** 4:24 5:17
**differ** 12:3
**different** 10:24 22:9
22:17 24:17
**differently** 24:16
**dire** 31:4,6
**directed** 28:6
**directly** 29:10 30:10
**discovery** 7:7 8:4

**9:14** 13:16,23 14:1
15:21
**discretionary** 3:12
**discuss** 10:20
**discussed** 9:1
**discussing** 2:23
**disk** 27:8,14,15,16
**disposition** 4:22,24
**disseminated** 29:1
30:15,24
**District** 1:1,1,11,22
32:15
**disturb** 16:13
**Diversion** 4:10
**diversionary** 5:3
**DIVISION** 1:2
**DNA** 7:17 8:9,23,25
9:3,6 11:3,6 12:1
13:7 14:13,20,22
**document** 14:8
**documentation** 4:20
5:16
**documents** 4:16 11:2
12:16
**doing** 28:13
**done** 12:8 19:13 27:3
27:6,20,25 29:22
31:2
**download** 28:12,22
**downloaded** 22:21
29:24
**downs** 15:2
**draw** 26:8
**drive** 9:23 10:2
29:12 30:9
**duplicates** 18:11,13
18:14,17 21:12
22:2,5,10,22,25
23:11,18 24:9,10
**duplication** 24:12
**during** 25:5,17

**E**

**E** 1:14,18 32:1,1
**each** 21:9 23:18
**earlier** 7:21 13:19
**ease** 8:20
**easily** 5:20
**easy** 25:25 26:10
**either** 19:11 29:22
**element** 23:6,11
**elements** 9:16
**Email** 1:15,19,24
32:17
**employed** 29:23
**employee** 30:11
**end** 14:11,15,16
19:17 20:23 26:15
29:18
**enforcement** 2:25
3:20 5:14,15
**enough** 10:11,12
12:14 20:20
**entering** 22:3

**entire** 12:24
**entitled** 13:25 14:12
25:21 26:22
**envelope** 17:4,20,21
**envelopes** 16:14
**especially** 23:15
**ESQ** 1:17,17
**essentially** 15:22
**establish** 23:8,11,14
**established** 11:18
**evaluation** 10:18
**even** 10:20 20:24
26:19
**event** 15:17 30:15
**ever** 9:5
**every** 19:22,23 22:13
25:6,14 26:15
29:17
**everybody** 26:11
**everything** 8:15
**evidence** 2:14 6:16
8:13 12:21 16:7
19:19
**exact** 6:11
**exactly** 12:18 19:21
31:17
**examination** 9:1
22:20
**examining** 5:18
**except** 27:25
**exception** 5:13
**exhibition** 20:13
**exhibits** 19:8
**expert** 8:23 9:3 10:8
10:9,10 11:6 13:8
14:22 15:8 29:10
**experts** 9:2
**explanation** 12:7,11
**Exploited** 31:13
**extra** 8:25

**F**

**F** 1:17 32:1
**fact** 10:25 20:5,5,20
22:1 23:6
**factors** 20:6,14
**facts** 5:10
**factual** 20:1
**familiar** 12:14
**Federal** 1:22,23
32:14,15
**felt** 6:14
**Ferguson** 1:23 32:15
**figured** 24:4
**file** 5:14 7:3 8:12
10:7
**filed** 2:13 3:25 5:24
6:7 7:2,6,16 8:4
9:5 15:13,14
**files** 5:12 26:2
**filing** 6:23 9:11,14
15:12 20:7
**filings** 13:22
**finally** 10:17

**find** 5:5,6,6 15:10,10
15:17,24 21:9
28:18,19
**findings** 14:19 15:6
**finds** 3:21
**firm** 29:10
**firms** 29:23
**first** 2:6 3:1 13:22
14:12
**fiscal** 29:4
**FL** 1:15,18,24 32:16
**flag** 3:1 31:3
**flags** 3:5
**Floor** 1:14
**FLORIDA** 1:1,6
**follow** 9:4
**following** 19:23
**foregoing** 32:2
**foreign** 9:18,19,20
**forensic** 27:23
**forms** 15:6
**Fort** 1:2,6,15,18
**found** 10:25 16:8,9
16:10 19:1 22:5,8
22:13 23:5 24:1
31:12
**fourth** 8:3 13:25
14:18
**Friday** 27:22
**from** 3:8 4:7,18 8:1,2
8:7,8,18 10:6
11:21 12:3,8 15:18
20:8 21:21 22:21
24:12 25:23 26:8
28:13,20 29:14
31:13
**front** 8:12 19:24
20:10
**full** 15:15 23:9
**fully** 11:2
**further** 2:21 4:20 6:3
15:20,21 18:12
30:21
**F-0951424** 17:9
**F-0965376** 17:12
**F-0966784** 17:13
**F-0984384** 18:15
**F-0984448** 18:15
**F-0985024** 18:14
**F-0985088** 18:15
**F-1003584** 18:15
**F-1003648** 18:15
**F-1003712** 18:8
**F-1003776** 18:8
**F-1074560** 17:13
**F-1074688** 17:13
**F-1074752** 17:14
**F-1074880** 17:15
**F-1075008** 17:13
**F-1075136** 17:14
**F-1075392** 18:4
**F-1075456** 18:4
**F-1075642** 18:5
**F-1075648** 18:4

**F-1076992** 18:16
**F-1077056** 18:14
**F-1077120** 18:14
**F-1077864** 18:16

**G**

**Galaxy** 27:9
**gave** 3:20
**genitalia** 17:6
**genitals** 20:14
**getting** 20:18 27:19
**girl** 20:10
**give** 2:6 6:8 13:13
16:18
**given** 20:2
**giving** 11:2,6
**glad** 16:18
**glossies** 18:24
**go** 3:8 5:17 11:20
12:20 19:7,22
20:14,20 21:3
22:14 23:23 26:5
26:24 27:18 28:5
**goes** 18:19 19:2 25:1
26:18
**going** 3:23 5:2,21
6:22 8:18,22 9:6,7
9:8,19 10:19,20
14:8 19:22,23
21:15 24:18,21
25:14 27:3,7,22,24
28:15 30:16
**gone** 23:23 27:23
**good** 5:23 6:20,20
15:10,24 31:21,22
**government** 1:13 2:4
2:11,13 3:25 4:21
5:24 10:23 11:12
14:9,10 16:4,24,25
17:19 18:21 19:20
24:11 25:23 29:14
29:24
**government's** 4:1
7:13 8:3 13:25
14:6,17 25:22
30:18
**grand** 15:15
**granting** 15:11
**green** 25:9,10
**Grillo** 1:17 2:3,16,17
4:13 5:7 6:5,9,17
6:22 7:3,8 10:6,7
12:6 13:15 14:9
16:16 17:1,4,20,22
18:4 19:4 20:9
23:21,25 24:3,7,14
24:19,22 25:3,5
26:2,8,25 27:5,10
27:13,15 28:5 29:5
29:7,19 30:1,13,16
30:22 31:5,8,11,16
31:20
**GUERRA** 1:17
**guess** 5:1 10:23

20:23 26:2 27:8
**guilty** 4:4

---
**H**
**hair** 17:18,25 18:9
**half** 26:4,9,14
**hand** 12:24 27:14
**happen** 30:16
**happening** 30:17
**happy** 12:24
**hard** 9:23 10:2 18:7
**Having** 3:18 21:1
**head** 24:15
**health** 9:2 10:10
**hear** 7:5 10:6 21:13
   25:22,23 29:14
**HEARING** 1:10
**help** 12:19 25:10
   28:19 30:2
**her** 4:8 8:12,12
   17:17,17 20:11,11
   24:15
**HERR** 1:21 32:13
   32:14
**him** 6:8 30:7
**himself** 3:6
**hire** 13:7
**hiring** 9:3
**history** 4:2
**hold** 27:14
**Honor** 2:22 4:6,25
   5:7,22 6:19 7:14
   7:23 8:16 9:1,10
   9:13 11:22 13:18
   16:11 18:3 19:21
   19:24 20:22,23
   21:14 25:24 26:16
   26:21 27:21 29:15
   29:17 31:12,21
**HONORABLE** 1:10
**hopeful** 30:25
**hour** 24:4,6
**hours** 6:7 21:14,15

---
**I**
**identical** 18:5 22:3,5
**images** 6:21 16:3,14
   16:24,25 17:1
   23:25 26:14,17
   27:8,11 29:23
**immediately** 5:21
**impeachment** 4:1
**inaccurate** 7:17
**inadvertent** 9:17
**inclined** 6:14
**include** 7:12 30:12
**included** 9:18
**includes** 13:23
**indicated** 6:22 17:16
**indicating** 25:9
**indication** 12:15
**indictment** 6:24 7:9
   7:10 9:12,15 11:1
   15:13,18,19,22,23

22:15
**inextricably** 2:23
**information** 7:15
   10:8
**inquiry** 4:23 10:12
**inscriptions** 5:25
   6:15
**insofar** 3:15 15:23
**instructions** 20:3,6
   21:5
**integrity** 12:21
**intellectually** 28:17
**intend** 2:24 23:1,3
   23:17
**intended** 15:8
**intent** 2:13
**interest** 20:16,18
**interstate** 9:19,20
   23:8
**intertwined** 2:23
**interview** 3:1,6
**interviews** 2:25
**introduce** 2:13 18:21
   23:1,4 24:8 25:6,8
   25:15 28:15,15,16
**investigator** 29:2
**involving** 9:25 17:6
**issue** 3:10,16 6:11
   8:19 9:24 25:1
   28:6
**issues** 10:24

---
**J**
**JAMES** 1:10
**Johansson** 1:17 2:3
   2:17 29:2,8,22
**John** 30:7,12
**Judge** 1:11 4:3 11:20
   19:24
**July** 12:9 13:2 14:11
**jurors** 31:3
**jury** 4:23 15:15
   19:12 20:1,2,6,20
   21:3,4 22:13,15
   23:17 24:21 26:20
   30:24
**just** 3:7,9 6:15,25
   10:3 16:6,11 20:21
   26:12,23 27:11
   29:16,19
**juvenile** 2:9,15 4:1
   5:4,7,16

---
**K**
**keep** 16:11
**kinds** 26:5
**knew** 10:11
**know** 4:13,16,18 5:3
   5:11 6:5 7:20
   12:20,25 13:1,10
   15:15 18:7,10
   19:21 24:19 25:13
   25:19,23 27:3,18
   27:21,23 28:1,1

**knowledge** 27:19
   29:8,9,9,11 30:11

---
**L**
**lab** 7:21,24,25
**laboratory** 13:23
   14:2
**landlord** 30:3,10
**LARRY** 1:21 32:13
   32:14
**larry_herr@flsd.u...**
   1:24 32:17
**lascivious** 20:13
**last** 31:16
**late** 7:7 10:16 27:22
**Lauderdale** 1:2,6,15
   1:18
**law** 2:25 3:20 5:13
   5:15 29:23
**lawfirm@lauderd...**
   1:20
**lawyers** 30:4
**least** 5:15 11:10 15:7
   18:23
**leave** 5:21 19:17
**leaving** 9:18
**left** 3:15
**Lemay** 3:19
**less** 12:20
**let** 2:6 7:5 25:22,23
   28:5 29:14
**lifting** 17:17
**light** 3:19
**like** 5:8,15 6:11 10:4
   12:16 13:2,12
   17:23 19:18 23:2
   24:22 26:2 27:22
   28:8,11
**list** 10:9 15:8
**listed** 10:10
**litigated** 19:24
**little** 10:20 18:12
**locations** 22:9
**locked** 3:5
**long** 14:20
**longer** 10:20 11:4
**look** 6:14 11:3 13:12
   19:7,16 22:2,17,17
   23:2,21 25:15
   27:22
**looked** 22:4 29:2
**looks** 12:16 13:2
   17:23,25
**L-e-m-a-y** 3:19

---
**M**
**made** 10:11 13:5
   22:12 28:3,7
**maintain** 24:24
**maintained** 5:8
**make** 2:22 3:9 4:23
   13:12 20:1,4,20,22
   21:5,8 22:4 24:7
   25:25 26:2,11,24

26:25 27:7,11
**making** 5:22 27:5,18
**March** 8:2
**marked** 17:4
**marker** 17:7
**mat** 26:1,5
**match** 7:19,20,21,22
   8:1,18,19 9:9
   11:19,24 12:22,23
**matched** 8:8
**matches** 12:17
**material** 12:2 15:17
**matter** 25:4 32:3
**matters** 6:20
**may** 4:18 5:18 13:24
   17:1,1 18:9 23:21
   31:3
**maybe** 5:13 17:7,24
   18:11
**means** 12:18,19 13:1
**meet** 21:2,9
**mental** 9:2 10:10
**mention** 2:22 3:10
   16:6
**mentioned** 2:24
**mentioning** 12:9
**mentions** 3:2,5
**Miami** 1:23,24 32:16
   32:16
**mid** 11:10
**might** 5:10 8:14 22:1
   30:2
**minutes** 7:1 31:7
**mirror** 20:11
**Missing** 31:13
**mistake** 9:17
**Monday** 30:23
**month** 14:21 15:7
**more** 7:15 23:17
**morning** 2:12 5:1
   15:13,16 30:23
**motion** 1:10 3:25 4:2
   5:24 7:2,3,6,16
   16:1 18:19 20:22
**motions** 30:5
**move** 21:24 26:24
   31:4
**moved** 10:10 22:8
**moving** 6:22 7:15
**much** 7:21 12:20
   18:25 19:14 31:8
**multiple** 10:22 18:6
**must** 29:22
**myself** 29:3

---
**N**
**naked** 17:8 20:10
**name** 30:7,13,14
**names** 12:22
**National** 31:13
**need** 10:19 12:13,18
   13:20 23:10 28:10
   28:18,22 29:15,21
**needing** 9:21 10:4

**next** 2:8 17:12,14,14
**nexus** 23:8
**night** 31:16
**Ninth** 3:11
**Nobody** 27:24
**nonpornographic**
   18:18
**notes** 2:12
**nothing** 9:4,15,20
**notice** 2:13 8:5 9:2
   10:1,7 11:6 13:16
**number** 3:5 10:24
   17:5,9,10,14 18:2
   19:22 24:14,22
   25:7
**numbers** 19:22

---
**O**
**object** 18:5,18 24:24
   24:24
**objection** 3:24 23:19
   24:19,24 26:8
**objections** 23:22
   24:8
**obligation** 30:19
**obviously** 4:17 5:14
   7:20 12:6 13:5
   20:17 25:8
**October** 1:7 13:5
   14:7
**off** 28:23,24
**offense** 4:24
**office** 1:14 5:2 14:12
   26:4
**offices** 30:3
**Official** 1:22 32:14
**often** 21:23
**okay** 27:2
**old** 20:10
**Omar** 1:17 2:3
**once** 7:22 23:17,18
**one** 6:1,5 12:15
   13:15,19,19,20
   14:14 15:7 17:13
   17:14,21 18:12,12
   18:22 21:11,16,23
   22:18 23:7,12,12
   24:12,22 25:25
   26:13 27:22 30:8
   30:11 31:2
**ones** 18:13,18 23:1,2
   23:3
**one-page** 31:1
**only** 2:22 3:15 4:2
   8:15,19 16:10,11
   18:21 19:5,15,17
   19:23 22:24,25
   23:2,18 24:11 26:6
   27:25 28:17 29:1
**operation** 29:4
**opinion** 21:2
**opportunity** 16:19
**orange** 17:7
**order** 2:8 7:23 8:4

13:23 14:1 16:12
16:13 21:17 25:8
29:1,17
**ordered** 29:19
**orders** 26:16
**other** 2:19 3:19 5:10
6:20 8:14 9:18,23
12:17 13:16 14:14
18:20 21:11 23:22
24:13 25:10
**others** 18:11
**out** 9:18 20:6,7
21:21 25:13 26:3
28:2,20 31:14
**outside** 4:22 27:19
**outweigh** 3:22
**over** 3:24 8:24,24
19:22 24:4 29:7
**own** 8:25 13:8 18:19
25:11

_____
**P**
**package** 23:9
**packets** 22:22
**page** 14:12 31:2
**pages** 7:18 11:2 12:1
13:17 14:9
**pal** 29:7
**paperwork** 5:1,3
**part** 30:1
**past** 11:8
**pause** 24:2
**people** 12:12,22
27:23 29:1
**per** 31:7
**Perhaps** 8:14
**permission** 28:10,18
**person** 17:25 25:10
30:2,7
**person's** 17:25
**petition** 6:19
**phone** 6:1,2,11 16:8
16:10 19:1 22:6,8
22:21 23:2,15 24:1
26:12,17,19 27:9
28:21
**phones** 6:13 9:25
24:13
**photo** 17:9 24:14,14
26:1,5 28:7
**photograph** 18:10
24:18 25:6,9
**photographs** 18:21
19:5,6,10,15 21:1
21:3,9 22:20,22
24:17 25:7,10,16
25:18 28:15,16,19
29:22 30:15
**photos** 17:16 19:12
25:2,2
**pick** 22:18
**picture** 17:8,12,22
17:23 19:23 22:13
23:9,10,10,12,12

23:13,17,18 29:17
**pictures** 6:15 8:13
16:8,9,10 17:6,17
18:6,25 20:8,10,12
20:18,19 21:15,16
21:20,21 22:1,3,11
22:25 23:3,3,5
25:12,15,20,25
26:1,5,6,23 28:8
**Plaintiff** 1:5
**play** 2:24
**point** 9:13 11:23
19:12 23:7 24:23
**police** 3:2
**policy** 31:12
**pornographic** 17:10
**pornography** 17:18
18:2 19:25 20:3,5
20:13,19,24 21:3,5
21:16 24:20 27:8
**portion** 4:15
**position** 5:20 7:13
13:11 21:13,24
25:22
**positive** 11:19,24
**possession** 4:21
18:22 22:14
**possible** 7:18
**possibly** 11:8 12:17
**potential** 12:17
**preclude** 3:25
**precluded** 28:13
**prejudice** 15:10
**prejudicial** 3:21
**preliminary** 14:13
14:14
**prep** 8:11 9:22 10:24
**preparation** 15:21
**prepare** 19:16 25:11
25:18
**presence** 4:23
**present** 2:2 16:23
19:11,18
**presented** 20:24
**pretrial** 4:9 5:3
**primarily** 14:24
**print** 26:3,5,10,14
28:1,23
**printed** 28:20 31:14
**printer** 26:3,10 27:3
**prior** 2:8,14 3:3,13
4:1
**probably** 10:16 22:7
**probative** 3:22
**problem** 28:14 30:1
31:4
**problems** 27:15
**proceed** 24:3
**proceedings** 24:2
32:3
**procure** 5:20
**produce** 28:11
**proffered** 4:14
**profile** 8:9

**Program** 4:10
**proof** 15:24
**provide** 5:5 19:6,9
25:16 30:4
**provided** 4:14,19 5:9
5:15 7:14 8:2,16
8:16,19 10:23
11:12,15 12:2,3,11
13:4,4,7,9,10 14:5
14:20 15:7 16:14
16:24 22:23 25:7
26:10 28:6,19,24
**provides** 27:15
**providing** 8:5 27:10
**pubic** 17:18 18:9
**purportedly** 25:21
**purposes** 16:7
**pursuant** 17:11 25:7
**put** 7:11 21:17 27:8
29:12 30:9
**p.m** 16:20,21 31:23

_____
**Q**
**Quality** 14:12
**question** 3:15 12:20
13:8 19:25 20:1,20
24:21
**questionnaire** 2:7
31:1,1
**questionnaires**
30:24
**quickly** 31:3
**quite** 3:8

_____
**R**
**R** 32:1
**Rand** 1:7 2:2,2 3:20
6:24 7:7,24 8:1
11:25 15:20 16:22
**Rand's** 6:2,11
**rap** 4:15
**rationale** 10:4
**read** 7:5 12:16
**reading** 13:2
**ready** 24:3
**realm** 27:19
**reason** 6:14 8:16
22:7 26:7
**received** 2:16 7:22
10:14 13:21
**recess** 16:15,20
**record** 13:21 16:22
30:14
**records** 5:8,20
**red** 31:3
**redacting** 3:8
**reduce** 28:19
**referred** 3:10
**reflected** 10:25
**regard** 2:10
**regarding** 2:19 4:21
5:25 6:11 9:16,23
21:5,12 26:17
**regular** 26:3 27:2

**reiterated** 25:3
**relates** 4:2 7:7 10:3
17:5
**relating** 9:14
**rely** 25:14
**relying** 8:10 9:20
**removed** 22:6
**removing** 22:10
**report** 7:18,22,25
8:9,12 9:7,9 10:13
10:15,15 11:12,13
11:14,18 12:13,24
13:1,7,15,24 14:3
**REPORTED** 1:21
**Reporter** 1:22 32:14
**reports** 8:14 10:18
10:19,21,22 12:1
13:18 14:19 15:7
**represented** 2:3,4
14:8 16:23 24:11
**representing** 22:19
**reproduction** 29:21
**request** 16:4 20:12
21:20 27:17 28:3
**requested** 6:21
20:12 21:22
**requesting** 27:5
**requests** 22:12
**require** 15:20
**required** 15:8
**requirement** 21:2
**requirements** 15:24
**research** 30:5
**reserve** 6:9,10,12
**resize** 27:9
**respect** 15:12 30:18
**respectfully** 16:1
**respective** 29:23
**respond** 17:19 21:11
**response** 8:3 13:22
14:1,6,18,18,23
**responses** 31:3
**rest** 23:21
**result** 8:8 11:24
14:20
**resulting** 2:14
**returned** 16:21,24
29:18,24
**review** 2:10 6:21
10:21 13:3,4 16:3
16:5,17 22:23
25:17
**reviewed** 3:18 13:14
16:23
**reviewing** 13:6
**revised** 2:6
**right** 4:9,18 6:8
19:20 22:12 28:25
**room** 30:25
**RPR-CM-FCRR-...**
1:21
**RPR-CM-RMR-F...**
32:14
**rule** 3:21 19:2 20:22

23:22
**ruled** 3:14 24:7,23
25:4,19
**Rules** 3:14
**ruling** 2:7 6:2,9,10
6:12
**run** 17:20
**runs** 30:3

_____
**S**
**S** 32:13
**same** 6:3,11 10:14
15:23 17:6 18:6
24:8,12,15,18
28:12,14,16
**samples** 8:7
**saw** 25:21
**saying** 20:9 28:16
**says** 29:11 31:20
**search** 16:9,10 23:6
23:7,8
**second** 5:24 6:23
9:11 13:22,25
14:17 15:12,18,22
15:23 25:24 30:1
**secretary** 29:8,9
30:8
**see** 5:5,9 6:16 8:20
12:13,14 13:20
17:23,24 19:5
21:25 25:15
**seek** 24:8
**seeking** 8:17
**seem** 10:4 12:22
20:21
**seems** 3:11 6:10
**seen** 5:4 6:5 8:15
19:10
**selecting** 21:16
**self-authentication**
5:25
**Seltzer** 19:24
**semblance** 21:17
**sent** 21:22
**September** 11:7,9,10
**server** 23:16,16
**service** 4:8
**session** 26:15
**set** 19:6,9 20:6 25:11
25:16,18,24,25
26:6,13
**setting** 20:15
**several** 6:7 7:1 20:14
22:1
**sexting** 31:14,16,19
**sexual** 20:15,18
**sheet** 4:15
**Sheriff's** 14:12
**shirt** 18:9
**Short** 24:2
**shot** 17:9 24:12
**show** 4:16 6:17
21:17 22:11,13
23:17,18 25:21

26:20
**showing** 4:15 17:17
  20:11
**shows** 7:25 26:23
**side** 31:7
**sign** 7:23
**similar** 22:2
**since** 12:10 19:15
  24:4
**single** 19:22,23
  29:17
**sitting** 31:4
**six** 17:16
**size** 18:23 19:10 25:1
  25:19 26:6,7,9,11
  26:17,23 27:5,9
  28:2,8,9,11,20,21
  28:21,23 29:16
  30:20
**smaller** 18:24
**smoothly** 7:16 26:24
**some** 4:8 5:1 7:7,14
  8:13 9:3 10:12
  13:9 18:6,11 19:11
  21:17 24:8,9,20
  29:8,9,9 31:3,5
**somebody** 10:17
  12:19 17:23 20:16
  25:9 28:18
**somehow** 5:10
**someone** 29:23
**something** 19:25
  20:4 25:15 26:21
  26:23 27:13,14
  28:8
**sometime** 12:8
**sometimes** 3:3,4
**soon** 5:6 20:7
**sooner** 12:11
**sort** 21:17
**sorted** 16:8
**sorting** 16:7
**SOUTHERN** 1:1
**speak** 7:4
**specific** 20:2 22:12
  28:3
**specifically** 8:4,6
  31:18
**spent** 21:14
**spoke** 8:11 10:17
  11:3 12:12
**spoken** 8:23
**Sprint** 16:9,10 23:6
  23:7,8,16
**standing** 8:3 13:23
  14:1 20:10 24:24
**start** 5:22 14:11,15
**started** 10:16 16:7
**state** 14:10
**statement** 31:13
**statements** 3:20
**states** 1:1,4,11,14,22
  2:1,4 7:17 8:5,6
  32:15

**statute** 17:11
**Ste** 1:18,23 32:16
**Steinberg** 1:13 2:5
  2:21 4:3,6,11,25
  5:19,21 6:7,13,18
  6:25 7:14 9:13
  11:7,11,14,17,20
  12:5 13:18 15:1,4
  15:14 16:6 18:3
  19:21 21:11,14
  22:24 25:24 27:2,7
  27:21 29:15 31:12
  31:18
**still** 25:20
**store** 4:7
**strategic** 13:6
**strategy** 10:3
**strike** 10:11
**subject** 12:15
**submit** 17:10,18,24
  18:1,17 24:20
**submitted** 6:6 7:18
  7:24
**submitting** 18:13
**substantially** 3:22
**suite** 30:3,4
**summarize** 14:19
**superseding** 6:23 7:9
  7:10 9:12,15 11:1
  15:12,18,19,22,23
**supplement** 2:13
  14:2,3
**supplemental** 7:17
  8:3 13:22 14:1,6
  14:18,18,23
**supply** 14:21
**support** 30:4
**supposedly** 18:22
**sure** 3:8 18:1 22:4
  27:11
**SW** 17:4
**swab** 8:2,7
**swabs** 7:23 8:1,8,25
  11:22,25,25

---
**T**

**T** 32:1,1
**take** 7:23 10:20
  11:22 16:5,15
  21:23 25:13 26:15
**taken** 8:1,2,7,8
  16:20 20:11,15,15
**takes** 11:4
**taking** 4:7 24:12
**talk** 9:3 12:15
**talked** 3:4,4
**talking** 9:2 29:20
**technical** 29:7 30:11
**technically** 30:2
**telephone** 19:11
  25:19
**tell** 12:8 18:7 22:2
  23:21 28:25
**Ten** 31:7

**tenth** 14:6,23
**term** 14:24
**terms** 8:22 9:21
  12:21 20:8 25:24
  27:10
**testimony** 21:20
**testing** 10:19 11:4
  12:1,14
**tests** 12:7
**Thank** 31:8,11
**their** 4:21 8:25 10:2
  10:23 11:6 12:10
  13:8 14:21 19:7
  28:8
**themselves** 20:8
**theory** 21:18,19
**thing** 2:22 10:14
  18:6 21:11 22:24
  28:12
**things** 8:20
**think** 13:3 18:8 21:8
  22:6 24:19 25:20
  27:13,17 28:12,18
  28:22 30:2
**thinks** 30:8
**though** 21:9
**thought** 8:17 10:2
  23:23 26:8
**three** 7:18 13:21
  16:14 22:16,22
**three-page** 10:15
  12:13 13:15
**threshold** 21:2,8,10
**through** 3:1 4:9 9:4
  16:7 17:5,20 21:15
  23:24
**throughout** 9:24
**thumb** 29:12 30:9
**tilted** 24:15
**time** 10:5,8 12:10
  17:21 25:6,14
**timely** 24:25
**times** 3:1,5 10:22
**timing** 7:8,10
**today** 6:6,13,17,18
  24:4 28:4
**told** 8:24 10:12,14
  12:12 28:23 29:12
  30:8 31:5
**top** 17:17 25:9,10
**towards** 20:14
**trade** 5:25
**TRANSCRIPT** 1:10
**transcription** 32:3
**trial** 2:14 7:15,19,21
  8:11 10:23 11:1
  13:6 15:9,21 21:21
  23:1 25:6,17 26:24
  27:11 29:20
**tried** 5:1
**troublesome** 12:25
**try** 5:2 8:20 26:11
  27:7,9,21,24,25
  31:9

**trying** 16:11 23:14
  26:24 28:11
**Tuesday** 27:23
**twice** 18:23
**two** 3:19 6:20 10:14
  13:18 15:6 21:17
  22:3
**type** 30:5

---
**U**

**ultimately** 9:4 21:4
**unable** 12:19
**unclear** 18:8
**under** 3:14
**underlying** 3:14
  15:5
**understand** 4:13 7:7
  11:2 12:18,19 19:4
  25:5
**understanding** 20:9
  23:25
**understood** 21:7
**Unit** 14:13
**United** 1:1,4,11,14
  1:22 2:1,4 32:15
**unless** 6:1 28:25
**unnumbered** 17:22
**unreasonable** 27:17
**until** 10:21 15:16
  27:23
**use** 15:9 19:7 26:19
  27:1 30:7

---
**V**

**vagina** 20:11
**vaginal** 8:2,7 11:25
**valid** 12:21
**value** 3:22
**venire** 30:24,25
**very** 5:23 7:9 18:6
  22:4 26:9 31:8
**victim** 8:8
**victims** 21:21
**video** 3:9
**videotape** 2:24
**viewed** 21:1
**violate** 29:1
**voir** 31:4,5
**vs** 1:6 2:1

---
**W**

**want** 2:22 8:23 19:14
  19:16 21:13,24
  25:6,8,13,14,15
  27:4,11 28:11,15
  28:24,25 30:14
**wanted** 3:7,9 6:16
  8:20 21:7 26:1
**wants** 27:13
**warrant** 16:9,11
  23:6,7,9
**wasn't** 10:9
**watch** 30:17
**way** 3:3 5:18 13:9

16:7 19:11,15
  28:17,18,19
**week** 11:8,9
**weekend** 27:24
  31:22
**weight** 19:2 26:18
**welcome** 31:9
**well** 4:13,18 7:8
  22:16
**went** 3:1 4:9 24:4
  26:12
**were** 2:23 4:14,19
  8:1 9:2,19 11:23
  12:8 13:18 14:20
  15:7 16:8,9,10
  18:21 21:22,22
  22:5,5,8,12,20
  23:2,5,7,16 24:1
  25:19 26:9
**we'll** 4:25 27:8,21,24
  30:25
**we're** 8:9 20:17 27:7
  27:18 29:19 31:18
**whatnot** 21:12
**whole** 8:19 10:2
  17:20
**Wikipedia** 31:20
**Wikipedia'd** 31:16
**Wilkie** 1:23 32:15
**wish** 17:19
**witness** 4:1
**work** 9:22 19:14
  27:24 29:10 30:2,9
**working** 27:10
**works** 30:10
**worksheet** 14:13,13
**worksheets** 14:14,24
**wouldn't** 11:8 12:11
**wrestling** 28:14
**written** 7:2,3

---
**Y**

**Ya'll** 31:22
**Yeah** 15:3
**year** 20:10
**yesterday** 2:7,23
  3:10 7:15 10:15,16
  12:2 13:5,9 14:7
  15:13,14,15 24:5

---
**1**

**1** 1:18 17:5
**1:59** 16:20
**10** 18:24
**11** 26:4,9,14
**11-60088-CR** 2:2
**11-60088-CR-JIC**
  1:3
**14** 20:10
**16th** 7:17,25 8:4
  9:10 11:7,13,15
  12:4 13:4,7,10,19
**19th** 8:2 13:2

| | | | | |
|---|---|---|---|---|
| **2** | | | | |
| **2:04** 16:21 | | | | |
| **2:40** 31:23 | | | | |
| **20th** 11:9 | | | | |
| **2011** 1:7 13:24 14:4 14:11 | | | | |
| **25** 12:17 | | | | |
| **25th** 13:24 | | | | |
| **26th** 11:9 | | | | |
| **27th** 13:5 14:7 | | | | |
| **28** 1:7 | | | | |
| **29** 20:22 | | | | |
| **3** | | | | |
| **3** 9:17 17:5 | | | | |
| **3:00** 10:16 | | | | |
| **30** 12:17 | | | | |
| **305/523-5290** 1:24 32:16 | | | | |
| **31542145884** 24:15 | | | | |
| **315421606911** 17:9 | | | | |
| **31542178660** 24:14 | | | | |
| **33132** 1:24 32:16 | | | | |
| **33301** 1:18 | | | | |
| **33394** 1:15 | | | | |
| **4** | | | | |
| **4/12/11** 14:15 | | | | |
| **4/21/11** 14:15 | | | | |
| **4/22/11** 14:15,16 | | | | |
| **40** 11:2 12:1 13:16 14:9 | | | | |
| **40-page** 10:15 | | | | |
| **400** 1:23 32:16 | | | | |
| **403** 3:21 | | | | |
| **413** 3:14 | | | | |
| **414** 3:14 | | | | |
| **5** | | | | |
| **5th** 14:11 | | | | |
| **5/25/2011** 14:3 | | | | |
| **500** 1:14 | | | | |
| **6** | | | | |
| **6** 9:17 | | | | |
| **7** | | | | |
| **7** 10:3 | | | | |
| **7th** 1:14 | | | | |
| **700** 1:18 | | | | |
| **8** | | | | |
| **8** 18:24 26:3,9,14 | | | | |
| **8N09** 1:23 32:16 | | | | |
| **9** | | | | |
| **9th** 11:14 14:4 | | | | |
| **9:00** 30:23 | | | | |
| **9:30** 31:1 | | | | |
| **954/356-7255** 1:15 | | | | |
| **954/524-1125** 1:18 | | | | |
| **954/745-7517** 1:19 | | | | |

1                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
2                      FORT LAUDERDALE DIVISION
3                       CASE 11-60088-CR-JIC
4
    UNITED STATES OF AMERICA,
5
                             Plaintiff,
6
         vs.                              FORT LAUDERDALE, FLORIDA
7                                         OCTOBER 28, 2011
    BENJAMIN RAND,
8
                             Defendant.
9
10                   TRANSCRIPT OF MOTION HEARING
                 BEFORE THE HONORABLE JAMES I. COHN
11                   UNITED STATES DISTRICT JUDGE
12  APPEARANCES:
13  FOR THE GOVERNMENT:
                             COREY STEINBERG, A.U.S.A.
14                           United States Attorney's Office
                             500 E. Broward Boulevard, 7th Floor
15                           Fort Lauderdale, FL  33394 - 954/356-7255
                             Email:  corey.steinberg@usdoj.gov
16
    FOR THE DEFENDANT:
17                           CHRISTOPHER A. GRILLO, ESQ.
                             OMAR F. GUERRA JOHANSSON, ESQ.
18                           1 E. Broward Boulevard, Ste. 700
                             Fort Lauderdale, FL  33301 - 954/524-1125
19                                                 954/745-7517
                             Email:  chrisgrilloatty@aol.com
20                           lawfirm@lauderdalecriminallawyer.com
21  REPORTED BY:
                             LARRY HERR, RPR-CM-FCRR-AE
22                           Official Federal Court Reporter
                             United States District Court
23                           Wilkie D. Ferguson Federal Courthouse
                             400 No. Miami Avenue, Ste. 8N09
24                           Miami, FL  33132 - 305/523-5290
                             Email:  larry_herr@flsd.uscourts.gov
25

1        THE COURT:  This is United States of America vs.

2   Benjamin Rand, Case No. 11-60088-CR.  Mr. Rand is present,

3   represented by Christopher Grillo and Omar Johansson.  The

4   government is represented by Assistant United States Attorney

5   Corey Steinberg.

6        Let me, first of all, give you a copy of the revised

7   questionnaire consistent with the Court's ruling of yesterday.

8        The next order of business deals with the prior

9   juvenile adjudications of delinquency, the admissibility.  In

10  that regard, the Court did review the cases cited by the

11  government.

12       In addition, the Court notes that, this morning, the

13  government filed a supplement to notice of intent to introduce

14  at trial evidence of defendant's prior bad acts and resulting

15  juvenile adjudications.

16       Mr. Grillo, have you received a copy of that?

17       MR. GRILLO:  I believe Mr. Johansson has it.  I'm

18  aware of it.

19       THE COURT:  Is there any other argument regarding the

20  admissibility of the adjudications of delinquency?

21       MS. STEINBERG:  I have no further argument, your

22  Honor.  The only thing I did want to make mention of is when we

23  were discussing yesterday the inextricably intertwined, we

24  mentioned that we intend to play the videotape of the

25  defendant's interviews with law enforcement.

3

1          We went through the first interview to flag any times

2    that the defendant, not the police, but the defendant mentions

3    his prior adjudication, or the way he said it, sometimes he

4    talked about it as a crime.  Sometimes he talked about it as

5    being locked up.  The flags are the number of times he mentions

6    it, himself, in the interview.

7          I just wanted to bring that to the Court's attention.

8    I'm not quite sure how we would go about redacting that from

9    the video.  Again, it's not argument, I just wanted to make

10   mention of it because I had referred to that issue yesterday.

11         THE COURT:  The Ninth Circuit seems to say it is

12   discretionary with the Court as to whether or not to admit the

13   prior adjudications of delinquency.  The Court has already,

14   under Rules 413 and 414, ruled that the underlying acts are

15   admissible.  The only question left, insofar as the Court is

16   concerned, is the issue of the admissibility of the

17   adjudications of delinquency.

18         Having reviewed Caplettu, C-a-p-l-e-t-t-u, and the

19   other decision was Lemay, L-e-m-a-y.  In light of the two

20   statements that Mr. Rand gave to law enforcement, in

21   considering Rule 403, the Court finds that the prejudicial

22   affect does not substantially outweigh the probative value.

23   Therefore, I am going to allow in the adjudications of

24   delinquency over the defendant's objection.

25         The government also filed the motion to preclude

4

```
 1   impeachment of government's witness with prior juvenile

 2   criminal history, and I believe that motion relates only to CR.

 3          MS. STEINBERG:  Yes, Judge.

 4          THE COURT:  She apparently had been adjudicated guilty

 5   of -- had she been adjudicated or not?

 6          MS. STEINBERG:  No, your Honor.  She was charged with

 7   taking a bracelet from an accessory store.  She was not

 8   adjudicated.  They allowed her to do some community service.

 9          THE COURT:  Right, she went through the Pretrial

10   Diversion Program.

11          MS. STEINBERG:  Yes.

12          THE COURT:  Any argument on that?

13          MR. GRILLO:  Well, we don't know that.  I understand

14   that's been proffered.  All we were provided was what appeared

15   to be a portion of a rap sheet showing an arrest.  So we don't

16   know that this -- if they will show me the documents, and

17   that's what they say, obviously, if it is not an adjudication,

18   you may well be right.  But we didn't know that from what we

19   were provided.

20          THE COURT:  If there is no further documentation that

21   the government has in their possession regarding the

22   disposition of that charge, then what I will do, outside the

23   presence of the jury, the Court will make inquiry of CR to

24   determine the disposition of that offense.

25          MS. STEINBERG:  Your Honor, we'll do our best.  We
```

```
 1  tried to get some paperwork this morning.  I guess the Clerk's
 2  Office was closed.  We are going to do our best to try to get,
 3  if there is pretrial diversionary paperwork, I don't know if
 4  there is.  I have not seen that in juvenile court.  We will
 5  call and see what we can find and provide it to the defense, if
 6  we find it, as soon as we find it.
 7          MR. GRILLO:  Your Honor, we have no access to juvenile
 8  records, as I've maintained all along.  We would certainly like
 9  to provided the petition for delinquency, see if there's any
10  other facts that might be -- somehow we could argue would be
11  admissible.  I don't know.  We don't have any access to the
12  files.
13          I believe there is maybe an exception for law
14  enforcement to have access to the file.  Obviously, we are not
15  law enforcement.  So I would like to, at least, be provided
16  whatever documentation there would be in the juvenile case so
17  we can determine if there is anywhere else to go with it.
18  There may not be, but we have no way of examining.
19          THE COURT:  Ms. Steinberg, you certainly should be in
20  a position to easily procure those court records.
21          MS. STEINBERG:  We are going to leave here immediately
22  and start making calls, your Honor.
23          THE COURT:  Very good.
24          THE COURT:  The government filed a second motion
25  regarding the self-authentication of trade inscriptions, this
```

1    one on the cell phone of CR, and unless there is any additional

2    argument, the Court's ruling as to Mr. Rand's cell phone would

3    be the same, and the Court would allow that in without further

4    authentication.

5         MR. GRILLO:  I don't know that we have seen that one.

6    Was it submitted today?

7         MS. STEINBERG:  It was filed on CM-ECF several hours

8    ago, but we can certainly give him a copy right now.

9         MR. GRILLO:  Why don't you reserve ruling?

10        THE COURT:  I will reserve ruling.  To me, it seems

11   like the exact same issue regarding Mr. Rand's cell phone, but

12   I will reserve ruling.

13        MS. STEINBERG:  We did bring the phones today if, for

14   any reason, the defense felt inclined to look at those

15   inscriptions that we have in the pictures.  Just in case they

16   wanted actually to see the actual evidence, we brought it.

17        THE COURT:  Show them to Mr. Grillo today.

18        MS. STEINBERG:  They are in court with us today, your

19   Honor.

20        THE COURT:  Good, good.  The two other matters, the

21   defense had requested the Court to review the images, and also

22   Mr. Grillo had indicated that he was going to be moving for a

23   continuance based upon the filing of a second superseding

24   indictment, which I assume Mr. Rand has been arraigned on.

25        MS. STEINBERG:  Yes, I believe he was just arraigned

1    several minutes ago.

2              THE COURT:   No written motion has been filed?

3              MR. GRILLO:   I did file a written motion.

4              THE COURT:   As we speak, here it is.

5         Let me read this, and then I will hear any argument.

6         The motion for continuance that was filed on behalf of

7    Mr. Rand relates, as I understand it, to some late discovery.

8              MR. GRILLO:   Yes, as well as the timing of the

9    superseding indictment, yes.   I didn't argue that very

10   aggressively about the timing of the superseding indictment.   I

11   put it in there.

12             THE COURT:   Yes, you did include that.

13        What is the government's position?

14             MS. STEINBERG:   Your Honor, we provided some

15   information yesterday to assist this trial in moving more

16   smoothly.   The motion to continue filed by the defense is

17   inaccurate.   It states that, on August 16th, a supplemental DNA

18   report was submitted consisting of three pages, also a possible

19   CODIS match, which is not admissible at trial.

20        We, obviously, know a CODIS match is not admissible at

21   trial, but a CODIS match was actually in a much earlier lab

22   report.   Once the CODIS match was received, we then asked your

23   Honor to sign an order allowing us to take the buckle swabs of

24   Mr. Rand, which we did.   We then submitted those to the lab.

25             On August 16th, we got a lab report which shows that

 1   the buckle swabs taken from Mr. Rand were a match to the

 2   vaginal swab taken from CR on March 19th.  It was provided in

 3   government's fourth supplemental response to the standing

 4   discovery order filed on August 16th.  It specifically, in the

 5   notice, states that, along with providing a copy of the CV for

 6   the criminologist, it specifically states that she compared the

 7   buckle swab samples taken from the defendant to the vaginal

 8   swabs taken from the victim, and the result was that it matched

 9   the DNA profile of the defendant.  That's the report we're

10   relying on.

11          In trial prep, we spoke with the criminologist, who

12   had a file in front of her which contained her report, all the

13   charts, and some pictures of the evidence bag, and there are

14   other reports in there.  Perhaps my colleague might say better,

15   because I haven't seen everything that's in there, but the only

16   reason we provided that, your Honor, we provided that to the

17   defense because we thought that if -- we are not seeking to

18   admit anything from there.  She is going on the match.  This

19   was a match.  That's the whole issue.  We only provided it to

20   try to ease things that if the defense wanted to see it they

21   would have it available to them.

22          In terms of whether the defense now is going to say

23   they want a DNA expert, this has been -- we have spoken about

24   this over and over.  We have told the defense that we took

25   extra buckle swabs so that they could conduct their own DNA

1    examination if they chose to.  Your Honor discussed this when

2    we were talking about the notice of mental health experts.

3    There was some talk about hiring a DNA expert.  They,

4    ultimately, didn't follow through with that, and nothing was

5    ever filed.

6            To now say that they are going to challenge the DNA,

7    or they are going to challenge what is in this report, when all

8    we have is a criminologist who is going to get up and say this

9    is an absolute match, and it's all in the report of August

10   16th, that should not be a basis for a continuance, your Honor.

11           THE COURT:  What about the filing of the second

12   superseding indictment?

13           MS. STEINBERG:  Your Honor, as to that point, again,

14   there is no additional discovery relating to the filing of the

15   superseding indictment.  There is nothing that changed

16   regarding any of the elements.

17           Counts 3 and 6, there was an inadvertent mistake in

18   leaving out "or foreign," but the other counts all included

19   interstate or foreign commerce.  So, we were always going to be

20   relying on the interstate or the foreign.  There is nothing

21   that should change in terms of there needing to be any

22   additional prep work by the defense on that.

23           The other change regarding the computer hard drive

24   issue, it has been abundantly clear throughout this case that

25   this is a case involving cell phones and not computers.  The

10

1    defense was certainly on notice on that.  To now say that they

2    thought it was a computer hard drive and their whole defense

3    strategy has to change as it relates to Count 7, it just

4    doesn't seem like that should be a rationale for them needing

5    additional time on this.

6          THE COURT:  Mr. Grillo, I'll hear from you.

7          MR. GRILLO:  There was a deadline to file a notice of

8    expert.  At that time, we didn't have any information for which

9    we would be able to call an expert.  So, I wasn't about to list

10   it because when I listed the mental health expert they moved to

11   strike it.  I knew that we didn't have enough.  When I made

12   some inquiry, I was told that we don't have enough for which we

13   can do a report.

14         I was told the same thing when I received the two or

15   three-page report.  When I got the 40-page report yesterday, I

16   got it late yesterday afternoon, probably 3:00 or so, I started

17   to call around and I finally spoke to somebody.  They said now

18   that you have these reports, we can do an evaluation of the

19   reports, but if you are going to need additional testing, that

20   is going to take a little bit longer.  We can't even discuss

21   whether or not that is appropriate until we review the reports.

22         We asked for these reports multiple times.  They have

23   not been provided.  The government has, I guess in their trial

24   prep, come across a number of different issues that they now

25   found, and it's reflected in the fact that now they're

1    superseding the indictment a couple of days before trial,

2    giving us 40 pages of documents that I fully can't understand.

3    But when I spoke to a DNA company, they said we could look at

4    them, but testing takes longer.

5              THE COURT:  What was the deadline for the defense

6    giving notice of their DNA expert?

7              MS. STEINBERG:  I believe it was September 16th,

8    possibly the week after.  But it wouldn't have been past the

9    week of September 20th or the 26th.

10             THE COURT:  So at least mid September.

11             MS. STEINBERG:  Yes.

12             THE COURT:  And the government provided a report.  Was

13   the report dated August 16th?

14             MS. STEINBERG:  The report is dated August 9th.

15             THE COURT:  It was provided on August 16th to the

16   defense.

17             MS. STEINBERG:  Yes.

18             THE COURT:  This was the report that established a

19   positive match.

20             MS. STEINBERG:  Yes, Judge.  They can't go on the

21   CODIS, because the CODIS isn't admissible, so from the CODIS we

22   then asked your Honor to allow us to take the swabs of the

23   defendant, and it was at that point that they were able to do

24   the positive match.  This was the result of comparing the

25   vaginal swabs of CR to the buckle swabs of Mr. Rand.

1          THE COURT:  So the 40 pages of DNA reports or testing

2     material that was provided to the defense yesterday, how does

3     that differ from or add to that which was provided on August

4     16th?

5          MS. STEINBERG:  It doesn't.

6          MR. GRILLO:  We don't, obviously, agree with that.  It

7     doesn't add anything, what's the explanation?  These tests,

8     from what I can tell, were all done sometime around these dates

9     that you are mentioning in July and August.  So it's been

10    within their custody or control since that time.  Why they

11    wouldn't have provided it sooner, I have no explanation.

12          I was told, by the people I spoke to, that they can't

13    do anything with that three-page report.  The need to see these

14    charts and see the testing.  I'm not familiar enough with this

15    subject to talk about -- but there is an indication, on one of

16    these documents, that there are -- it looks like, if I read

17    this correctly, possibly 25 or 30 other potential matches.  I

18    don't understand what exactly that means, but that's why I need

19    somebody to help me understand what that means.  I am unable to

20    question anybody about that, much less know if that would go to

21    the integrity of the evidence in terms of there being a valid

22    match.  It names a bunch of people here that seem to have a

23    match.

24          As I said, I am happy to hand up the entire report to

25    you, but it is certainly troublesome for me to not know what

1   this means and not know what to do with it when this report

2   that I am reading looks like it was dated July 19th.

3          THE COURT:  I think that the Court should review what

4   was provided on August 16th and review that, which was provided

5   yesterday, October 27th.  Because the defendant obviously made

6   a decision, a strategic or trial decision, after reviewing the

7   DNA report, which was provided on August 16th, not to hire

8   their own expert.  The question thus becomes whether or not

9   that which was provided yesterday could, in some way, have been

10  -- you know, had it ben provided on August 16th, whether that

11  would have altered the defendant's position.

12         So I would like to look at those and make a

13  determination.  I will give them back to you after I've

14  reviewed them.

15         MR. GRILLO:  One is a three-page report that's

16  attached to the discovery notice, and the other is the 40

17  pages.

18         MS. STEINBERG:  Your Honor, there were two reports,

19  the August 16th one and then an earlier one.

20         THE COURT:  I need to see that one too.

21         For the record, the Court has received copies of three

22  filings.  The first is the second supplemental response to the

23  standing order of discovery, which includes a crime laboratory

24  analysis report dated May 25th, 2011.

25         The second is entitled the government's fourth

1   supplemental response to standing discovery order, and attached

2   to that is a crime -- supplement to crime laboratory analysis

3   report dated 5/25/2011, and that supplement is dated August

4   9th, 2011.

5           And then the defense has provided to the Court, I

6   assume, the government's tenth supplemental response, which was

7   afforded to the defense yesterday, October 27th.  That

8   document, I'm not going to count it up, it is represented by

9   Mr. Grillo that it consists of 40 pages.  If the government

10  contests that, the government can so state.

11          It has a start date and an end date of July 5th, 2011.

12  It's the first page entitled Broward Sheriff's Office Quality

13  Control Worksheet, DNA Unit, preliminary analysis worksheet.

14  And then there are other preliminary analysis worksheets.  One

15  is dated 4/12/11 start and end 4/21/11.  Another dated 4/22/11,

16  end 4/22/11, and so on.

17          It appears to the Court that the government's second

18  supplemental response and fourth supplemental response appear

19  to be reports which summarize the findings and conclusions as a

20  result of the DNA comparison.  Those were provided long before,

21  a month before, the cutoff date for the defense to supply their

22  DNA expert.

23          The tenth supplemental response, which consists

24  primarily of worksheets and -- what is the appropriate term for

25  these?

1          MS. STEINBERG:   Is that the chart with the up and

2    downs?

3          THE COURT:   Yeah.

4          MS. STEINBERG:   I believe it is an allele chart.

5          THE COURT:   Which appears to be the underlying data

6    that forms the basis of the findings and conclusions in the two

7    reports that were provided at least one month before the

8    defendant was required to list any expert that he intended to

9    use at trial.

10         I don't find any prejudice.   I don't find good cause

11   for granting a continuance on that basis.

12         With respect to the filing of the second superseding

13   indictment, was that filed yesterday or this morning?

14         MS. STEINBERG:   It was filed yesterday, but I don't

15   know if they had a full grand jury day yesterday because I

16   didn't get it on CM-ECF until this morning.

17         THE COURT:   In any event, I don't find any material

18   change from the superseding indictment to the current second

19   superseding indictment.   Certainly, there is no addition of an

20   allegation against Mr. Rand which would require further

21   discovery or further trial preparation.

22         So the second superseding indictment, essentially,

23   being the same as the second superseding indictment insofar as

24   the proof requirements are concerned, I find no good cause for

25   continuing the case on that basis.

1        So the motion for continuance will be respectfully

2  denied.

3        Now, I said that I would review the images at the

4  request of the defendant.  If the government has those, I will

5  -- I will take those into chambers and review them.

6        MS. STEINBERG:  If I could just mention, we had

7  started sorting through for evidence purposes.  The way we have

8  them sorted is pictures that were found on both the phone and

9  the Sprint search warrant, pictures that were found on the

10 phone only, and pictures that were found on the Sprint search

11 warrant only.  Your Honor, we are just trying to keep them in

12 that order.

13       THE COURT:  I will not disturb the order of any of the

14 images in the three envelopes you provided the Court.  We will

15 take a brief recess, and then I'll come back.

16       MR. GRILLO:  We will have a chance to address them

17 after you review it?

18       THE COURT:  Yes, I would be glad to give you that

19 opportunity.

20                 [Recess taken at 1:59 p.m.]

21                 [Returned at 2:04 p.m.]

22       THE COURT:  We are back on the record.  Mr. Rand is

23 present, represented by counsel.  The Court has reviewed the

24 images provided by the government, and the Court has returned

25 the images to the government.

17

```
 1              MR. GRILLO:  May I have a copy of the images so I may

 2   address the Court?

 3              THE COURT:  Yes.

 4              MR. GRILLO:  In the envelope marked SW, I believe this

 5   relates to Counts 1 through 3, CR.  There is a number of

 6   pictures that appear to be the same involving genitalia and

 7   maybe an orange marker.

 8              There is a picture of CR, which appears to be a naked

 9   photo shot.  It's number 315421606911.  It's got an F-0951424

10   number.  We submit to the Court this is not pornographic

11   pursuant to the statute.

12              The next picture is F-0965376.  It has another

13   F-0966784.  F-1074560.  F-1074688.  This one is F-1075008.

14   F-1075136.  The next one is F-1074752.  The next number is

15   F-1074880.

16              As to these six photos, which I have indicated to the

17   Court contain pictures of CR lifting up her top, showing her

18   breast and pubic hair, I submit is not pornography.

19              THE COURT:  Does the government wish to respond?

20              MR. GRILLO:  Should I run through the whole envelope?

21              THE COURT:  You can do one envelope at a time.

22              MR. GRILLO:  There is another picture, an unnumbered

23   picture.  It looks like somebody in a bathtub.  You cannot see

24   any breast.  I would submit to the Court you can see maybe that

25   person's crotch.  It looks to be a person with blondish hair.
```

18

1    I don't believe this is CR, but I'm not sure.  I would submit

2    that is not pornography.  There is no number on it.

3              MS. STEINBERG:  That is AG, your Honor.

4              MR. GRILLO:  F-1075392, F-1075456, and F-1075648, and

5    F-1075642.  They appear to be identical.  So I object to the

6    multiple pictures of the same thing.  Some of them are very

7    dark, as you know.  They are hard to tell what they are.

8              F-1003712 and F-1003776.  I think it is unclear what

9    this is.  It appears to be a shirt.  It may be pubic hair.  I

10   don't know, and it's a dark photograph.

11             Some of these others appear to be duplicates.  Maybe

12   one is a close-up and one is a little further away, but they

13   appear to be duplicates.  The ones that I am submitting to the

14   Court are duplicates are F-1077056, F-1077120, F-0985024,

15   F-0985088, F-1003584, F-1003648, F-0984384, F-0984448, and

16   F-1077864, F-1076992.

17             So I would submit that the duplicates should not be

18   allowed.  The ones that I object to as being nonpornographic,

19   the Court can consider on its own.  This goes back to a motion

20   I asked you to consider the other day when I asked the Court to

21   allow the government only to introduce photographs that were

22   supposedly in my client's possession.  That is one of the

23   counts.  And these are bigger, at least twice the size.  They

24   are not 8 by 10 glossies.  They are smaller than that, but

25   they're much bigger than those pictures that have been on his

1    phone, had they been found there.

2         THE COURT:  I rule that that goes to the weight, not

3    to the admissibility.

4         MR. GRILLO:  I understand that.  I don't have access

5    to these photographs.  I only get them when I see them.  I

6    would ask that they provide me a set of these photographs for

7    my use in the courtroom so I don't have to go look at their

8    exhibits.

9         I would also ask that they provide me a set of these

10   photographs in the size that they would have been seen on the

11   telephone so I can either present them or in some way argue

12   that point to the jury.  If I had access to these photos, I

13   would have done that already.  I can't.

14        As much as I don't want them to have to do my work for

15   me, since I can't get the photographs, it's the only way I can

16   prepare how to defend this case.  If you want me to look at

17   them here only, and I leave them here at the end of the day,

18   but I would like to be able to present what I believe is the

19   evidence in the case.

20        THE COURT:  All right.  Government?

21        MS. STEINBERG:  Your Honor, I don't know exactly which

22   numbers, and I'm not going to go over every single number to

23   every single picture.  I am only going to say the following:

24   As we litigated in front of Judge Seltzer, and as your Honor

25   adopted, the question of whether something is child pornography

1    is a factual question for the jury to make.

2            It has been deemed that a jury can be given specific

3    instructions of what constitutes child pornography, and they

4    can then make a determination on whether they believe something

5    is, in fact, or not, in fact, child pornography based on the

6    factors that we set out for them in the jury instructions that

7    we will be filing as soon as we get out of here.

8            In terms of the pictures themselves, from my

9    understanding of what Mr. Grillo did, he's basically saying

10   that pictures of a 14 year old girl standing naked in front of

11   the mirror showing her breasts and her vagina, taken at the

12   request of the defendant who requested these pictures, is not

13   child pornography, is not a lascivious exhibition of the

14   genitals.  There are several factors that go towards that; the

15   setting, why it was taken, was it taken to arouse the sexual

16   interest in somebody.

17           In this case, we're obviously arguing that the

18   defendant had a sexual interest in getting these pictures.

19           To say that these pictures are not child pornography

20   enough to make it a question of fact to go back to the jury, it

21   just doesn't seem that there is any credence to that.  As your

22   Honor said, if the defense chooses to make a motion for Rule 29

23   at the end, I guess your Honor can consider it then that we

24   haven't even presented any child pornography.  We certainly

25   have --

21

```
1              THE COURT:  Having viewed the photographs, I am of the
2    opinion that they meet the threshold requirement for
3    pornography.  So, the photographs will go to the jury.
4    Ultimately, it will be up to the jury to apply the Court's
5    instructions regarding what is child pornography and make a
6    determination.
7              As I understood it, the defense wanted this Court to
8    make a threshold determination, which I think is appropriate.
9    I do find, though, that each of the photographs meet that
10   threshold.
11             MS. STEINBERG:  If I could respond to one other thing,
12   regarding duplicates and whatnot.
13             THE COURT:  Yes, I want to hear your position.
14             MS. STEINBERG:  Yes, your Honor.  We have spent hours
15   and hours, and days and days, going through these pictures and
16   selecting pictures that, one, we believe are child pornography,
17   and two, to sort of put them in some semblance in order to show
18   our theory of the case.
19             Our theory of the case is that the defendant would
20   request certain pictures.  The testimony that we believe will
21   come out at trial from the victims is that certain pictures
22   were requested.  They were sent to the defendant.  The
23   defendant would often say, "It's too dark.  Take another one.
24   I want a close-up of that.  Move a certain position.  I can't
25   see that."
```

1        So the fact that there might be several pictures that

2   look similar, we can tell you there are no duplicates.  We will

3   not be entering two pictures that are identical.  We have

4   looked at them very closely to make sure they are not

5   identical.  There were duplicates that were found on the

6   defendant's phone.  We removed those.  We think they are there

7   for a reason.  They are probably there because the defendant

8   moved them around on his phone, and they were found in

9   different locations.

10        However, we are removing all the duplicates.  But the

11   pictures that we have, again, show the conduct in this case of

12   the specific requests that were made, and we have the right to

13   show the jury every picture that was found in the defendant's

14   possession that we believe go to any of the counts in this

15   indictment and allow the jury to consider them.

16        We don't have to choose well, there are three that

17   look alike.  They are different, but they look alike, so we

18   have to pick one.

19        THE COURT:  You're representing to the Court that

20   after careful examination of the photographs, which were

21   downloaded from the defendant's cell phone, that there are no

22   duplicates contained in the three packets of photographs that

23   have been provided to the Court for its review.

24        MS. STEINBERG:  The only thing that we do have --

25   there are no duplicates of CR or AG.  The only pictures we

1   intend to introduce at trial of MS and BS are the ones that

2   were on the phone only.  They are the ones that look like

3   pictures in pictures.  Those are the ones we intend to

4   introduce.

5           Now, those pictures were also found on the defendant's

6   Sprint search warrant.  It is that element, the fact that they

7   were at one point on the Sprint search warrant that we

8   establish our interstate commerce nexus.  In the Sprint search

9   warrant package, we have the full picture of what is then

10  contained on the picture in picture.  We need to do that to

11  establish that element.  They are not duplicates, because

12  again, one is the actual picture and one is the picture in

13  picture.

14          We also, again, we are trying to establish that the

15  defendant, especially for AR and CG, he had these on his phone,

16  but they were also on his server, his Sprint server.  We do not

17  intend to show the jury the picture more than once.  We will

18  show each picture only once, and there will be no duplicates.

19          THE COURT:  The defendant's objection, based on the

20  cumulative --

21          MR. GRILLO:  May I look at the rest and tell you what

22  other objections I have before you rule?

23          THE COURT:  Yes, go ahead.  I thought you had gone

24  through that.

25          MR. GRILLO:  It is my understanding that no images

24

1   were found on this phone, that they have been deleted.

2                    [Short pause in the proceedings].

3            THE COURT:  Mr. Grillo, we are ready to proceed.  I

4   allotted an hour for you today.  I figured since we went over

5   it yesterday, that we could certainly do the balance in an

6   hour, but we are almost there.

7            MR. GRILLO:  You have already ruled.  I will make the

8   same objections when they seek to introduce these.  Some of

9   them are duplicates.  Some of them --

10           THE COURT:  When you say that they are duplicates,

11  it's been represented by the government that the only

12  duplication would be in taking the same shot from one of the

13  other phones.

14           MR. GRILLO:  Photo number 31542178660, photo

15  31542145884, appear to be the same.  Her head is tilted

16  differently.

17           THE COURT:  But if they are different photographs, and

18  not the same photograph, I'm going to allow it in.

19           MR. GRILLO:  You know my objection.  Again, I think

20  some of them, I would submit, are not pornography.

21           THE COURT:  That is going to be a jury question.

22           MR. GRILLO:  Like this one, which has no number.  But

23  you've already ruled, so I will not belabor the point.  I

24  object.  I will maintain a standing objection.  I will object

25  when it is timely.

1          Again, this goes back to my issue with the size of the

2     photos and my accessibility to the photos.

3          THE COURT:  Mr. Grillo, I reiterated already that I

4     ruled on that matter.

5          MR. GRILLO:  I understand that.  What about during the

6     trial?  Every time they want to introduce a photograph -- they

7     have provided me with a number of photographs on a CD, pursuant

8     to your order.  Obviously, if they want to introduce a

9     photograph indicating somebody is in a green top, and I have

10    other photographs of that person in a green top, it would help

11    me to prepare my cross if I have access to my own set of the

12    pictures.

13         I know they don't want me to take them out of here,

14    but I shouldn't have to rely on going to them every time I want

15    to look at pictures to see if I want to introduce something.

16    I'm asking that they provide me a set of these photographs so I

17    have access to review them during trial.

18         I also ask that they prepare me a set of photographs

19    in the size that were on the telephone.  I know you've ruled

20    that they could bring in the pictures.  I think I am still

21    entitled to show what my client purportedly saw.

22         THE COURT:  Let me hear what the government's position

23    is.  I know what it is, but let me hear from the government.

24         MS. STEINBERG:  Your Honor, in terms of the second set

25    of pictures, it was not easy for us to make one set.  We can't

1   bring them to a photo mat.  These are the pictures we wanted --

2   I guess I could make Mr. Grillo bigger files.  Like, I could

3   print these out on a regular printer and they would be an 8 and

4   a half by 11.  We don't have the capability in our office to

5   print these kinds of pictures, and we can't go to a photo mat

6   to do it.  This is our only set of pictures in this size.

7           The reason we chose to do it in this size is because

8   we thought we would draw an objection from Mr. Grillo if they

9   were the size of 8 and a half by 11, which would have been very

10  easy for us to print on our printer, and we could have provided

11  everybody with copies.  To try to make them closer to the size

12  of the cell phone, we went and had these copied, but we just

13  have the one set.

14          I can print a copy of images on an 8 and a half by 11

15  that we would take back at the end of every court session, if

16  your Honor orders us to do.

17          Regarding the images the size of the cell phone,

18  again, our argument is it goes to the weight.  The defense can

19  certainly bring in or even use the actual phone that the

20  defendant had and show it to the jury.

21          Again, your Honor, if you believe this is something

22  that the defense is entitled to, we will attempt to create

23  something that shows the pictures in that size.  We are just

24  trying to make this go smoothly and to move this trial along.

25          THE COURT:  Attempt to make copies for Mr. Grillo to

1   use in this courtroom.

2          MS. STEINBERG:  Is it okay that they be on a regular

3   printer?  I don't know how I'm going to get these done again.

4          THE COURT:  I want you to do the best you can in

5   making copies the size that Mr. Grillo is requesting, if it

6   could be done.

7          MS. STEINBERG:  We're going to try to make all of the

8   child pornography images.  I guess we'll put them on a disk and

9   we try to resize them to the size of the Galaxy phone.

10         In terms of providing Mr. Grillo with a working copy

11  of these images for trial, is that -- I just want to make sure

12  I'm clear.

13         THE COURT:  I think what Mr. Grillo wants is something

14  not on a disk, something he can hold in his hand.

15         MR. GRILLO:  Yes.  The disk provides me problems

16  because I'm not allowed to have a disk.

17         THE COURT:  I don't think the request is unreasonable.

18  Now, I don't know how you go about making these copies.  We're

19  getting outside of my realm of knowledge.  But if it can be

20  done --

21         MS. STEINBERG:  Your Honor, we'll try.  I don't know

22  what they are going to look like.  It's Friday late.  One of

23  our forensic people is gone until Tuesday.  We don't know how

24  to do this.  We'll try.  Nobody is going to work this weekend

25  except for us.  We can only do our best to try to get it done.

1    I don't know how to do it, and I don't know how to print them

2    out that size.

3         THE COURT:  Had you made that specific request before

4    today?

5         MR. GRILLO:  Yes.  Let me go back, because there's

6    another issue.  They provided me with a CD of what you directed

7    them to do.  What I did was I made a photo album of those

8    pictures, and I have them in a big size, something like their

9    size.

10        I'm also, and I need your permission to do this, I'm

11   also trying to produce them in the size that I want.  Like, I'm

12   asking them the same thing, but I think I have to download

13   them, which you precluded me from doing.

14        We are wrestling with the same problem they are.  If

15   I'm going to introduce photographs, I want to introduce the

16   same photographs I'm saying they should introduce.  It would

17   only be intellectually consistent for me to do it that way.  I

18   need permission to find a way, and we have somebody we think

19   can help us, find a way to reduce the photographs they provided

20   from whatever size I've already printed them out to be to a

21   size consistent with the size of the phone.

22        I think we need to download them.  That's what I'm

23   told, and then print them off at a certain size.  We can't do

24   it off the CD they provided.  But I don't want to do anything

25   unless you tell me it's all right, because I don't want to

1    violate your order.  I have not disseminated -- the only people

2    that have looked at them are Mr. Johansson, the investigator,

3    and myself.

4            THE COURT:  Who would do this fiscal operation?

5            MR. GRILLO:  Who would do it for me?

6            THE COURT:  Yes.

7            MR. GRILLO:  My technical pal over here,

8    Mr. Johansson, has some knowledge.  We believe his secretary

9    has some knowledge.  My secretary has some knowledge, and we

10   have a computer expert in the firm.  He doesn't work directly

11   for me.  He says he has knowledge on how to do that.  He said

12   you have to put it on a thumb drive, which you told me not to

13   do.

14           THE COURT:  Let me hear from the government on this.

15           MS. STEINBERG:  Your Honor, if that's what they need

16   to do to create them in the size, we would just ask that your

17   Honor order that every single picture copied, anything be

18   returned to us at the end.

19           MR. GRILLO:  You've already ordered that.  We're just

20   talking about how we conduct the trial.

21           THE COURT:  You need reproduction of these

22   photographs.  It must be done by either you, Mr. Johansson, or

23   someone employed by your respective law firms.  Any images

24   downloaded should be returned to the government at the

25   conclusion of the case.

30

 1           MR. GRILLO:  No problem with the second part.  The

 2  person that we think might help us, he doesn't technically work

 3  for us.  I'm in a suite of offices.  The landlord runs the

 4  suite.  They have support that they provide all of the lawyers.

 5  They will type up motions for you.  They'll do research for

 6  you.

 7           This person, his name is John.  We use him when my

 8  secretary is away.  He's the one that told me that he thinks he

 9  can do it if it's put on a thumb drive.  He doesn't work

10  directly for me.  He works for my landlord.  So he's not an

11  employee.  He's the one that has technical knowledge.

12           THE COURT:  I'll include John in --

13           MR. GRILLO:  I'll get you his name, too.

14           THE COURT:  Yes, I will want his name for the record

15  in the event that any of these photographs are disseminated.

16           MR. GRILLO:  It is not going to happen.  That is not

17  happening on my watch.

18           THE COURT:  With respect to the government's

19  obligation, all I can say is do the best you can.  If you can't

20  do it, then you get it in whatever size that you can.

21           Anything further?

22           MR. GRILLO:  No.

23           THE COURT:  9:00 Monday morning.  I'll have the

24  questionnaires disseminated to the venire in the jury assembly

25  room.  I'm hopeful that we'll be able to get the venire in here

 1   by 9:30.  This questionnaire is a one-page questionnaire,

 2   deliberately done in one page so that we can get these

 3   responses quickly, red flag some of the jurors that may have a

 4   problem sitting on this case, and we move into voir dire.

 5           MR. GRILLO:  You told us you would allow us some voir

 6   dire.

 7           THE COURT:  Ten minutes per side.

 8           MR. GRILLO:  Thank you very much.

 9           THE COURT:  You're welcome.  I try to accommodate as

10   best I can.

11           MR. GRILLO:  Thank you.

12           MS. STEINBERG:  Your Honor, I found this policy

13   statement from the National Center for Missing and Exploited

14   Children on sexting.  I printed out a copy for the defense and

15   a copy for the Court.

16           MR. GRILLO:  I Wikipedia'd sexting last night too, and

17   it's exactly what you said it was.

18           MS. STEINBERG:  They specifically say that what we're

19   alleging the defendant did is not sexting.

20           MR. GRILLO:  That's not what Wikipedia says, but have

21   a good afternoon, your Honor.

22           THE COURT:  Ya'll do too.  Have a good weekend.

23                    [Court adjourned at 2:40 p.m.]

24

25

```
 1                    C E R T I F I C A T E
 2          I hereby certify that the foregoing is an accurate
 3  transcription of proceedings in the above-entitled matter.
 4
 5
 6
 7
 8
 9
10
11
12
13                          /S/ LARRY HERR

    _____      _____
14      DATE             LARRY HERR, RPR-CM-RMR-FCRSC
                         Official Federal Court Reporter
15                       United States District Court
                         Wilkie D. Ferguson Federal Courthouse
16                       400 No. Miami Avenue, Ste. 8N09
                         Miami, FL  33132 - 305/523-5290
17                       Email:  larry_herr@flsd.uscourts.gov
18
19
20
21
22
23
24
25
```

**A**

**able** 10:9 11:23
  19:18 30:25
**about** 3:4,4,8 7:10
  8:23 9:2,3,11 10:9
  12:15,20 25:5
  27:18 29:20
**above-entitled** 32:3
**absolute** 9:9
**abundantly** 9:24
**access** 5:7,11,14 19:4
  19:12 25:11,17
**accessibility** 25:2
**accessory** 4:7
**accommodate** 31:9
**accurate** 32:2
**across** 10:24
**acts** 2:14 3:14
**actual** 6:16 23:12
  26:19
**actually** 6:16 7:21
**add** 12:3,7
**addition** 2:12 15:19
**additional** 6:1 9:14
  9:22 10:5,19
**address** 16:16 17:2
**adjourned** 31:23
**adjudicated** 4:4,5,8
**adjudication** 3:3
  4:17
**adjudications** 2:9,15
  2:20 3:13,17,23
**admissibility** 2:9,20
  3:16 19:3
**admissible** 3:15 5:11
  7:19,20 11:21
**admit** 3:12 8:18
**adopted** 19:25
**affect** 3:22
**afforded** 14:7
**after** 11:8 13:6,13
  16:17 22:20
**afternoon** 10:16
  31:21
**AG** 18:3 22:25
**again** 3:9 9:13 22:11
  23:12,14 24:19
  25:1 26:18,21 27:3
**against** 15:20
**aggressively** 7:10
**ago** 6:8 7:1
**agree** 12:6
**ahead** 23:23
**album** 28:7
**alike** 22:17,17
**allegation** 15:20
**alleging** 31:19
**allele** 15:4
**allotted** 24:4
**allow** 3:23 6:3 11:22
  18:21 22:15 24:18
  31:5
**allowed** 4:8 18:18
  27:16

**allowing** 7:23
**almost** 24:6
**along** 5:8 8:5 26:24
**already** 3:13 19:13
  24:7,23 25:3 28:20
  29:19
**altered** 13:11
**always** 9:19
**America** 1:4 2:1
**analysis** 13:24 14:2
  14:13,14
**another** 14:15 17:12
  17:22 21:23 28:6
**anybody** 12:20
**anything** 8:18 12:7
  12:13 28:24 29:17
  30:21
**anywhere** 5:17
**apparently** 4:4
**appear** 8:18 17:6
  18:5,11,13 24:15
**APPEARANCES**
  1:12
**appeared** 4:14
**appears** 14:17 15:5
  17:8 18:9
**apply** 21:4
**appropriate** 10:21
  14:24 21:8
**AR** 23:15
**argue** 5:10 7:9 19:11
**arguing** 20:17
**argument** 2:19,21
  3:9 4:12 6:2 7:5
  26:18
**around** 10:17 12:8
  22:8
**arouse** 20:15
**arraigned** 6:24,25
**arrest** 4:15
**asked** 7:22 10:22
  11:22 18:20,20
**asking** 25:16 28:12
**assembly** 30:24
**assist** 7:15
**Assistant** 2:4
**assume** 6:24 14:6
**attached** 13:16 14:1
**attempt** 26:22,25
**attention** 3:7
**Attorney** 2:4
**Attorney's** 1:14
**August** 7:17,25 8:4
  9:9 11:13,14,15
  12:3,9 13:4,7,10
  13:19 14:3
**authentication** 6:4
**available** 8:21
**Avenue** 1:23 32:16
**aware** 2:18
**away** 18:12 30:8
**A.U.S.A** 1:13

  ───────────

**B**

**back** 13:13 16:15,22
  18:19 20:20 25:1
  26:15 28:5
**bad** 2:14
**bag** 8:13
**balance** 24:5
**based** 6:23 20:5
  23:19
**basically** 20:9
**basis** 9:10 15:6,11,25
**bathtub** 17:23
**becomes** 13:8
**before** 1:10 11:1
  14:20,21 15:7
  23:22 28:3
**behalf** 7:6
**being** 3:5 12:21
  15:23 18:18
**belabor** 24:23
**believe** 2:17 4:2 5:13
  6:25 11:7 15:4
  17:4 18:1 19:18
  20:4 21:16,20
  22:14 26:21 29:8
**ben** 13:10
**Benjamin** 1:7 2:2
**best** 4:25 5:2 27:4,25
  30:19 31:10
**better** 8:14
**big** 28:8
**bigger** 18:23,25 26:2
**bit** 10:20
**blondish** 17:25
**both** 16:8
**Boulevard** 1:14,18
**bracelet** 4:7
**breast** 17:18,24
**breasts** 20:11
**brief** 16:15
**bring** 3:7 6:13 25:20
  26:1,19
**brought** 6:16
**Broward** 1:14,18
  14:12
**BS** 23:1
**buckle** 7:23 8:1,7,25
  11:25
**bunch** 12:22
**business** 2:8

  ───────────

**C**

**C** 32:1,1
**call** 5:5 10:9,17
**calls** 5:22
**capability** 26:4
**Capletta** 3:18
**careful** 22:20
**case** 1:3 2:2 5:16
  6:15 9:24,25 15:25
  19:16,19 20:17
  21:18,19 22:11
  29:25 31:4
**cases** 2:10
**cause** 15:10,24

**CD** 25:7 28:6,24
**cell** 6:1,2,11 9:25
  22:21 26:12,17
**Center** 31:13
**certain** 21:20,21,24
  28:23
**certainly** 5:8,19 6:8
  10:1 12:25 15:19
  20:24 24:5 26:19
**certify** 32:2
**CG** 23:15
**challenge** 9:6,7
**chambers** 16:5
**chance** 16:16
**change** 9:21,23 10:3
  15:18
**changed** 15:5
**charge** 4:22
**charged** 4:6
**chart** 15:1,4
**charts** 8:13 12:14
**child** 19:25 20:3,5,13
  20:19,24 21:5,16
  27:8
**Children** 31:14
**choose** 22:16
**chooses** 20:22
**chose** 9:1 26:7
**chrisgrilloatty@ao...**
  1:19
**Christopher** 1:17
  2:3
**Circuit** 3:11
**cited** 2:10
**clear** 9:24 27:12
**Clerk's** 5:1
**client** 25:21
**client's** 18:22
**closed** 5:2
**closely** 22:4
**closer** 26:11
**close-up** 18:12 21:24
**CM-ECF** 6:7 15:16
**CODIS** 7:19,20,21
  7:22 11:21,21,21
**COHN** 1:10
**colleague** 8:14
**come** 10:24 16:15
  21:21
**commerce** 9:19 23:8
**community** 4:8
**company** 11:3
**compared** 8:6
**comparing** 11:24
**comparison** 14:20
**computer** 9:23 10:2
  29:10
**computers** 9:25
**concerned** 3:16
  15:24
**conclusion** 29:25
**conclusions** 14:19
  15:6
**conduct** 8:25 22:11

  29:20
**consider** 18:19,20
  20:23 22:15
**considering** 3:21
**consistent** 2:7 28:17
  28:21
**consisting** 7:18
**consists** 14:9,23
**constitutes** 20:3
**contain** 17:17
**contained** 8:12
  22:22 23:10
**contests** 14:10
**continuance** 6:23 7:6
  9:10 15:11 16:1
**continue** 7:16
**continuing** 15:25
**control** 12:10 14:13
**copied** 26:12 29:17
**copies** 13:21 26:11
  26:25 27:5,18
**copy** 2:6,16 6:8 8:5
  17:1 26:14 27:10
  31:14,15
**Corey** 1:13 2:5
**corey.steinberg@u...**
  1:15
**correctly** 12:17
**counsel** 16:23
**count** 10:3 14:8
**counts** 9:17,18 17:5
  18:23 22:14
**couple** 11:1
**court** 1:1,22,22 2:1
  2:10,12,19 3:11,12
  3:13,15,21 4:4,9
  4:12,20,23 5:4,19
  5:20,23,24 6:3,10
  6:17,18,20,21 7:2
  7:4,12 9:11 10:6
  11:5,10,12,15,18
  12:1 13:3,3,20,21
  14:5,17 15:3,5,17
  16:13,14,18,22,23
  16:24 17:2,3,10,17
  17:19,21,24 18:14
  18:19,20 19:2,20
  21:1,7,13 22:19,19
  22:23 23:19,23
  24:3,10,17,21 25:3
  25:22 26:15,25
  27:4,13,17 28:3
  29:4,6,14,21 30:12
  30:14,18,23 31:7,9
  31:15,22,23 32:14
  32:15
**Courthouse** 1:23
  32:15
**courtroom** 19:7 27:1
**Court's** 2:7 3:7 6:2
  21:4
**CR** 4:2,23 6:1 8:2
  11:25 17:5,8,17
  18:1 22:25

**create** 26:22 29:16
**credence** 20:21
**crime** 3:4 13:23 14:2
14:2
**criminal** 4:2
**criminologist** 8:6,11
9:8
**cross** 25:11
**crotch** 17:25
**cumulative** 23:20
**current** 15:18
**custody** 12:10
**cutoff** 14:21
**CV** 8:5
**C-a-p-l-e-t-t-u** 3:18

**D**

**D** 1:23 32:15
**dark** 18:7,10 21:23
**data** 15:5
**date** 14:11,11,21
32:14
**dated** 11:13,14 13:2
13:24 14:3,3,15,15
**dates** 12:8
**day** 15:15 18:20
19:17
**days** 11:1 21:15,15
**deadline** 10:7 11:5
**deals** 2:8
**decision** 3:19 13:6,6
**deemed** 20:2
**defend** 19:16
**defendant** 1:8,16 3:2
3:2 8:7,9 11:23
13:5 15:8 16:4
20:12,18 21:19,22
21:23 22:7 23:15
26:20 31:19
**defendant's** 2:14,25
3:24 13:11 22:6,13
22:21 23:5,19
**defense** 5:5 6:14,21
7:16 8:17,20,22,24
9:22 10:1,2 11:5
11:16 12:2 14:5,7
14:21 20:22 21:7
26:18,22 31:14
**deleted** 24:1
**deliberately** 31:2
**delinquency** 2:9,20
3:13,17,24 5:9
**denied** 16:2
**determination** 13:13
20:4 21:6,8
**determine** 4:24 5:17
**differ** 12:3
**different** 10:24 22:9
22:17 24:17
**differently** 24:16
**dire** 31:4,6
**directed** 28:6
**directly** 29:10 30:10
**discovery** 7:7 8:4

**9**:14 13:16,23 14:1
15:21
**discretionary** 3:12
**discuss** 10:20
**discussed** 9:1
**discussing** 2:23
**disk** 27:8,14,15,16
**disposition** 4:22,24
**disseminated** 29:1
30:15,24
**District** 1:1,1,11,22
32:15
**disturb** 16:13
**Diversion** 4:10
**diversionary** 5:3
**DIVISION** 1:2
**DNA** 7:17 8:9,23,25
9:3,6 11:3,6 12:1
13:7 14:13,20,22
**document** 14:8
**documentation** 4:20
5:16
**documents** 4:16 11:2
12:16
**doing** 28:13
**done** 12:8 19:13 27:3
27:6,20,25 29:22
31:2
**download** 28:12,22
**downloaded** 22:21
29:24
**downs** 15:2
**draw** 26:8
**drive** 9:23 10:2
29:12 30:9
**duplicates** 18:11,13
18:14,17 21:12
22:2,5,10,22,25
23:11,18 24:9,10
**duplication** 24:12
**during** 25:5,17

**E**

**E** 1:14,18 32:1,1
**each** 21:9 23:18
**earlier** 7:21 13:19
**ease** 8:20
**easily** 5:20
**easy** 25:25 26:10
**either** 19:11 29:22
**element** 23:6,11
**elements** 9:16
**Email** 1:15,19,24
32:17
**employed** 29:23
**employee** 30:11
**end** 14:11,15,16
19:17 20:23 26:15
29:18
**enforcement** 2:25
3:20 5:14,15
**enough** 10:11,12
12:14 20:20
**entering** 22:3

**entire** 12:24
**entitled** 13:25 14:12
25:21 26:22
**envelope** 17:4,20,21
**envelopes** 16:14
**especially** 23:15
**ESQ** 1:17,17
**essentially** 15:22
**establish** 23:8,11,14
**established** 11:18
**evaluation** 10:18
**even** 10:20 20:24
26:19
**event** 15:17 30:15
**ever** 9:5
**every** 19:22,23 22:13
25:6,14 26:15
29:17
**everybody** 26:11
**everything** 8:15
**evidence** 2:14 6:16
8:13 12:21 16:7
19:19
**exact** 6:11
**exactly** 12:18 19:21
31:17
**examination** 9:1
22:20
**examining** 5:18
**except** 27:25
**exception** 5:13
**exhibition** 20:13
**exhibits** 19:8
**expert** 8:23 9:3 10:8
10:9,10 11:6 13:8
14:22 15:8 29:10
**experts** 9:2
**explanation** 12:7,11
**Exploited** 31:13
**extra** 8:25

**F**

**F** 1:17 32:1
**fact** 10:25 20:5,5,20
22:1 23:6
**factors** 20:6,14
**facts** 5:10
**factual** 20:1
**familiar** 12:14
**Federal** 1:22,23
32:14,15
**felt** 6:14
**Ferguson** 1:23 32:15
**figured** 24:4
**file** 5:14 7:3 8:12
10:7
**filed** 2:13 3:25 5:24
6:7 7:2,6,16 8:4
9:5 15:13,14
**files** 5:12 26:2
**filing** 6:23 9:11,14
15:12 20:7
**filings** 13:22
**finally** 10:17

**find** 5:5,6,6 15:10,10
15:17,24 21:9
28:18,19
**findings** 14:19 15:6
**finds** 3:21
**firm** 29:10
**firms** 29:23
**first** 2:6 3:1 13:22
14:2
**fiscal** 29:4
**FL** 1:15,18,24 32:16
**flag** 3:1 31:3
**flags** 3:5
**Floor** 1:14
**FLORIDA** 1:1,6
**follow** 9:4
**following** 19:23
**foregoing** 32:2
**foreign** 9:18,19,20
**forensic** 27:23
**forms** 15:6
**Fort** 1:2,6,15,18
**found** 10:25 16:8,9
16:10 19:1 22:5,8
22:13 23:5 24:1
31:12
**fourth** 8:3 13:25
14:18
**Friday** 27:22
**from** 3:8 4:7,18 8:1,2
8:7,8,18 10:6
11:21 12:3,8 15:18
20:8 21:21 22:21
24:12 25:23 26:8
28:13,20 29:14
31:13
**front** 8:12 19:24
20:10
**full** 15:15 23:9
**fully** 11:2
**further** 2:21 4:20 6:3
15:20,21 18:12
30:21

**F-0951424** 17:9
**F-0965376** 17:12
**F-0966784** 17:13
**F-0984384** 18:15
**F-0984448** 18:15
**F-0985024** 18:14
**F-0985088** 18:15
**F-1003584** 18:15
**F-1003648** 18:15
**F-1003712** 18:8
**F-1003776** 18:8
**F-1074560** 17:13
**F-1074688** 17:13
**F-1074752** 17:14
**F-1074880** 17:15
**F-1075008** 17:13
**F-1075136** 17:14
**F-1075392** 18:4
**F-1075456** 18:4
**F-1075642** 18:5
**F-1075648** 18:4

**F-1076992** 18:16
**F-1077056** 18:14
**F-1077120** 18:14
**F-1077864** 18:16

**G**

**Galaxy** 27:9
**gave** 3:20
**genitalia** 17:6
**genitals** 20:14
**getting** 20:18 27:19
**girl** 20:10
**give** 2:6 6:8 13:13
16:18
**given** 20:2
**giving** 11:2,6
**glad** 16:18
**glossies** 18:24
**go** 3:8 5:17 11:20
12:20 19:7,22
20:14,20 21:3
22:14 23:23 26:5
26:24 27:18 28:5
**goes** 18:19 19:2 25:1
26:18
**going** 3:23 5:2,21
6:22 8:18,22 9:6,7
9:8,19 10:19,20
14:8 19:22,23
21:15 24:18,21
25:14 27:3,7,22,24
28:15 30:16
**gone** 23:23 27:23
**good** 5:23 6:20,20
15:10,24 31:21,22
**government** 1:13 2:4
2:11,13 3:25 4:21
5:24 10:23 11:12
14:9,10 16:4,24,25
17:19 18:21 19:20
24:11 25:23 29:14
29:24
**government's** 4:1
7:13 8:3 13:25
14:6,17 25:22
30:18
**grand** 15:15
**granting** 15:11
**green** 25:9,10
**Grillo** 1:17 2:3,16,17
4:13 5:7 6:5,9,17
6:22 7:3,8 10:6,7
12:6 13:15 14:9
16:16 17:1,4,20,22
18:4 19:4 20:9
23:21,25 24:3,7,14
24:19,22 25:3,5
26:2,8,25 27:5,10
27:13,15 28:5 29:5
29:7,19 30:1,13,16
30:22 31:5,8,11,16
31:20
**GUERRA** 1:17
**guess** 5:1 10:23

20:23 26:2 27:8
**guilty** 4:4

**H**
**hair** 17:18,25 18:9
**half** 26:4,9,14
**hand** 12:24 27:14
**happen** 30:16
**happening** 30:17
**happy** 12:24
**hard** 9:23 10:2 18:7
**Having** 3:18 21:1
**head** 24:15
**health** 9:2 10:10
**hear** 7:5 10:6 21:13
   25:22,23 29:14
**HEARING** 1:10
**help** 12:19 25:10
   28:19 30:2
**her** 4:8 8:12,12
   17:17,17 20:11,11
   24:15
**HERR** 1:21 32:13
   32:14
**him** 6:8 30:7
**himself** 3:6
**hire** 13:7
**hiring** 9:3
**history** 4:2
**hold** 27:14
**Honor** 2:22 4:6,25
   5:7,22 6:19 7:14
   7:23 8:16 9:1,10
   9:13 11:22 13:18
   16:11 18:3 19:21
   19:24 20:22,23
   21:14 25:24 26:16
   26:21 27:21 29:15
   29:17 31:12,21
**HONORABLE** 1:10
**hopeful** 30:25
**hour** 24:4,6
**hours** 6:7 21:14,15

**I**
**identical** 18:5 22:3,5
**images** 6:21 16:3,14
   16:24,25 17:1
   23:25 26:14,17
   27:8,11 29:23
**immediately** 5:21
**impeachment** 4:1
**inaccurate** 7:17
**inadvertent** 9:17
**inclined** 6:14
**include** 7:12 30:12
**included** 9:18
**includes** 13:23
**indicated** 6:22 17:16
**indicating** 25:9
**indication** 12:15
**indictment** 6:24 7:9
   7:10 9:12,15 11:1
   15:13,18,19,22,23

22:15
**inextricably** 2:23
**information** 7:15
   10:8
**inquiry** 4:23 10:12
**inscriptions** 5:25
   6:15
**insofar** 3:15 15:23
**instructions** 20:3,6
   21:5
**integrity** 12:21
**intellectually** 28:17
**intend** 2:24 23:1,3
   23:17
**intended** 15:8
**intent** 2:13
**interest** 20:16,18
**interstate** 9:19,20
   23:8
**intertwined** 2:23
**interview** 3:1,6
**interviews** 2:25
**introduce** 3:18 21
   23:1,4 24:8 25:6,8
   25:15 28:15,15,16
**investigator** 29:2
**involving** 9:25 17:6
**issue** 3:10,16 6:11
   8:19 9:24 25:1
   28:6
**issues** 10:24

**J**
**JAMES** 1:10
**Johansson** 1:17 2:3
   2:17 29:2,8,22
**John** 30:7,12
**Judge** 1:11 4:3 11:20
   19:24
**July** 12:9 13:2 14:11
**jurors** 31:3
**jury** 4:23 15:15
   19:12 20:1,2,6,20
   21:3,4 22:13,15
   23:17 24:21 26:20
   30:24
**just** 3:7,9 6:15,25
   10:3 16:6,11 20:21
   26:12,23 27:11
   29:16,19
**juvenile** 2:9,15 4:1
   5:4,7,16

**K**
**keep** 16:11
**kinds** 26:5
**knew** 10:11
**know** 4:13,16,18 5:3
   5:11 6:5 7:20
   12:20,25 13:1,10
   15:15 18:7,10
   19:21 24:19 25:13
   25:19,23 27:3,18
   27:21,23 28:1,1

**knowledge** 27:19
   29:8,9,9,11 30:11

**L**
**lab** 7:21,24,25
**laboratory** 13:23
   14:2
**landlord** 30:3,10
**LARRY** 1:21 32:13
   32:14
**larry_herr@flsd.u...**
   1:24 32:17
**lascivious** 20:13
**last** 31:16
**late** 7:7 10:16 27:22
**Lauderdale** 1:2,6,15
   1:18
**law** 2:25 3:20 5:13
   5:15 29:23
**lawfirm@lauderd...**
   1:20
**lawyers** 30:4
**least** 5:15 11:10 15:7
   18:23
**leave** 5:21 19:17
**leaving** 9:18
**left** 3:15
**Lemay** 3:19
**less** 12:20
**let** 2:6 7:5 25:22,23
   28:5 29:14
**lifting** 17:17
**light** 3:19
**like** 5:8,15 6:11 10:4
   12:16 13:2,12
   17:23 19:18 23:2
   24:22 26:2 27:22
   28:8,11
**list** 10:9 15:8
**listed** 10:10
**litigated** 19:24
**little** 10:20 18:12
**locations** 22:9
**locked** 3:5
**long** 14:20
**longer** 10:20 11:4
**look** 6:14 11:3 13:12
   19:7,16 22:2,17,17
   23:2,21 25:15
   27:22
**looked** 22:4 29:2
**looks** 12:16 13:2
   17:23,25
**L-e-m-a-y** 3:19

**M**
**made** 10:11 13:5
   22:12 28:3,7
**maintain** 24:24
**maintained** 5:8
**make** 2:22 3:9 4:23
   13:12 20:1,4,20,22
   21:5,8 22:4 24:7
   25:25 26:2,11,24

26:25 27:7,11
**making** 5:22 27:5,18
**March** 8:2
**marked** 17:4
**marker** 17:7
**mat** 26:1,5
**match** 7:19,20,21,22
   8:1,18,19 9:9
   11:19,24 12:22,23
**matched** 8:8
**matches** 12:17
**material** 12:15 17
**matter** 25:4 32:3
**matters** 6:20
**may** 4:18 5:18 13:24
   17:1,1 18:9 23:21
   31:3
**maybe** 5:13 17:7,24
   18:11
**means** 12:18,19 13:1
**meet** 21:2,9
**mental** 9:2 10:10
**mention** 2:22 3:10
   16:6
**mentioned** 2:24
**mentioning** 12:9
**mentions** 3:2,5
**Miami** 1:23,24 32:16
   32:16
**mid** 11:10
**might** 5:10 8:14 22:1
   30:2
**minutes** 7:1 31:7
**mirror** 20:11
**Missing** 31:13
**mistake** 9:17
**Monday** 30:23
**month** 14:21 15:7
**more** 7:15 23:17
**morning** 2:12 5:1
   15:13,16 30:23
**motion** 1:10 3:25 4:2
   5:24 7:2,3,6,16
   16:1 18:19 20:22
**motions** 30:5
**move** 21:24 26:24
   31:4
**moved** 10:10 22:8
**moving** 6:22 7:15
**much** 7:21 12:20
   18:25 19:14 31:8
**multiple** 10:22 18:6
**must** 29:22
**myself** 29:3

**N**
**naked** 17:8 20:10
**name** 30:7,13,14
**names** 12:22
**National** 31:13
**need** 10:19 12:13,18
   13:20 23:10 28:10
   28:18,22 29:15,21
**needing** 9:21 10:4

26:25 27:7,11
**next** 2:8 17:12,14,14
**nexus** 23:8
**night** 31:16
**Ninth** 3:11
**Nobody** 27:24
**nonpornographic**
   18:18
**notes** 2:12
**nothing** 9:4,15,20
**notice** 2:13 8:5 9:2
   10:1,7 11:6 13:16
**number** 15:10 24
   17:5,9,10,14 18:2
   19:22 24:14,22
   25:7
**numbers** 19:22

**O**
**object** 18:5,18 24:24
   24:24
**objection** 3:24 23:19
   24:19,24 26:8
**objections** 23:22
   24:8
**obligation** 30:19
**obviously** 4:17 5:14
   7:20 12:6 13:5
   20:17 25:8
**October** 1:7 13:5
   14:7
**off** 28:23,24
**offense** 4:24
**office** 1:14 5:2 14:12
   26:4
**offices** 30:3
**Official** 1:22 32:14
**often** 21:23
**okay** 27:2
**old** 20:10
**Omar** 1:17 2:3
**once** 7:22 23:17,18
**one** 6:1,5 12:15
   13:15,19,19,20
   14:14 15:7 17:13
   17:14,21 18:12,12
   18:22 21:11,16,23
   22:18 23:7,12,12
   24:12,22 25:25
   26:13 27:22 30:8
   30:11 31:2
**ones** 18:13,18 23:1,2
   23:3
**one-page** 31:1
**only** 2:22 3:15 4:2
   8:15,19 16:10,11
   18:21 19:5,15,17
   19:23 22:24,25
   23:2,18 24:11 26:6
   27:25 28:17 29:1
**operation** 29:4
**opinion** 21:2
**opportunity** 16:19
**orange** 17:7
**order** 2:8 7:23 8:4

13:23 14:1 16:12
16:13 21:17 25:8
29:1,17
**ordered** 29:19
**orders** 26:16
**other** 2:19 3:19 5:10
6:20 8:14 9:18,23
12:17 13:16 14:14
18:20 21:11 23:22
24:13 25:10
**others** 18:11
**out** 9:18 20:6,7
21:21 25:13 26:3
28:2,20 31:14
**outside** 4:22 27:19
**outweigh** 3:22
**over** 3:24 8:24,24
19:22 24:4 29:7
**own** 8:25 13:8 18:19
25:11

**P**
**package** 23:9
**packets** 22:22
**page** 14:12 31:2
**pages** 7:18 11:2 12:1
13:17 14:9
**pal** 29:7
**paperwork** 5:1,3
**part** 30:1
**past** 11:8
**pause** 24:2
**people** 12:12,22
27:23 29:1
**per** 31:7
**Perhaps** 8:14
**permission** 28:10,18
**person** 17:25 25:10
30:2,7
**person's** 17:25
**petition** 5:9
**phone** 6:1,2,11 16:8
16:10 19:1 22:6,8
22:21 23:2,15 24:1
26:12,17,19 27:9
28:21
**phones** 6:13 9:25
24:13
**photo** 17:9 24:14,14
26:1,5 28:7
**photograph** 18:10
24:18 25:6,9
**photographs** 18:21
19:5,6,10,15 21:1
21:3,9 22:20,22
24:17 25:7,10,16
25:18 28:15,16,19
29:22 30:15
**photos** 17:16 19:12
25:2,2
**pick** 22:18
**picture** 17:8,12,22
17:23 19:23 22:13
23:9,10,10,12,12

23:13,17,18 29:17
**pictures** 6:15 8:13
16:8,9,10 17:6,17
18:6,25 20:8,10,12
20:18,19 21:15,16
21:20,21 22:1,3,11
22:25 23:3,3,5
25:12,15,20,25
26:1,5,6,23 28:8
**Plaintiff** 1:5
**play** 2:24
**point** 9:13 11:23
19:12 23:7 24:23
**police** 3:2
**policy** 31:12
**pornographic** 17:10
**pornography** 17:18
18:2 19:25 20:3,5
20:13,19,24 21:3,5
21:16 24:20 27:8
**portion** 4:15
**position** 5:20 7:13
13:11 21:13,24
25:22
**positive** 11:19,24
**possession** 4:21
18:22 22:14
**possible** 7:18
**possibly** 11:8 12:17
**potential** 12:17
**preclude** 3:25
**precluded** 28:13
**prejudice** 15:10
**prejudicial** 3:21
**preliminary** 14:13
14:14
**prep** 8:11 9:22 10:24
**preparation** 15:21
**prepare** 19:16 25:11
25:18
**presence** 4:23
**present** 2:2 16:23
19:11,18
**presented** 20:24
**pretrial** 4:9 5:3
**primarily** 14:24
**print** 26:3,5,10,14
28:1,23
**printed** 28:20 31:14
**printer** 26:3,10 27:3
**prior** 2:8,14 3:3,13
4:1
**probably** 10:16 22:7
**probative** 3:22
**problem** 28:14 30:1
31:4
**problems** 27:15
**proceed** 24:3
**proceedings** 24:2
32:3
**procure** 5:20
**produce** 28:11
**proffered** 4:14
**profile** 8:9

**Program** 4:10
**proof** 15:24
**provide** 5:5 19:6,9
25:16 30:4
**provided** 4:14,19 5:9
5:15 7:14 8:2,16
8:16,19 10:23
11:12,15 12:2,3,11
13:4,4,7,9,10 14:5
14:20 15:7 16:14
16:24 22:23 25:7
26:10 28:6,19,24
**provides** 27:15
**providing** 8:5 27:10
**pubic** 17:18 18:9
**purportedly** 25:21
**purposes** 16:7
**pursuant** 17:11 25:7
**put** 7:11 21:17 27:8
29:12 30:9
**p.m** 16:20,21 31:23

**Q**
**Quality** 14:12
**question** 3:15 12:20
13:8 19:25 20:1,20
24:21
**questionnaire** 2:7
31:1,1
**questionnaires**
30:24
**quickly** 31:3
**quite** 3:8

**R**
**R** 32:1
**Rand** 1:7 2:2,2 3:20
6:24 7:7,24 8:1
11:25 15:20 16:22
**Rand's** 6:2,11
**rap** 4:15
**rationale** 10:4
**read** 7:5 12:16
**reading** 13:2
**ready** 24:3
**realm** 27:19
**reason** 6:14 8:16
22:7 26:7
**received** 2:16 7:22
10:14 13:21
**recess** 16:15,20
**record** 13:21 16:22
30:14
**records** 5:8,20
**red** 31:3
**redacting** 3:8
**reduce** 28:19
**referred** 3:10
**reflected** 10:25
**regard** 2:10
**regarding** 2:19 4:21
5:25 6:11 9:16,23
21:5,12 26:17
**regular** 26:3 27:2

**reiterated** 25:3
**relates** 4:2 7:7 10:3
17:5
**relating** 9:14
**rely** 25:14
**relying** 8:10 9:20
**removed** 22:6
**removing** 22:10
**report** 7:18,22,25
8:9,12 9:7,9 10:13
10:15,15 11:12,13
11:14,18 12:13,24
13:1,7,15,24 14:3
**REPORTED** 1:21
**Reporter** 1:22 32:14
**reports** 8:14 10:18
10:19,21,22 12:1
13:18 14:19 15:7
**represented** 2:3,4
14:8 16:23 24:11
**representing** 22:19
**reproduction** 29:21
**request** 16:4 20:12
21:20 27:17 28:3
**requested** 6:21
20:12 21:22
**requesting** 27:5
**requests** 22:12
**require** 15:20
**required** 15:8
**requirement** 21:2
**requirements** 15:24
**research** 30:5
**reserve** 6:9,10,12
**resize** 27:9
**respect** 15:12 30:18
**respectfully** 16:1
**respective** 29:23
**respond** 17:19 21:11
**response** 8:3 13:22
14:1,6,18,18,23
**responses** 31:3
**rest** 23:21
**result** 8:8 11:24
14:20
**resulting** 2:14
**returned** 16:21,24
29:18,24
**review** 2:10 6:21
10:21 13:3,4 16:3
16:5,17 22:23
25:17
**reviewed** 3:18 13:14
16:23
**reviewing** 13:6
**revised** 2:6
**right** 4:9,18 6:8
19:20 22:12 28:25
**room** 30:25
**RPR-CM-FCRR-...**
1:21
**RPR-CM-RMR-F...**
32:14
**rule** 3:21 19:2 20:22

23:22
**ruled** 3:14 24:7,23
25:4,19
**Rules** 3:14
**ruling** 2:7 6:2,9,10
6:12
**run** 17:20
**runs** 30:3

**S**
**S** 32:13
**same** 6:3,11 10:14
15:23 17:6 18:6
24:8,12,15,18
28:12,14,16
**samples** 8:7
**saw** 25:21
**saying** 20:9 28:16
**says** 29:11 31:20
**search** 16:9,10 23:6
23:7,8
**second** 5:24 6:23
9:11 13:22,25
14:17 15:12,18,22
15:23 25:24 30:1
**secretary** 29:8,9
30:8
**see** 5:5,9 6:16 8:20
12:13,14 13:20
17:23,24 19:5
21:25 25:15
**seek** 24:8
**seeking** 8:17
**seem** 10:4 12:22
20:21
**seems** 3:11 6:10
**seen** 5:4 6:5 8:15
19:10
**selecting** 21:16
**self-authentication**
5:25
**Seltzer** 19:24
**semblance** 21:17
**sent** 21:22
**September** 11:7,9,10
**server** 23:16,16
**service** 4:8
**session** 26:15
**set** 19:6,9 20:6 25:11
25:16,18,24,25
26:6,13
**setting** 20:15
**several** 6:7 7:1 20:14
22:1
**sexting** 31:14,16,19
**sexual** 20:15,18
**sheet** 4:15
**Sheriff's** 14:12
**shirt** 18:9
**Short** 24:2
**shot** 17:9 24:12
**show** 4:16 6:17
21:17 22:11,13
23:17,18 25:21

26:20
**showing** 4:15 17:17
 20:11
**shows** 7:25 26:23
**side** 31:7
**sign** 7:23
**similar** 22:2
**since** 12:10 19:15
 24:4
**single** 19:22,23
 29:17
**sitting** 31:4
**six** 17:16
**size** 18:23 19:10 25:1
 25:19 26:6,7,9,11
 26:17,23 27:5,9
 28:2,8,9,11,20,21
 28:21,23 29:16
 30:20
**smaller** 18:24
**smoothly** 7:16 26:24
**some** 4:8 5:1 7:7,14
 8:13 9:3 10:12
 13:9 18:6,11 19:11
 21:17 24:8,9,20
 29:8,9,9 31:3,5
**somebody** 10:17
 12:19 17:23 20:16
 25:9 28:18
**somehow** 5:10
**someone** 29:23
**something** 19:25
 20:4 25:15 26:21
 26:23 27:13,14
 28:8
**sometime** 12:8
**sometimes** 3:3,4
**soon** 5:6 20:7
**sooner** 12:11
**sort** 21:17
**sorted** 16:8
**sorting** 16:7
**SOUTHERN** 1:1
**speak** 7:4
**specific** 20:2 22:12
 28:3
**specifically** 8:4,6
 31:18
**spent** 21:14
**spoke** 8:11 10:17
 11:3 12:12
**spoken** 8:23
**Sprint** 16:9,10 23:6
 23:7,8,16
**standing** 8:3 13:23
 14:1 20:10 24:24
**start** 5:22 14:11,15
**started** 10:16 16:7
**state** 14:10
**statement** 31:13
**statements** 3:20
**states** 1:1,4,11,14,22
 2:1,4 7:17 8:5,6
 32:15

**statute** 17:11
**Ste** 1:18,23 32:16
**Steinberg** 1:13 2:5
 2:21 4:3,6,11,25
 5:19,21 6:7,13,18
 6:25 7:14 9:13
 11:7,11,14,17,20
 12:5 13:18 15:1,4
 15:14 16:6 18:3
 19:21 21:11,14
 22:24 25:24 27:2,7
 27:21 29:15 31:12
 31:18
**still** 25:20
**store** 4:7
**strategic** 13:6
**strategy** 10:3
**strike** 10:11
**subject** 12:15
**submit** 17:10,18,24
 18:1,17 24:20
**submitted** 6:6 7:18
 7:24
**submitting** 18:13
**substantially** 3:22
**suite** 30:3,4
**summarize** 14:19
**superseding** 6:23 7:9
 7:10 9:12,15 11:1
 15:12,18,19,22,23
**supplement** 2:13
 14:2,3
**supplemental** 7:17
 8:3 13:22 14:1,6
 14:18,18,23
**supply** 14:21
**support** 30:4
**supposedly** 18:22
**sure** 3:8 18:1 22:4
 27:11
**SW** 17:4
**swab** 8:2,7
**swabs** 7:23 8:1,8,25
 11:22,25,25

_____
**T**

**T** 32:1,1
**take** 7:23 10:20
 11:22 16:5,15
 21:23 25:13 26:15
**taken** 8:1,2,7,8
 16:20 20:11,15,15
**takes** 11:4
**taking** 4:7 24:12
**talk** 9:3 12:15
**talked** 3:4,4
**talking** 9:2 29:20
**technical** 29:7 30:11
**technically** 30:2
**telephone** 19:11
 25:19
**tell** 12:8 18:7 22:2
 23:21 28:25
**Ten** 31:7

**tenth** 14:6,23
**term** 14:24
**terms** 8:22 9:21
 12:21 20:8 25:24
 27:10
**testimony** 21:20
**testing** 10:19 11:4
 12:1,14
**tests** 12:7
**Thank** 31:8,11
**their** 4:21 8:25 10:2
 10:23 11:6 12:10
 13:8 14:21 19:7
 28:8
**themselves** 20:8
**theory** 21:18,19
**thing** 2:22 10:14
 18:6 21:11 22:24
 28:12
**things** 8:20
**think** 13:3 18:8 21:8
 22:6 24:19 25:20
 27:13,17 28:12,18
 28:22 30:2
**thinks** 30:8
**though** 21:9
**thought** 8:17 10:2
 23:23 26:8
**three** 7:18 13:21
 16:14 22:16,22
**three-page** 10:15
 12:13 13:15
**threshold** 21:2,8,10
**through** 3:1 4:9 9:4
 16:7 17:5,20 21:15
 23:24
**throughout** 9:24
**thumb** 29:12 30:9
**tilted** 24:15
**time** 10:5,8 12:10
 17:21 25:6,14
**timely** 24:25
**times** 3:1,5 10:22
**timing** 7:8,10
**today** 6:6,13,17,18
 24:4 28:4
**told** 8:24 10:12,14
 12:12 28:23 29:12
 30:8 31:5
**top** 17:17 25:9,10
**towards** 20:14
**trade** 5:25
**TRANSCRIPT** 1:10
**transcription** 32:3
**trial** 2:14 7:15,19,21
 8:11 10:23 11:1
 13:6 15:9,21 21:21
 23:1 25:6,17 26:24
 27:11 29:20
**tried** 5:1
**troublesome** 12:25
**try** 5:2 8:20 26:11
 27:7,9,21,24,25
 31:9

**trying** 16:11 23:14
 26:24 28:11
**Tuesday** 27:23
**twice** 18:23
**two** 3:19 6:20 10:14
 13:18 15:6 21:17
 22:3
**type** 30:5

_____
**U**

**ultimately** 9:4 21:4
**unable** 12:19
**unclear** 18:8
**under** 3:14
**underlying** 3:14
 15:5
**understand** 4:13 7:7
 11:2 12:18,19 19:4
 25:5
**understanding** 20:9
 23:25
**understood** 21:7
**Unit** 14:13
**United** 1:1,4,11,14
 1:22 2:1,4 32:15
**unless** 6:1 28:25
**unnumbered** 17:22
**unreasonable** 27:17
**until** 10:21 15:16
 27:23
**use** 15:9 19:7 26:19
 27:1 30:7

_____
**V**

**vagina** 20:11
**vaginal** 8:2,7 11:25
**valid** 12:21
**value** 3:22
**venire** 30:24,25
**very** 5:23 7:9 18:6
 22:4 26:9 31:8
**victim** 8:8
**victims** 21:21
**video** 3:9
**videotape** 2:24
**viewed** 21:1
**violate** 29:1
**voir** 31:4,5
**vs** 1:6 2:1

_____
**W**

**want** 2:22 8:23 19:14
 19:16 21:13,24
 25:6,8,13,14,15
 27:4,11 28:11,15
 28:24,25 30:14
**wanted** 3:7,9 6:16
 8:20 21:7 26:1
**wants** 27:13
**warrant** 16:9,11
 23:6,7,9
**wasn't** 10:9
**watch** 30:17
**way** 3:3 5:18 13:9

 16:7 19:11,15
 28:17,18,19
**week** 11:8,9
**weekend** 27:24
 31:22
**weight** 19:2 26:18
**welcome** 31:9
**well** 4:13,18 7:8
 22:16
**went** 3:1 4:9 24:4
 26:12
**were** 2:23 4:14,19
 8:1 9:2,19 11:23
 12:8 13:18 14:20
 15:7 16:8,9,10
 18:21 21:22,22
 22:5,5,8,12,20
 23:2,5,7,16 24:1
 25:19 26:9
**we'll** 4:25 27:8,21,24
 30:25
**we're** 8:9 20:17 27:7
 27:18 29:19 31:18
**whatnot** 21:12
**whole** 8:19 10:2
 17:20
**Wikipedia** 31:20
**Wikipedia'd** 31:16
**Wilkie** 1:23 32:15
**wish** 17:19
**witness** 4:1
**work** 9:22 19:14
 27:24 29:10 30:2,9
**working** 27:10
**works** 30:10
**worksheet** 14:13,13
**worksheets** 14:14,24
**wouldn't** 11:8 12:11
**wrestling** 28:14
**written** 7:2,3

_____
**Y**

**Ya'll** 31:22
**Yeah** 15:3
**year** 20:10
**yesterday** 2:7,23
 3:10 7:15 10:15,16
 12:2 13:5,9 14:7
 15:13,14,15 24:5

_____
**1**

**1** 1:18 17:5
**1:59** 16:20
**10** 18:24
**11** 26:4,9,14
**11-60088-CR** 2:2
**11-60088-CR-JIC**
 1:3
**14** 20:10
**16th** 7:17,25 8:4
 9:10 11:7,13,15
 12:4 13:4,7,10,19
**19th** 8:2 13:2

**2**

**2:04** 16:21
**2:40** 31:23
**20th** 11:9
**2011** 1:7 13:24 14:4
   14:11
**25** 12:17
**25th** 13:24
**26th** 11:9
**27th** 13:5 14:7
**28** 1:7
**29** 20:22

**3**

**3** 9:17 17:5
**3:00** 10:16
**30** 12:17
**305/523-5290** 1:24
   32:16
**31542145884** 24:15
**315421606911** 17:9
**31542178660** 24:14
**33132** 1:24 32:16
**33301** 1:18
**33394** 1:15

**4**

**4/12/11** 14:15
**4/21/11** 14:15
**4/22/11** 14:15,16
**40** 11:2 12:1 13:16
   14:9
**40-page** 10:15
**400** 1:23 32:16
**403** 3:21
**413** 3:14
**414** 3:14

**5**

**5th** 14:11
**5/25/2011** 14:3
**500** 1:14

**6**

**6** 9:17

**7**

**7** 10:3
**7th** 1:14
**700** 1:18

**8**

**8** 18:24 26:3,9,14
**8N09** 1:23 32:16

**9**

**9th** 11:14 14:4
**9:00** 30:23
**9:30** 31:1
**954/356-7255** 1:15
**954/524-1125** 1:18
**954/745-7517** 1:19